IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RACHEL RAMSBOTTOM, <br> ALEXIS BOWLING <br>     Plaintiffs, <br><br> v. <br><br> LORIN ASHTON, <br> AMORPHOUS MUSIC, INC., <br> BASSNECTAR TOURING, INC., <br> REDLIGHT MANAGEMENT, INC., <br> C3 PRESENTS, L.L.C, <br> INTERACTIVE GIVING FUND, <br>     Defendants. | : <br> : <br> : <br> : CIVIL ACTION NO. 3:21-cv-00272 <br> : <br> : <br> : JURY TRIAL DEMANDED <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## MOTION FOR *PRO HAC VICE* ADMISSION OF BRIAN D. KENT

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Brian D. Kent, hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Plaintiffs, Rachel Ramsbottom and Alexis Bowling.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the bar of USDC, Eastern District of Pennsylvania. I have requested a Certificates of Good Standing from the above-referenced Court and it will take several days to receive due to the court system's procedures. I will supplement this filing with that Certificates of Good Standing once it is received.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted or a criminal offense or offenses.

7. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

8. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of this proceeding.

                                    Brian D. Kent, Esq.
                                    Pennsylvania Attorney ID: 94221
                                    Laffey, Bucci & Kent, LLP
                                    1100 Ludlow Street, Suite 300
                                    Philadelphia, PA 19107
                                    215-399-9255
                                    bkent@lbk-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2021 **Plaintiffs' Motion for *Pro Hac Vice* Admission of Brian D. Kent** was filed electronically with the Court's electronic filing system.

I hereby further certify that a copy of the foregoing will be served on the Defendants at the time service is perfected.

                                    */s/* Phillip Miller
                                    _____
                                    Phillip Miller, Esq.