IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| RACHEL RAMSBOTTOM, <br> ALEXIS BOWLING <br><br> Plaintiffs, <br><br> v. <br><br> LORIN ASHTON, <br> AMORPHOUS MUSIC, INC., <br> BASSNECTAR TOURING, INC., <br> REDLIGHT MANAGEMENT, INC., <br> PINKERTON CORPORATE RISK <br> C3 PRESENTS, L.L.C., <br> INTERACTIVE GIVING FUND, <br><br> Defendants. | Case No.: 3:21-cv-00272 <br><br> JURY TRIAL DEMANDED |

## NOTICE OF ENTRY OF APPEARANCE

Please take notice that Russell B. Morgan, Jason Palmer, and Rachel Sodée with the law firm of Bradley Arant Boult Cummings LLP hereby enter their appearance as counsel for Defendant C3 Presents, L.L.C.

Respectfully submitted,

BRADLEY ARANT BOULT CUMMINGS LLP

By: *s/Russell B. Morgan*
Russell B. Morgan (No. 20218)
Jason C. Palmer (No. 36146)
Rachel Sodée (No. 038391)
1600 Division Street, Suite 700
Nashville, Tennessee 37203
(615) 252-2311
Fax: (615) 252-6311
rmorgan@bradley.com

*Attorneys for Defendant C3 Presents, L.L.C.*

1

# CERTIFICATE OF SERVICE

I hereby certify that on 19th day of April, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Phillip Miller
631 Woodland Street
Nashville, TN  37206

Brian Kent
M. Stewart Ryan
Alexandria MacMaster
LAFFEY, BUCCI & KENT, LLP
1100 Ludlow Street, Suite 300
Philadelphia, PA  19107

*Attorneys for Plaintiffs*

                                                  *s/Russell B. Morgan*
                                                  Russell B. Morgan