Motion GRANTED in PART for extension to 6/14/2021.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **RACHEL RAMSBOTTOM,** <br> **ALEXIS BOWLING** <br><br> **Plaintiffs,** <br><br> v. <br><br> **LORIN ASHTON,** <br> **AMORPHOUS MUSIC, INC.,** <br> **BASSNECTAR TOURING, INC.,** <br> **REDLIGHT MANAGEMENT, INC.,** <br> **C3 PRESENTS, L.L.C,** <br> **INTERACTIVE GIVING FUND,** <br><br> **Defendants.** | : <br> : <br> : <br> : **CIVIL ACTION NO. 3:21-cv-00272** <br> : <br> : <br> : **JURY TRIAL DEMANDED** <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**PLAINTIFFS' MOTION TO EXTEND TIME TO FILE CERTIFICATES OF GOOD STANDING FOR BRIAN D. KENT, ESQ. AND M. STEWART RYAN, ESQ. AND MOTION FOR *PRO HAC VICE* ADMISSION OF ALEXANDRIA MACMASTER, ESQ.**

Plaintiffs, Rachel Ramsbottom and Alexis Bowling hereby move the Court for an extension of time to file certificates of good standing for Brian D. Kent, Esq. and M. Stewart Ryan, Esq. and a motion for the *pro hac* vice admission of Alexandria MacMaster. In support of this motion, Plaintiffs state:

**Certificates of Good Standing for Mr. Brian D. Kent, Esq. and M. Stewart Ryan, Esq.**

1. This matter was initiated by the filing of a Complaint on April 5, 2021.

2. On April 6, 2021, a notification was received directing that motions for the *pro hac vice* admission of Mr. Brian D. Kent, Esq., Mr. M. Stewart Ryan, Esq., and Ms. Alexandria MacMaster, Esq. be filed not later than April 27, 2021.

3. On April 7, 2021, Plaintiffs filed a Motion for the *pro hac vice* admission of Brian D. Kent, Esq. Mr. Kent has been admitted to the bar of the United States District Court (USDC), Eastern District of Pennsylvania (EDPA). Mr. Kent is a member of good standing of the Supreme Court of Pennsylvania.