

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF PENNSYLVANIA** }

I, Kate Barkman, Clerk of the United States District Court for the Eastern District of Pennsylvania,

**DO HEREBY CERTIFY** that BRIAN D. KENT      Bar #94221
was duly admitted to practice in said Court on 04/11/2012, and is in good standing as a member of the bar of said Court.

CLERK'S OFFICE
Sworn to and Subscribed
before me this day
December 29th, 2020

Deputy Clerk, U.S. District Court
Eastern District of Pennsylvania

*Kate Barkman*
**KATE BARKMAN**
**Clerk of Court**

DATED at Philadelphia, Pennsylvania
on 4/23/2021

BY: *Paige Conti*

**Deputy Clerk**

Rev. 1/20/17