

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA
EASTERN DISTRICT OF PENNSYLVANIA }

I, Kate Barkman, Clerk of the United States District Court for the Eastern District of Pennsylvania,

**DO HEREBY CERTIFY** that MICHAEL STEWART RYAN    Bar #313516 was duly admitted to practice in said Court on    313516, and is in good standing as a member of the bar of said Court.

CLERK'S OFFICE
Sworn to and Subscribed before me this day
December 29th, 2020

Deputy Clerk, U.S. District Court
Eastern District of Pennsylvania

_____
KATE BARKMAN
Clerk of Court

DATED at Philadelphia, Pennsylvania on 4/23/2021

BY: _____*Paige Conti*_____

Deputy Clerk

Rev. 1/20/17