## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| RACHEL RAMSBOTTOM, and<br>ALEXIS BOWLING, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **CIVIL ACTION NO. 3:21-cv-00272** |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| LORIN ASHTON, AMORPHOUS<br>MUSIC, INC., BASSNECTAR<br>TOURING, INC., REDLIGHT<br>MANAGEMENT, INC., C3 PRESENTS,<br>L.L.C, INTERACTIVE GIVING FUND, | ) | |
| | ) | |
| Defendants. | ) | |

---

### NOTICE OF APPEARANCE

---

Mark W. Lenihan hereby enters his appearance as counsel for Defendants Lorin Ashton,

Amorphous Music, Inc and Bassnectar Touring, Inc., in this matter.


Dated: April 27, 2021

Respectfully Submitted,

*s/ Mark W. Lenihan*
Robert A. Peal (No. 25629)
Mark W. Lenihan (No. 36286)
Grace A. Fox (No. 37367)
Sims|Funk, PLC
3322 West End Ave, Suite 200
Nashville, TN 37203
(615) 292-9335
(615) 649-8565 (fax)
rpeal@simsfunk.com
mlenihan@simsfunk.com
gfox@simsfunk.com

*Counsel for Defendant Lorin Ashton, Amorphous*
*Music, Inc., and Bassnectar Touring, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the foregoing was served on the

following counsel via the Court's CM/ECF system on this 27th day of April, 2021:

Phillip H. Miller
631 Woodland Street
Nashville, TN 37206
(615) 356-2000
phillip@seriousinjury.com

Alexandria MacMaster
M. Stewart Ryan
LAFFEY, BUCCI & KENT, LLP
1100 Ludlow Street
Suite 300
Philadelphia, PA 19107
(215) 399-9255
amacmaster@lbk-law.com
sryan@lbk-law.com

Brian Kent
Laff, Whitesel, Conte & Saret, Ltd.
401 N. Michigan Avenue
Suite 1700
Chicago, IL 60611-4212
(215) 399-9255
bkent@lbk-law.com

*Counsel for Plaintiffs*

Russell B. Morgan
Jason C. Palmer
Rachel Sodée
Bradley Arant Boult Cummings LLP
1600 Division Street
Suite 700
P.O Box 340025
Nashville, TN 37203-0025
(615) 252-2311
Fax: (615) 252-6311
rmorgan@bradley.com
jpalmer@bradley.com
rsodee@bradley.com

*Counsel for Defendant C3 Presents, L.L.C.*

*s/ Mark W. Lenihan*