# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RACHEL RAMSBOTTOM, and ) <br> ALEXIS BOWLING, ) <br> ) <br>    Plaintiffs, ) <br> ) <br>    v. ) <br> ) <br> LORIN ASHTON, AMORPHOUS ) <br> MUSIC, INC., BASSNECTAR ) <br> TOURING, INC., REDLIGHT ) <br> MANAGEMENT, INC., C3 PRESENTS, ) <br> L.L.C, INTERACTIVE GIVING FUND, ) <br> ) <br>    Defendants. ) | CIVIL ACTION NO. 3:21-cv-00272 <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Kimberly S. Hodde hereby enters her appearance as counsel for Defendants Lorin Ashton, Amorphous Music, Inc and Bassnectar Touring, Inc., in this matter.

April 27, 2021
Date

/s/ Kimberly S. Hodde
Kimberly S. Hodde, Esq. (No. 20128)
HODDE & ASSOCIATES
40 Music Square East
Nashville, TN 37203
(615) 242-4200

*Counsel for Defendant Lorin Ashton, Amorphous Music, Inc., and Bassnectar Touring, Inc.*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the foregoing was served on the following counsel via the Court's CM/ECF system on this 27th day of April, 2021:

| | |
|---|---|
| Phillip H. Miller<br>631 Woodland Street<br>Nashville, TN 37206<br>(615) 356-2000<br>phillip@seriousinjury.com<br><br>Alexandria MacMaster<br>M. Stewart Ryan<br>LAFFEY, BUCCI & KENT, LLP<br>1100 Ludlow Street<br>Suite 300<br>Philadelphia, PA 19107<br>(215) 399-9255<br>amacmaster@lbk-law.com<br>sryan@lbk-law.com<br><br>Brian Kent<br>Laff, Whitesel, Conte & Saret, Ltd.<br>401 N. Michigan Avenue<br>Suite 1700<br>Chicago, IL 60611-4212<br>(215) 399-9255<br>bkent@lbk-law.com<br><br>*Counsel for Plaintiffs* | Russell B. Morgan<br>Jason C. Palmer<br>Rachel Sodée<br>Bradley Arant Boult Cummings LLP<br>1600 Division Street<br>Suite 700<br>P.O Box 340025<br>Nashville, TN 37203-0025<br>(615) 252-2311<br>Fax: (615) 252-6311<br>rmorgan@bradley.com<br>jpalmer@bradley.com<br>rsodee@bradley.com<br><br>*Counsel for Defendant C3 Presents, L.L.C.* |

                                                                       /s/ Kimberly S. Hodde