# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__MITCHELL SCHUSTER__, Bar # __MS6653__

was duly admitted to practice in the Court on

__April 30, 1991__

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On    __April 20, 2021__
New York, New York

__Ruby J. Krajick__    By    s/ V. Bart
Clerk of Court            Deputy Clerk