# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RACHEL RAMSBOTTOM, and ALEXIS BOWLING, ) ) ) Plaintiffs, ) ) v. ) ) LORIN ASHTON, AMORPHOUS MUSIC, INC., BASSNECTAR TOURING, INC., REDLIGHT MANAGEMENT, INC., C3 PRESENTS, L.L.C, INTERACTIVE GIVING FUND, ) ) ) ) ) ) ) ) Defendants. ) | CIVIL ACTION NO. 3:21-cv-00272 JURY TRIAL DEMANDED |

## DECLARATION OF STACEY M. ASHBY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Stacey M. Ashby, in support of the Motion for Admission *Pro Hac Vice* as counsel for Defendants Lorin Ashton, Amorphous Music, Inc., and Bassnectar Touring, Inc., declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am licensed in the State of New York, Bar Number 4304861.

2. I am a member in good standing of the bar of United States District Court, Southern District of New York.

3. I have attached to this Declaration a Certificate of Good Standing from the United States District Court, Southern District of New York.

4. There are no disciplinary proceedings by any disciplinary authority, a finding of contempt or a sanction under 28 U.S.C. § 1927 by any court, or any criminal charges instituted against me.

5. I agree to subject myself to the jurisdiction of the courts of Tennessee in any

manner arising out of my conduct in such proceedings and agree to be bound by the Code of Professional Responsibility applicable to Tennessee lawyers and the interpretation thereof by Tennessee courts.

6. I further certify that the statements in the contemporaneously filed Motion for Admission *Pro Hac Vice* are true and accurate.

Dated: April 27, 2021  *s/ Stacey M. Ashby*
Stacey M. Ashby, Esq.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the foregoing was served on the following counsel via the Court's CM/ECF system on this 27th day of April, 2021:

Phillip H. Miller
631 Woodland Street
Nashville, TN 37206
(615) 356-2000
phillip@seriousinjury.com

Alexandria MacMaster
M. Stewart Ryan
LAFFEY, BUCCI & KENT, LLP
1100 Ludlow Street
Suite 300
Philadelphia, PA 19107
(215) 399-9255
amacmaster@lbk-law.com
 sryan@lbk-law.com

Brian Kent
Laff, Whitesel, Conte & Saret, Ltd.
401 N. Michigan Avenue
Suite 1700
Chicago, IL 60611-4212
(215) 399-9255
bkent@lbk-law.com

*Counsel for Plaintiffs*

Russell B. Morgan
Jason C. Palmer
Rachel Sodée
Bradley Arant Boult Cummings LLP
1600 Division Street
Suite 700
P.O Box 340025
Nashville, TN 37203-0025
(615) 252-2311
Fax: (615) 252-6311
rmorgan@bradley.com
jpalmer@bradley.com
rsodee@bradley.com

*Counsel for Defendant C3 Presents, L.L.C.*

                                        s/ Robert A. Peal