# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__STACEY  MICHELLE  ASHBY__ , Bar # __SA1018__

was duly admitted to practice in the Court on

__May 27, 2008__

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On  __April 20, 2021__
New York, New York

Ruby J. Krajick                    By       s/ V. Bart
Clerk of Court                              Deputy Clerk