**Plaintiff**
RACHEL RAMSBOTTOM, ET AL

vs

**Defendant**
LORIN ASHTON, ET AL



UNITED STATES DISTRICT
COURT FOR THE MIDDLE
DISTRICT OF TENNESSEE

DOCKET NO. 3:21-CV-000272

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

Cost of Service pursuant to R4:4-30

$ _____

Person to be served: C3 PRESENTS, L.L.C.

**Address:**
1645 EAST 6TH STREET
SUITE 150
AUSTIN TX 78702

**Attorney:**
LAFFEY BUCCI & KENT LLP
1100 LUDLOW STREET UNIT 300
PHILADELPHIA PA 19107

**Papers Served:**
SUMMONS; CIVIL COVER SHEET; COMPLAINT; NOTICE REGARDING CONSENT; NOTICE OF SETTING; NOTICE RE BUSINESS ENTITY; MOTION FOR ADMISSION OF BRIAN KENT; MOTION FOR ADMISSION OF STEWART RYAN

**Service Data:**

Served Successfully ✓   Not Served ____   Date: 4-19-21   Time: 11:15 am   Attempts: 1

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

✓ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title
Caroline Snively
Authorized Agent for Service

**Description of Person Accepting Service:**
Age: 35   Height: 5'8"   Weight: 140   Hair: Blonde   Sex: Female   Race: White

**Non-Served:**
( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time _____
                                  Date _____ Time _____
                                  Date _____ Time _____
( ) Other: _____   Comments or Remarks _____

Subscribed and Sworn to me this
21st day of April, 2021

_Cecilia Dathe_
Notary Signature


CECILIA DATHE
ID #129576644
My Commission Expires
September 29, 2021

I, Chris Dathe, PSC-6008, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_signature_   4-21-21
Signature of Process Server   Date

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No.   533298
File No.   3:21-CV-000272

Case 3:21-cv-00272   Document 19   Filed 04/29/21   Page 1 of 2 PageID #: 76

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| RACHEL RAMSBOTTOM, et al. | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3:21-cv-000272 |
| LORIN ASHTON, et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* C3 Presents, L.L.C.
1645 E 6TH St Ste 150
Austin, TX, 78702-3386

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Philllip Miller
Phillip Miller Law Offices
631 Woodland St.,
Nashville, TN 37206

Brian D Kent
M. Stewart Ryan
Alexandria MacMaster
Laffey, Bucci & Kent, LLP
1100 Ludlow St., Suite 300
Phila., PA 19107

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 4/6/2021

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*