# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

| | |
|---|---|
| RACHEL RAMSBOTTOM, ALEXIS BOWLING, <br><br> *Plaintiffs*, <br><br> v. <br><br> LORIN ASHTON, <br> AMORPHOUS MUSIC, INC., <br> BASSNECTAR TOURING, INC., <br> REDLIGHT MANAGEMENT, INC., <br> C3 PRESENTS, L.L.C., <br> INTERACTIVE GIVING FUND, <br><br> *Defendants*. | Case No. 3:21-cv-00272 |

## NOTICE OF APPEARANCE

Please take notice that Brian T. Boyd (BPR# 023521) and Bennett J. Wills (BPR# 034831) of the Law Office of Boyd & Wills hereby enter their appearances on behalf of Defendant Interactive Giving Fund in this matter.

Respectfully submitted,

*/s/Brian T. Boyd*
Brian T. Boyd (#023521)
Bennett J. Wills (#034831)
**LAW OFFICE OF BOYD & WILLS**
214 Overlook Cir., Ste. 275
Brentwood, TN 37027
T: 615-861-1936
F: 615-523-2595
brian@boydwills.com
bennett@boydwills.com
*Counsel for Interactive Giving Fund*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the following parties/attorneys have been served with a copy of the foregoing Notice of Appearance by the methods indicated below on this 30th day of April 2021.

| | |
|---|---|
| Phillip Miller<br>621 Woodland St.<br>Nashville, TN 37206<br>615-356-2000<br>pmillar@seriousinjurylaw.com<br>*Counsel for Plaintiffs*<br>SERVED VIA CM/ECF | Brian Kent<br>M. Stuart Ryan<br>Alexandria MacMaster<br>1100 Ludlow St., Ste. 300<br>Philadelphia, PA 19107<br>215-399-9255<br>bkent@lbk-law.com<br>sryan@lbk-law.com<br>amacmaster@lbk-law.com<br>*Counsel for Plaintiffs*<br>SERVED VIA EMAIL |
| Robert A. Peal<br>Mark W. Lenihan<br>Grace A. Fox<br>Sims \|Funk<br>3322 West End Ave., Ste. 200<br>Nashville, TN 37203<br>615-292-9335<br>rpeal@simsfunk.com<br>mlenihan@simsfunk.com<br>gfox@simsfunk.com<br>*Counsel for Ashton, Amorphous Music, Inc., Bassnectar Touring, Inc.*<br>SERVED VIA CM/ECF | Kimberly Hodde<br>40 Music Square East<br>Nashville, TN 37203<br>615-242-4200<br>*Counsel for Ashton, Amorphous Music, Inc., Bassnectar Touring, Inc.*<br>SERVED VIA CM/ECF |
| Russell B. Morgan<br>Jason C. Palmer<br>Rachel Sodee<br>1600 Division St., Ste. 700<br>Nashville, TN 37203<br>615-252-2311<br>morgan@bradley.com<br>*Counsel for C3 Presents, L.L.C.*<br>SERVED VIA CM/ECF | Redlight Management, LLC<br>10 E. 40th St., #22<br>New York, NY 10016<br>SERVED VIA USPS REGULAR MAIL |
| Stacy M. Ashby<br>Mitchell Schuster<br>125 Park Ave., 7th Fl.<br>New York, NY 10017 | |

| | |
|---|---|
| 212-655-3562<br>sma@msf-law.com<br>ms@msf-law.com<br>*Counsel for Ashton, Amorphous Music, Inc., Bassnectar Touring, Inc.*<br>SERVED VIA EMAIL | |

                                            */s/Brian T. Boyd*
                                            Brian T. Boyd (#023521)