IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RACHEL RAMSBOTTOM, <br> ALEXIS BOWLING, <br> JENNA HOUSTON, <br> JANE DOE #1 <br>   Plaintiffs, <br><br> v. <br><br> LORIN ASHTON, <br> AMORPHOUS MUSIC, INC., <br> BASSNECTAR TOURING, INC., <br> REDLIGHT MANAGEMENT, INC., <br> C3 PRESENTS, L.L.C, <br> INTERACTIVE GIVING FUND, <br> GNARLOS INDUSTRIES, LLC, <br> CARLOS DONOHUE; ABC <br> CORPORATIONS, ONE THROUGH <br> TEN (said Names Being Fictitious), <br> JOHN DOE, ONE THROUGH TEN <br> (said Names Being Fictitious) <br>   Defendants. | : <br> : <br> : <br> : <br> : <br> : CIVIL ACTION NO. 3:21-cv-272 <br> : <br> : <br> : JURY TRIAL DEMANDED <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## ORDER

AND NOW, this 10th day of May, 2021, upon consideration of Plaintiffs Motion for Protective Order and Leave to Proceed in Pseudonym and corresponding Memorandum and any response thereto, it is hereby ORDERED and DECREED that said motion is GRANTED as follows:

(1)   Plaintiff Jane Doe #1 shall proceed in pseudonym and the docket shall continue to reflect Plaintiff Jane Doe #1's name as Jane Doe #1;

(2)   Plaintiff shall be referred to by her pseudonym in all depositions, pleadings and other documents related to this litigation and in all proceedings held before this Court;

(3)   Plaintiff Jane Doe #1's identity shall be available to the attorneys of record and in-house counsel for the Defendants, who shall not disclose or permit disclosure thereof, except to

their law partners, associates and persons employed in the law offices of such attorneys;

(4) Each person whom Plaintiff Jane Doe #1's identity is disclosed pursuant to their Order shall agree in advance that he or she will not disclose Plaintiff Jane Doe #1's identity to any other person;

(5) In the event Defendants believe it is necessary in the defense of the claims for it to disclose Plaintiff Jane Doe #1's identity to persons other than those specified in this Order, Defendants shall communicate with Plaintiffs' counsel and if agreement cannot be reached in writing, the matter shall be determined by the Court.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE