# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RACHEL RAMSBOTTOM, and ALEXIS BOWLING, JENNA HOUSTON, JANE DOE #1, <br><br>Plaintiffs, <br><br>v. <br><br>LORIN ASHTON, AMORPHOUS MUSIC, INC., BASSNECTAR TOURING, INC., REDLIGHT MANAGEMENT, INC., C3 PRESENTS, L.L.C, INTERACTIVE GIVING FUND, GNARLOS INDUSTRIES, LLC, CARLOS DONOHUE, ABC CORPORATIONS, ONE THROUGH TEN (said Names Being Fictitious), JOHN DOES, ONE THROUGH TEN (said Names Being Fictitious), <br><br>Defendants. | CIVIL ACTION NO. 3:21-cv-00272 <br><br>JURY TRIAL DEMANDED |

## MOTION TO RECONSIDER ORDER GRANTING PLAINTIFF JANE DOE #1'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM AND FOR PROTECTIVE ORDER

Defendants Lorin Ashton, Amorphous Music, Inc., and Bassnectar Touring, Inc. (collectively, the "Bassnectar Defendants"), by and through their attorneys and pursuant to Local Rule 7.01(b), respectfully submit this Motion to Reconsider the Order Granting the Motion for Leave to Proceed Under Pseudonym and for Protective Order (Dkt. 25) ("Order"). In support of their Motion, the Bassnectar Defendants incorporate by reference the arguments and authorities in their Memorandum in Support, filed contemporaneously herewith.

Because the Bassnectar Defendants did not have the opportunity to respond to the

Plaintiffs' Motion for Leave to Proceed Under Pseudonym and for Protective Order, the Bassnectar Defendants are permitted to request reconsideration of the Court's Order. *See* Fed. R. Civ. P. 7.01(b); *see also Hanson v. McBride*, 337 F.R.D. 139, 145 (M.D. Tenn. 2020)."); *Worley v. Perfect Equip. Co., LLC*, No. 3:05-0080, 2006 WL 17333, at *1 (M.D. Tenn. Jan. 3, 2006).

The Federal Rules of Civil Procedure states a complaint "*must* name all the parties . . . " Fed. R. Civ. P. 10(a) (emphasis added). Proceeding under a pseudonym is the exception – not the rule. *Citizens for a Strong Ohio v. Marsh*, 123 Fed. Appx. 630, 636 (6th Cir. 2005). In order to proceed pseudonymously, Plaintiff Doe must demonstrate that her interest in privacy substantially outweighs the presumption in favor of open judicial proceedings. *Doe v. Porter*, 370 F.3d 558, 560 (6th Cir. 2004). Because Plaintiff has failed to meet that burden, the Bassnectar Defendants respectfully request that the Court reconsider its Order Granting Plaintiff Doe's Motion for Leave to Proceed Under Pseudonym and for Protective Order and deny Plaintiff Doe's request to proceed under a pseudonym.

Dated: May 11, 2021

Respectfully Submitted,

*/s/ Robert A. Peal*
Robert A. Peal (No. 25629)
Mark W. Lenihan (No. 36286)
Grace A. Fox (No. 37367)
Sims|Funk, PLC
3322 West End Ave, Suite 200
Nashville, TN 37203
(615) 292-9335
(615) 649-8565 (fax)
rpeal@simsfunk.com
mlenihan@simsfunk.com
gfox@simsfunk.com

Kimberly S. Hodde
Hodde & Associates
40 Music Square East

Nashville, TN 37203
(615) 242-4200
(615) 242-8115 (fax)
kim.hodde@hoddelaw.com

Mitchell Schuster, Esq. (admitted *pro hac vice*)
Stacey M. Ashby, Esq. (admitted *pro hac vice*)
Meister Seelig & Fein, LLP
125 Park Avenue, 7th Floor
New York, NY 10017
(212) 655-3500
(212) 655-3535 (fax)
ms@msf-law.com
sma@msf-law.com

*Counsel for Defendant Lorin Ashton, Amorphous Music, Inc., and Bassnectar Touring, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and exact copy of the foregoing was served on the following counsel via the Court's CM/ECF system on this 11th day of May, 2021:

| | |
|---|---|
| Phillip H. Miller<br>631 Woodland Street<br>Nashville, TN 37206<br>(615) 356-2000<br>phillip@seriousinjury.com<br><br>Alexandria MacMaster<br>M. Stewart Ryan<br>LAFFEY, BUCCI & KENT, LLP<br>1100 Ludlow Street<br>Suite 300<br>Philadelphia, PA 19107<br>(215) 399-9255<br>amacmaster@lbk-law.com<br>sryan@lbk-law.com | Russell B. Morgan<br>Jason C. Palmer<br>Rachel Sodée<br>Bradley Arant Boult Cummings LLP<br>1600 Division Street<br>Suite 700<br>P.O Box 340025<br>Nashville, TN 37203-0025<br>(615) 252-2311<br>Fax: (615) 252-6311<br>rmorgan@bradley.com<br>jpalmer@bradley.com<br>rsodee@bradley.com<br><br>*Counsel for Defendant C3 Presents, L.L.C.* |

Brian Kent
Laff, Whitesel, Conte & Saret, Ltd.
401 N. Michigan Avenue
Suite 1700
Chicago, IL 60611-4212
(215) 399-9255
bkent@lbk-law.com

*Counsel for Plaintiffs*

Bennett James Wills
Brian T. Boyd
Law Office of Brian T. Boyd
214 Overlook Cir.
Suite 275
Brentwood, TN 37027
(615) 861-1936
(615) 523-2595 (fax)
bennett@boydlegal.co
brian@boydlegal.co

*Attorneys for Defendant Interactive Giving Fund*

And served via U.S. Mail to the below parties:

>Gnarlos Industries, L.L.C.
>3337 NE 79th Ave.
>Portland, OR 97213
>
>*Defendant*
>
>Carlos Donohue
>3337 NE 79th Ave.
>Portland, OR 97213
>
>*Defendant*

*s/ Robert A. Peal*