IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL RAMSBOTTOM, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) Civil No. 3:21-cv-00272 |
| | ) Judge Trauger |
| LORIN ASHTON, ET AL., | ) |
| Defendants. | ) |

**O R D E R**

It is hereby ORDERED that the plaintiffs shall respond to the Motion to Reconsider Order Granting Plaintiff Jane Doe #1's Motion for Leave to Proceed Under Pseudonym and for Protective Order (Doc. No. 26) by May 18, 2021.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge