# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | |
|---|---|
| RACHEL RAMSBOTTOM, et al.<br>*Plaintiff*<br>v.<br>LORIN ASHTON, et al.<br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 3:21-cv-0272<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Amorphous Music Inc.
235 Park Avenue South, 9th Floor
New York, New York 10003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Philllip Miller
Phillip Miller Law Offices
631 Woodland St.,
Nashville, TN 37206

Brian D Kent
M. Stewart Ryan
Alexandria MacMaster
Laffey, Bucci & Kent, LLP
1100 Ludlow St., Suite 300
Phila., PA 19107

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 5/14/2021

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| RACHEL RAMSBOTTOM, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3-21-cv-0272 |
| LORIN ASHTON, et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bassnectar Touring, Inc.
235 Park Avenue South, 9th Floor
New York, New York 10003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Philllip Miller
Phillip Miller Law Offices
631 Woodland St.,
Nashville, TN 37206

Brian D Kent
M. Stewart Ryan
Alexandria MacMaster
Laffey, Bucci & Kent, LLP
1100 Ludlow St., Suite 300
Phila., PA 19107

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 5/14/2021

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

RACHEL RAMSBOTTOM, et al. )
)
*Plaintiff* )
)
v. ) Civil Action No. 3:21-cv-0272
)
LORIN ASHTON, et al. )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* C3 Presents, L.L.C.
1645 E 6TH St Ste 150
Austin, TX, 78702-3386

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Philllip Miller
Phillip Miller Law Offices
631 Woodland St.,
Nashville, TN 37206

Brian D Kent
M. Stewart Ryan
Alexandria MacMaster
Laffey, Bucci & Kent, LLP
1100 Ludlow St., Suite 300
Phila., PA 19107

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 5/14/2021

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| RACHEL RAMSBOTTOM, et al. | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3:21-cv-0272 |
| LORIN ASHTON, et al. | ) ) ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* CARLOS DONOHUE
3337 NE 79th Ave.,
Portland, OR, 97213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Philllip Miller
Phillip Miller Law Offices
631 Woodland St.,
Nashville, TN 37206

Brian D Kent
M. Stewart Ryan
Alexandria MacMaster
Laffey, Bucci & Kent, LLP
1100 Ludlow St., Suite 300
Phila., PA 19107

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/14/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| RACHEL RAMSBOTTOM, et al. *Plaintiff* v. LORIN ASHTON, et al. *Defendant* | ) ) ) ) ) ) ) ) | Civil Action No. 3:21-cv-0272 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GNARLOS INDUSTRIES, LLC
3337 NE 79th Ave.,
Portland, OR, 97213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Philllip Miller
Phillip Miller Law Offices
631 Woodland St.,
Nashville, TN 37206

Brian D Kent
M. Stewart Ryan
Alexandria MacMaster
Laffey, Bucci & Kent, LLP
1100 Ludlow St., Suite 300
Phila., PA 19107

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/14/2021

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| RACHEL RAMSBOTTOM, et al. | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3:21-cv-0272 |
| LORIN ASHTON, et al. | ) ) ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Interactive Giving Fund
5800 Bristol Parkway
Culver City, CA 90230

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Philllip Miller
Phillip Miller Law Offices
631 Woodland St.,
Nashville, TN 37206

Brian D Kent
M. Stewart Ryan
Alexandria MacMaster
Laffey, Bucci & Kent, LLP
1100 Ludlow St., Suite 300
Phila., PA 19107

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/14/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| RACHEL RAMSBOTTOM, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:21-cv-0272 |
| LORIN ASHTON, et al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  REDLIGHT MANAGEMENT, INC.,
455 2nd St. SE Suite 500
Charlottesville, VA 22902

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Philllip Miller
Phillip Miller Law Offices
631 Woodland St.,
Nashville, TN 37206

Brian D Kent
M. Stewart Ryan
Alexandria MacMaster
Laffey, Bucci & Kent, LLP
1100 Ludlow St., Suite 300
Phila., PA 19107

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 5/14/2021

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| RACHEL RAMSBOTTOM, et al. | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3-21-0272 |
| LORIN ASHTON, et al. | ) ) ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Lorin Ashton

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Philllip Miller
Phillip Miller Law Offices
631 Woodland St.,
Nashville, TN 37206

Brian D Kent
M. Stewart Ryan
Alexandria MacMaster
Laffey, Bucci & Kent, LLP
1100 Ludlow St., Suite 300
Phila., PA 19107

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/14/2021

*Signature of Clerk or Deputy Clerk*