IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RACHEL RAMSBOTTOM, ) | |
| ALEXIS BOWLING , ) | |
| JENNA HOUSTON, ) | |
| JANE DOE #1 ) | |
|     Plaintiffs, ) | |
| ) | CIVIL ACTION NO. 3:21-cv-00272 |
| ) | |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| LORIN ASHTON, ) | |
| AMORPHOUS MUSIC, INC., ) | |
| BASSNECTAR TOURING, INC., ) | |
| REDLIGHT MANAGEMENT, INC., ) | |
| C3 PRESENTS, L.L.C, ) | |
| INTERACTIVE GIVING FUND, ) | |
| GNARLOS INDUSTRIES, LLC, ) | |
| CARLOS DONOHUE; ABC ) | |
| CORPORATIONS, ONE THROUGH ) | |
| TEN (said Names Being Fictitious), ) | |
| JOHN DOES, ONE THROUGH TEN ) | |
| (said Names Being Fictitious) ) | |
|     Defendants. ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Paige W. Mills and Ashleigh Karnell of the law firm of Bass, Berry & Sims PLC, enter their appearance as counsel for Defendant Red Light Management, Inc.

    Respectfully Submitted,

    */s/ Paige W. Mills*
    Paige W. Mills (BPR #016218)
    Ashleigh Karnell (BPR #036074)
    BASS, BERRY & SIMS PLC
    150 Third Avenue South, Suite 2800
    Nashville, TN 37201
    Telephone: (615) 742-6200
    Facsimile: (615) 742-6293
    pmills@bassberry.com
    akarnell@bassberry.com

    *Attorneys for Defendant Red Light*
    *Management, Inc.*

# CERTIFICATE OF SERIVCE

I hereby certify that on the 15th day of May 2021, the foregoing was filed electronically with the Clerk of the Court and was served by the Court's electronic filing system upon the following:

>Phillip Miller
>631 Woodland Street
>Nashville, TN 37206 615-356-2000
>pmiller@seriousinjury.com
>*Attorney for the Plaintiff*
>
>Brian Kent
>M. Stewart Ryan
>Alexandria MacMaster
>LAFFEY, BUCCI & KENT, LLP
>1100 Ludlow Street, Suite 300
>Philadelphia, PA 19107
>bkent@lbk-law.com
>sryan@lbk-law.com
>amacmaster@lbk-law.com
>
>Russell B. Morgan
>Jason C. Palmer
>Rachel Sodée
>BRADLEY ARANT
>BOULT CUMMINGS LLP
>1600 Division Street, Suite 700
>Nashville, Tennessee 37203
>rmorgan@bradley.com
>jpalmer@bradley.com
>rsodee@bradley.com
>*Attorneys for Defendant C3 Presents, L.L.C.*
>
>Grace A. Fox
>Robert A. Peal
>Mark W. Lenihan
>SIMS FUNK, PLC
>3322 West End Avenue
>Suite 200
>Nashville, TN 37203
>gfox@simsfunk.com
>rpeal@simsfunk.com
>mlenihan@simsfunk.com
>
>Kimberly S. Hodde
>HODDE & ASSOCIATES
>40 Music Square East
>Nashville, TN 37203

kim.hodde@hoddelaw.com

Mitchell Schuster
Stacey M. Ashby
MEISTER, SEELIG & FEIN, LLP
125 Park Avenue, 7th Floor
New York, NY 10017
ms@msf-law.com
*Attorneys for Defendants Lorin Ashton, Amorphous Music Inc., and Bassnectar Touring, Inc.*

Bennett James Wills
Brian T. Boyd
LAW OFFICE OF BRIAN T. BOYD
214 Overlook Cir., Suite 275
Brentwood, TN 37027
bennett@boydlegal.com
brian@boydwills.com

*Attorneys for Defendant Interactive Giving Fund*

                                      */s/ Paige W. Mills*

30640656.1