IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RACHEL RAMSBOTTOM, and ) <br> ALEXIS BOWLING, ) <br> JENNA HOUSTON, ) <br> JANE DOE #1, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LORIN ASHTON, AMORPHOUS ) <br> MUSIC, INC., BASSNECTAR ) <br> TOURING, INC., REDLIGHT ) <br> MANAGEMENT, INC., C3 PRESENTS, ) <br> L.L.C, INTERACTIVE GIVING FUND, ) <br> GNARLOS INDUSTRIES, LLC, ) <br> CARLOS DONOHUE, ABC ) <br> CORPORATIONS, ONE THROUGH ) <br> TEN (said Names Being Fictitious), ) <br> JOHN DOES, ONE THROUGH TEN ) <br> (said Names Being Fictitious), ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. 3:21-cv-00272 <br><br> JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the Waiver of Service Returned Executed by Amorphous Music, Inc. (ECF No. 36), the Waiver of Service Returned Executed by Lorin Ashton (ECF No, 37), and the Waiver of Service Returned Executed by Bassnectar Touring, Inc. (ECF No. 38), along with this Certificate of Service, were served on the following counsel via the Court's CM/ECF system on this 17th day of May, 2021:

Phillip H. Miller
631 Woodland Street
Nashville, TN 37206
(615) 356-2000
phillip@seriousinjury.com


Alexandria MacMaster
M. Stewart Ryan
LAFFEY, BUCCI & KENT, LLP
1100 Ludlow Street
Suite 300
Philadelphia, PA 19107
(215) 399-9255
amacmaster@lbk-law.com
sryan@lbk-law.com

Brian Kent
Laff, Whitesel, Conte & Saret, Ltd.
401 N. Michigan Avenue
Suite 1700
Chicago, IL 60611-4212
(215) 399-9255
bkent@lbk-law.com

*Counsel for Plaintiffs*

Bennett James Wills
Brian T. Boyd
Law Office of Brian T. Boyd
214 Overlook Cir.
Suite 275
Brentwood, TN 37027
(615) 861-1936
(615) 523-2595 (fax)
bennett@boydlegal.co
brian@boydlegal.co

*Attorneys for Defendant Interactive Giving Fund*

Russell B. Morgan
Jason C. Palmer
Rachel Sodée
Bradley Arant Boult Cummings LLP
1600 Division Street
Suite 700
P.O Box 340025
Nashville, TN 37203-0025
(615) 252-2311
Fax: (615) 252-6311
rmorgan@bradley.com
jpalmer@bradley.com
rsodee@bradley.com

*Counsel for Defendant C3 Presents, L.L.C.*

Ashleigh D. Karnell
Paige Waldrop Mills
Bass, Berry & Sims (Nashville Office)
150 Third Avenue South
Suite 2800
Nashville, TN 37201
(615) 742-7914
(615) 742-0453 (fax)
ashleigh.karnell@bassberry.com
pmills@bassberry.com

*Attorneys for Defendant Redlight Management, Inc.*

And served via U.S. Mail to the below parties:

>Gnarlos Industries, L.L.C.
>3337 NE 79th Ave.
>Portland, OR 97213
>
>*Defendant*
>
>Carlos Donohue
>3337 NE 79th Ave.
>Portland, OR 97213
>
>*Defendant*

| | |
|---|---|
| Dated: May 17, 2021 | Respectfully Submitted, |
| | |
| | */s/ Robert A. Peal* |
| | Robert A. Peal (No. 25629) |
| | Mark W. Lenihan (No. 36286) |
| | Grace A. Fox (No. 37367) |
| | Sims\|Funk, PLC |
| | 3322 West End Ave, Suite 200 |
| | Nashville, TN 37203 |
| | (615) 292-9335 |
| | (615) 649-8565 (fax) |
| | rpeal@simsfunk.com |
| | mlenihan@simsfunk.com |
| | gfox@simsfunk.com |
| | |
| | Kimberly S. Hodde |
| | Hodde & Associates |
| | 40 Music Square East |
| | Nashville, TN 37203 |
| | (615) 242-4200 |
| | (615) 242-8115 (fax) |
| | kim.hodde@hoddelaw.com |
| | |
| | Mitchell Schuster, Esq. (admitted *pro hac vice*) |
| | Stacey M. Ashby, Esq. (admitted *pro hac vice*) |
| | Meister Seelig & Fein, LLP |
| | 125 Park Avenue, 7th Floor |
| | New York, NY 10017 |
| | (212) 655-3500 |
| | (212) 655-3535 (fax) |
| | ms@msf-law.com |

sma@msf-law.com

*Counsel for Defendant Lorin Ashton, Amorphous Music, Inc., and Bassnectar Touring, Inc.*