# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RACHEL RAMSBOTTOM, and<br>ALEXIS BOWLING,<br>JENNA HOUSTON,<br>JANE DOE #1,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>LORIN ASHTON, AMORPHOUS<br>MUSIC, INC., BASSNECTAR<br>TOURING, INC., REDLIGHT<br>MANAGEMENT, INC., C3 PRESENTS,<br>L.L.C, INTERACTIVE GIVING FUND,<br>GNARLOS INDUSTRIES, LLC,<br>CARLOS DONOHUE, ABC<br>CORPORATIONS, ONE THROUGH<br>TEN (said Names Being Fictitious),<br><br>　　Defendants. | CIVIL ACTION NO. 3:21-cv-00272<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF MOTION TO RECONSIDER AND TO EXCEED PAGE LIMITATION

Defendants Lorin Ashton, Amorphous Music, Inc., and Bassnectar Touring, Inc. (collectively, the "Bassnectar Defendants"), by and through their attorneys, respectfully submit this Motion for Leave to File a Reply in Support of their Motion to Reconsider the Order Granting the Motion for Leave to Proceed Under Pseudonym and for Protective Order and to exceed the page limitation found in Local Rule 7.01(a)(4). In support of their Motion, the Bassnectar Defendants state as follows:

1. On Friday, May 7, 2021, Plaintiffs filed their Motion for Leave to Proceed Under Pseudonym and For Protective Order and Memorandum in Support (Dkt. 24) ("the Motion").

2. On Monday, May 10, 2021, before any of the defendants filed their responses, the Court granted the Motion. (Dkt. 25.)

3. On Tuesday, May 11, 2021, the Bassnectar Defendants filed a Motion to Reconsider the Order Granting the Motion for Leave to Proceed Under Pseudonym and for Protective Order ("Motion to Reconsider") (Dkt. 26) and a Memorandum in Support (Dkt. 27).

4. The next day, the Court ordered Plaintiffs to respond to the Motion to Reconsider on or before May 18, 2021 (Dkt. 31).

5. On May 18, 2021, Plaintiffs filed a Motion in Opposition to Defendant's Motion to Reconsider along with an accompanying Memorandum of Law in Support (Dkt. 40), and a Declaration of Jane Doe (Dkt. 40-1). In the "Motion" and the accompanying Declaration of Jane Doe, Plaintiffs introduced new materials that none of the Bassnectar Defendants (or any of the other Defendants) have had an opportunity to address.

6. Therefore, the Bassnectar Defendants respectfully request that the Court grant them leave to file a 10-page Reply on or before May 26, 2021.

7. Counsel for the Bassnectar Defendants have conferred with counsel for Plaintiffs pursuant to Local Rule 7.01(a)(1) and can report that the relief requested herein is unopposed so long as the Bassnectar Defendants joined in a motion for oral argument, to which the Bassnectar Defendants agreed.

WHEREFORE, the Bassnectar Defendants respectfully request that the Court enter an order granting them leave to file a 10-page Reply on or before May 26, 2021.

Dated: May 18, 2021                    Respectfully Submitted,

*s/ Robert A. Peal*
Robert A. Peal (No. 25629)
Mark W. Lenihan (No. 36286)
Grace A. Fox (No. 37367)
Sims|Funk, PLC
3322 West End Ave, Suite 200
Nashville, TN 37203
(615) 292-9335
(615) 649-8565 (fax)
rpeal@simsfunk.com
mlenihan@simsfunk.com
gfox@simsfunk.com

Kimberly S. Hodde
Hodde & Associates
40 Music Square East
Nashville, TN 37203
(615) 242-4200
(615) 242-8115 (fax)
kim.hodde@hoddelaw.com

Mitchell Schuster, Esq. (admitted *pro hac vice*)
Stacey M. Ashby, Esq. (admitted *pro hac vice*)
Meister Seelig & Fein, LLP
125 Park Avenue, 7th Floor
New York, NY 10017
(212) 655-3500
(212) 655-3535 (fax)
ms@msf-law.com
sma@msf-law.com

*Counsel for Defendant Lorin Ashton, Amorphous Music, Inc., and Bassnectar Touring, Inc.*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the foregoing was served on the following counsel via the Court's CM/ECF system on this 18th day of May, 2021:

Phillip H. Miller
631 Woodland Street
Nashville, TN 37206
(615) 356-2000
phillip@seriousinjury.com

Alexandria MacMaster
M. Stewart Ryan
LAFFEY, BUCCI & KENT, LLP
1100 Ludlow Street
Suite 300
Philadelphia, PA 19107
(215) 399-9255
amacmaster@lbk-law.com
sryan@lbk-law.com

Brian Kent
Laff, Whitesel, Conte & Saret, Ltd.
401 N. Michigan Avenue
Suite 1700
Chicago, IL 60611-4212
(215) 399-9255
bkent@lbk-law.com

*Counsel for Plaintiffs*

Bennett James Wills
Brian T. Boyd
Law Office of Brian T. Boyd
214 Overlook Cir.
Suite 275
Brentwood, TN 37027
(615) 861-1936
(615) 523-2595 (fax)
bennett@boydlegal.co
brian@boydlegal.co

*Attorneys for Defendant Interactive Giving Fund*

Russell B. Morgan
Jason C. Palmer
Rachel Sodée
Bradley Arant Boult Cummings LLP
1600 Division Street
Suite 700
P.O Box 340025
Nashville, TN 37203-0025
(615) 252-2311
Fax: (615) 252-6311
rmorgan@bradley.com
jpalmer@bradley.com
rsodee@bradley.com

*Counsel for Defendant C3 Presents, L.L.C.*

Ashleigh D. Karnell
Paige Waldrop Mills
Bass, Berry & Sims (Nashville Office)
150 Third Avenue South
Suite 2800
Nashville, TN 37201
(615) 742-7914
(615) 742-0453 (fax)
ashleigh.karnell@bassberry.com
pmills@bassberry.com

*Attorneys for Defendant Redlight Management, Inc.*

And served via U.S. Mail to the below parties:

    Gnarlos Industries, L.L.C.
    3337 NE 79th Ave.
    Portland, OR 97213

    *Defendant*

    Carlos Donohue
    3337 NE 79th Ave.
    Portland, OR 97213

    *Defendant*

                                               *s/ Robert A. Peal*