**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| RACHEL RAMSBOTTOM, and | ) | |
| ALEXIS BOWLING, | ) | |
| JENNA HOUSTON, | ) | |
| JANE DOE #1, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **CIVIL ACTION NO. 3:21-cv-00272** |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| LORIN ASHTON, AMORPHOUS | ) | |
| MUSIC, INC., BASSNECTAR | ) | |
| TOURING, INC., REDLIGHT | ) | |
| MANAGEMENT, INC., C3 PRESENTS, | ) | |
| L.L.C, INTERACTIVE GIVING FUND, | ) | |
| GNARLOS INDUSTRIES, LLC, | ) | |
| CARLOS DONOHUE, ABC | ) | |
| CORPORATIONS, ONE THROUGH | ) | |
| TEN (said Names Being Fictitious), | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

---

**UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF MOTION
TO RECONSIDER AND TO EXCEED PAGE LIMITATION**

Defendants Lorin Ashton, Amorphous Music, Inc., and Bassnectar Touring, Inc. (collectively, the "Bassnectar Defendants"), by and through their attorneys, respectfully submit this Motion for Leave to File a Reply in Support of their Motion to Reconsider the Order Granting the Motion for Leave to Proceed Under Pseudonym and for Protective Order and to exceed the page limitation found in Local Rule 7.01(a)(4). In support of their Motion, the Bassnectar Defendants state as follows:

1. On Friday, May 7, 2021, Plaintiffs filed their Motion for Leave to Proceed Under Pseudonym and For Protective Order and Memorandum in Support (Dkt. 24) ("the Motion").

2. On Monday, May 10, 2021, before any of the defendants filed their responses, the Court granted the Motion. (Dkt. 25.)