IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL RAMSBOTTOM, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:21-cv-00272 |
| ) | Judge Trauger |
| LORIN ASHTON, ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

It is hereby ORDERED that plaintiff Jane Doe #1 shall submit under seal, with copies to defense counsel, the declaration of at least one mental health professional who is treating or has treated Jane Doe #1, which declaration shall address her assertion that proceeding publicly in this case will "re-traumatize" her.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge