IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

7.7145

RACHEL RAMSBOTTOM; ALEXIS BOWLING; JENNA HOUSTON and JANE DOES #1,

  Plaintiffs,

VS

LORIN ASHTON; AMORPHOUS MUSIC, INC.; BASSNECTAR TOURING, INC.; REDLIGHT MANAGEMENT, INC.; C3 PRESENTS, LLC; INTERACTIVE GIVING FUND; GNARLOS INDUSTRIES, LLC; CARLOS DONOHUE; ABC CORPORATIONS 1 - 10 (said names being fictitious) JOHN DOES 1 - 10 (said names being fictitious),

  Defendants.

NO. 3:21-cv-00272

## NOTICE OF APPEARANCE

Scott McCullough and McNabb, Bragorgos, Burgess & Sorin, PLLC hereby enter their appearance as counsel of record for C3 Presents, LLC in this cause.

Respectfully submitted,

**McNABB, BRAGORGOS, BURGESS & SORIN, PLLC**

/S/ SCOTT McCULLOUGH - #19499
Attorney for C2 Presents, LLC
81 Monroe, Sixth Floor
Memphis, Tennessee 38103

Telephone: (901) 624-0640
Fax: (901) 624-0650
smccullough@mbbslaw.com

## CERTIFICATE OF SERVICE

        This certifies that on the May 20, 2021 a true and correct copy of the foregoing document has been served upon opposing counsel for all parties or all parties individually by electronic means through the Court's Electronic Filing System as follows:

Phillip Miller
631 Woodland Street
Nashville, TN 37206
pmiller@seriousinjury.com
*Attorney for Plaintiff*

Brian Kent
M. Stewart Ryan
Alexandria MacMaster
1100 Ludlow Street
Suite 300
Philadelphia, PA 19107
bkent@lbk-law.com
sryan@lbk-law.com
amacmaster@lbk-law.com
*Attorneys for Plaintiff*

Russell B. Morgan
Jason C. Palmer
1600 Division Street
Suite 700
Nashville, TN 37203
*Attorneys for Defendant C3 Presents, LLC*

Grace Fox
Robert A. Peal
Mark W. Lenihan
3322 West End Avenue
Suite 200
Nashville, TN 37203
*Attorneys for Defendants Lorin Ashton, Amorphous Music, Inc. and Bassnectar Touring, Inc.*

Kimberly S. Hodde
40 Music Square East
Nashville, TN 37203
*Attorneys for Defendants Lorin Ashton, Amorphous Music, Inc. and Bassnectar Touring, Inc.*

Mitchell Shuster
Stacey M. Ashby
125 Park Avenue
7th Floor
New York, NY 10017
*Attorneys for Defendants Lorin Ashton, Amorphous Music, Inc. and Bassnectar Touring, Inc.*

Bennett James Wills
Brian T. Boyd
214 Overlook Circle
Suite 275

Brentwood, TN 37027
*Attorneys for Defendant Interactive Giving Fund*

                                                                             <u>s/ SCOTT McCULLOUGH - #19499</u>