# **CERTIFICATE OF SERVICE**

This certifies that on May 21, 2021 a true and correct copy of *Notice of Appearance* has been served upon opposing counsel for all parties or all parties individually by electronic means through the Court's Electronic Filing System as follows:

Phillip Miller
631 Woodland Street
Nashville, TN 37206
pmiller@seriousinjury.com

*Attorney for Plaintiff*

M. Stewart Ryan
Alexandria MacMaster
1100 Ludlow Street
Suite 300
Philadelphia, PA 19107
sryan@lbk-law.com
amacmaster@lbk-law.com

*Attorneys for Plaintiff*

Russell B. Morgan
Jason C. Palmer
Rachel Sodee
1600 Division Street
Suite 700
Nashville, TN 37203
rmorgan@bradley.com
jpalmer@bradley.com
rsodee@bradley.com

*Attorneys for Defendant C3 Presents, LLC*

Grace Fox
Robert A. Peal
Mark W. Lenihan
3322 West End Avenue
Suite 200
Nashville, TN 37203
rpeal@simsfunk.com
mlenihan@simsfunk.com
gfox@simsfund.com

*Attorneys for Defendants Lorin Ashton, Amorphous Music, Inc. and Bassnectar Touring, Inc.*

Kimberly S. Hodde
40 Music Square East
Nashville, TN 37203
Kim.hodde@hoddelaw.com

*Attorneys for Defendants Lorin Ashton, Amorphous Music, Inc. and Bassnectar Touring, Inc.*

Mitchell Shuster
Stacey M. Ashby
125 Park Avenue
7th Floor
New York, NY 10017
ms@msf-law.com
sma@msf-law.com

*Attorneys for Defendants Lorin Ashton, Amorphous Music, Inc. and Bassnectar Touring, Inc.*

Bennett James Wills
Brian T. Boyd
214 Overlook Circle
Suite 275

Brian Kent
401 N. Michigan Avenue
Suite 1700
Chicago, IL 60611-4212

Brentwood, TN 37027
bennett@boydlegal.com
brian@boydlegal.com

bkent@lbk-law.com

*Attorney for Plaintiffs*

*Attorneys for Defendant Interactive Giving Fund*

Ashleigh D. Karnell
Paige Waldrop Mills
150 Third Avenue South
Suite 2800
Nashville, TN 37201
Ashleigh.karnell@bassberry.com
pmills@bassberry.com

*Attorneys for Defendant Redlight Management, Inc.*

And served via U.S. Mail to the below parties:

| Gnarlos Industries, LLC<br>3337 NE 79th Avenue<br>Portland, OR 97213<br>*Defendant* | Carlos Donohue<br>3337 NE 79th Avenue<br>Portland, OR 97213<br>*Defendant* |

s/ SCOTT McCULLOUGH - #19499

2