**BUSINESS ENTITY DISCLOSURE ATTACHMENT**

Defendant C3 Presents, L.L.C. hereby discloses that it is a Texas limited liability company. C3 Presents L.L.C.'s sole member is Live Nation Worldwide, Inc., a Delaware corporation, with its principal place of business in California. Live Nation Worldwide, Inc. is a wholly-owned subsidiary of Live Nation Entertainment, Inc., a publicly traded corporation. Liberty Media Corporation owns 10% or more of Live Nation Entertainment, Inc.'s stock.