IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL RAMSBOTTOM, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:21-cv-00272 |
| ) | Judge Trauger |
| LORIN ASHTON, ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Several Waivers of Service have been filed in this case that make the present initial case management conference scheduling premature. It is therefore ORDERED that the initial case management conference scheduled for June 16, 2021 is hereby RESET for July 26, 2021 at 3:00 p.m.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge