IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL RAMSBOTTOM, ) <br> ALEXIS BOWLING, ) <br> JENNA HOUSTON, ) <br> JANE DOE #1 ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LORIN ASHTON, ) <br> AMORPHOUS MUSIC, INC., ) <br> BASSNECTAR TOURING, INC., ) <br> REDLIGHT MANAGEMENT, INC., ) <br> C3 PRESENTS, L.L.C., ) <br> INTERACTIVE GIVING FUND, ) <br> GNARLOS INDUSTRIES, LLC, : ) <br> CARLOS DONOHUE; ABC : ) <br> CORPORATIONS, ONE THROUGH ) <br> TEN (said Names Being Fictitious), ) <br> JOHN DOES, ONE THROUGH TEN ) <br> (said Names Being Fictitious) <br>    Defendants. | CIVIL ACTION <br><br> No. 3:21-cv-00272 <br><br> JURY TRIAL DEMANDED |

## C3 PRESENTS, L.L.C.'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT AGAINST C3 PRESENTS

C3 Presents, L.L.C. ("C3 Presents") respectfully moves this Court to dismiss Plaintiffs' Amended Complaint against C3 Presents pursuant to Rule 12(b)(3) and (b)(6) of the Federal Rules of Civil Procedure for improper venue and for failure to state a claim upon which relief can be granted. In filing this Motion, C3 Presents relies on its supporting Memorandum of Law, which is filed contemporaneously herewith and incorporated by reference herein. In support of this Motion, C3 Presents states as follows:

    1.    Plaintiffs Rachel Ramsbottom, Alexis Bowling, Jenna Houston, and Jane Doe #1 ("Plaintiffs") are former fans of EDM artist Lorin Ashton (hereinafter "Bassnectar"), who allege

1

that Bassnectar abused his position of fame and power to traffic and solicit child pornography from them when they were minors.

2. C3 Presents is a concert and live event promoter and promotes, among other things, the Music City Wine and Food Festival, Austin City Limits, and the Lollapalooza festivals worldwide. C3 Presents has worked with Bassnectar, along with countless other artists, in its capacity as a concert promoter and music manager.

3. On May 7, 2021, Plaintiffs filed their Amended Complaint against Bassnectar and several other entities, including C3 Presents. The Complaint asserts claims against Bassnectar for conduct in violation of the Trafficking Victim Protection Reauthorization Act ("TVPRA"), benefitting from a sex-trafficking venture in violation of the TVPRA, receipt and possession of child pornography, and negligence per se. The sole claim asserted against C3 Presents is for benefitting from sex-trafficking venture in violation of the TVPRA.

4. At the outset, Plaintiffs inconsistently define the "Bassnectar Companies" to initially exclude C3 Presents, but later to include C3 Presents. This prevents C3 Presents from being on notice of the exact factual allegations that Plaintiffs assert against it. Even if Plaintiffs had consistently defined the "Bassnectar Companies," Plaintiffs would sill impermissibly engage in group pleading that lumps together the entity defendants despite the very different roles they played in Bassnectar's career. Such group pleading also fails to put C3 Presents and the other entity defendants on notice of what they each allegedly did in violation of the TVPRA.

5. Plaintiffs fail to state a TVPRA beneficiary claim against C3 Presents as they have not demonstrated that C3 Presents participated in a particular or specific *sex-trafficking* venture with Bassnectar. Rather, Plaintiffs rely solely on conclusory allegations about C3 Presents' participation.

6. Moreover, Plaintiffs have not sufficiently shown that C3 Presents "knew or should have known" that Bassnectar was engaged in a sex-trafficking venture. Instead, Plaintiffs emphasize the contrary: that Bassnectar's allegedly exploitive conduct was highly secretive.

7. In addition, Plaintiffs have not demonstrated that C3 Presents "knowingly benefitted" from Bassnectar's alleged sex-trafficking venture. Plaintiffs' rote recitation of the "knowingly benefitted" element of a TVPRA claim—without more—is insufficient to withstand a motion to dismiss.

8. Venue is also improper in the Middle District of Tennessee. The Amended Complaint demonstrates that only one of the four Plaintiffs interacted with any of the Defendants in Tennessee. Plaintiffs make no effort to describe in detail this interaction, or provide details for C3 Presents to assess whether this Tennessee event even occurred in the Middle District.

WHEREFORE, C3 Presents respectfully requests that this Court dismiss Plaintiffs' Complaint against C3 Presents with prejudice.

Respectfully submitted,

*/s/ Russell B. Morgan*

Russell B. Morgan (BPR No. 20218)
Jason C. Palmer (BPR No. 036146)
Rachel L. Sodée (BPR. No. 038391)
BRADLEY ARANT BOULT CUMMINGS LLP
Roundabout Plaza
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
Phone: (615) 252-2311
Fax: (615) 252-6311


*/s/ Scott McCullough*
R. Scott McCullough (BPR No. 19499)
MCNABB, BRAGORGOS, BURGESS & SORIN, PLLC
81 Monroe, Sixth Floor
Memphis, Tennessee 38103
Phone: (901) 624-0640
Fax: (901) 624-0650
smccullough@mbbslaw.com

*Attorneys for Defendant C3 Presents, L.L.C.*

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document is being served through the Court's Electronic Filing System, or via U.S. Mail, first class postage prepaid, to all other parties on June 1, 2021:

Phillip Miller
631 Woodland Street
Nashville, TN 37206

Brian Kent
M. Stewart Ryan
Alexandria MacMaster
LAFFEY, BUCCI & KENT, LLP
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107

*Attorneys for Plaintiffs*

Robert A. Peal
Mark W. Lenihan
Grace A. Fox
SIMS/FUNK, PLC
3322 West End Ave., Suite 200
Nashville, TN 37203

Kimberly S. Hodde
HODDE & ASSOCIATES
40 Music Square East
Nashville, TN 37203

Stacey M. Ashby
Mitchell Schuster
MEISTER SEELIG & FEIN LLP
125 Park Avenue, 7th Floor
New York, NY 10017

*Attorneys for Defendants Lorin Ashton,
Amorphous Music, Inc., and
Bassnectar Touring, Inc.*

Brian T. Boyd
Bennett J. Wills
LAW OFFICE OF BOYD & WILLS
214 Overlook Cir., Ste. 275
Brentwood, TN 37027

5

Case 3:21-cv-00272   Document 50   Filed 06/01/21   Page 5 of 6 PageID #: 273

*Attorneys for Interactive Giving Fund*

Paige W. Mills
Ashley Karnell
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201

*Attorneys for Red Light Management, Inc.*

Gnarlos Industries, L.L.C.
3337 NE 79th Ave.
Portland, OR 97203

Carlos Donohue
3337 NE 79th Ave.
Portland, OR 97203

                                              */s/ Russell B. Morgan*
                                              Russell B. Morgan