# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **RACHEL RAMSBOTTOM,** : | |
| **ALEXIS BOWLING,** : | |
| **JENNA HOUSTON,** : | |
| **JANE DOE #1** : | |
| : | |
| **Plaintiffs,** : | |
| : | **CIVIL ACTION NO. 3:21-cv-00272** |
| : | |
| **v.** : | |
| : | **JURY TRIAL DEMANDED** |
| **LORIN ASHTON,** : | |
| **AMORPHOUS MUSIC, INC.,** : | |
| **BASSNECTAR TOURING, INC.,** : | |
| **REDLIGHT MANAGEMENT, INC.,** : | |
| **C3 PRESENTS, L.L.C,** : | |
| **INTERACTIVE GIVING FUND,** : | |
| **GNARLOS INDUSTRIES, LLC,** : | |
| **CARLOS DONOHUE; ABC** : | |
| **CORPORATIONS, ONE THROUGH** : | |
| **TEN (said Names Being Fictitious),** : | |
| **JOHN DOE, ONE THROUGH TEN** : | |
| **(said Names Being Fictitious)** : | |
| : | |
| **Defendants.** : | |

## MOTION FOR *PRO HAC VICE* ADMISSION OF ALEXANDRIA MACMASTER-HO

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Alexandria MacMaster-Ho, hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Plaintiffs, Rachel Ramsbottom, Alexis Bowling Jenna Houston and Jane Doe #1.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the bar of USDC, Eastern District of Pennsylvania. Attached is a Certificate of Good Standing from that Court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted or a criminal offense or offenses.

7. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

8. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of this proceeding.

_____
Alexandria MacMaster-Ho, Esq.
Pennsylvania Attorney ID: 316826
Laffey, Bucci & Kent, LLP
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
215-399-9255
amacmaster@lbk-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of June 2021, I electronically filed the foregoing Motion for *Pro Hac Vice* Admission of Alexandria MacMaster-Ho with the Clerk of Court using CM/ECF system, which will send notification of such filing to the following:

Russell B. Morgan
Jason C. Palmer
Rachel Sodée
BRADLEY ARANT
BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203

Scott McCullough
McNABB, BRAGORGOS,
BURGESS & SORIN, PLLC
81 Monroe, Sixth Floor
Memphis, TN 38103

*Attorneys for Defendant C3 Presents, L.L.C.*

Bennett James Wills
Brian T. Boyd
LAW OFFICE OF BRIAN T. BOYD
214 Overlook Cir.
Suite 275
Brentwood, TN 37027
(615) 861-1936
Fax: (615) 523-2595
Email: bennett@boydlegal.com

*Attorneys for Defendant Interactive Giving
Fund*

Paige Mills, Esq.
Ashleigh Karnell, Esq.
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
615-742-7770
615-742-0429 fax
PMills@bassberry.com
ashleigh.karnell@bassberry.com

*Attorneys for Defendant Red Light Management*

Grace A. Fox
Robert A. Peal
Mark W. Lenihan
SIMS FUNK, PLC
3322 West End Avenue
Suite 200
Nashville, TN 37203
(615) 292-9335
Fax: (615) 649-8565
Email: gfox@simsfunk.com

Kimberly S. Hodde
HODDE & ASSOCIATES
40 Music Square East
Nashville, TN 37203
(615) 242-4200
Fax: (615) 242-8115
Email: kim.hodde@hoddelaw.com

Mitchell Schuster
Stacey M. Ashby
MEISTER, SEELIG & FEIN, LLP
125 Park Avenue, 7th Floor
New York, NY 10017

*Attorneys for Defendants Lorin Ashton,
Amorphous Music Inc.,
and Bassnectar Touring, Inc.*

*/s/ Phillip Miller*
Phillip Miller, Esq.