

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA
EASTERN DISTRICT OF PENNSYLVANIA   }

I, Kate Barkman, Clerk of the United States District Court for the Eastern District of Pennsylvania,

**DO HEREBY CERTIFY** that ALEXANDRIA MACMASTER-HO was duly admitted to practice in said Court on as a member of the bar of said Court.

Bar #316826
04/28/2021, and is in good standing

CLERK'S OFFICE
Sworn to and Subscribed before me this day
Jun/10/2021

_Kate Barkman_
**KATE BARKMAN**
**Clerk of Court**

Deputy Clerk, U.S. District Court
Eastern District of Pennsylvania

DATED at Philadelphia, Pennsylvania on 6/10/2021

BY: _Paige Conti_

**Deputy Clerk**

Rev. 1/20/17