IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **RACHEL RAMSBOTTOM,** | : |
| **ALEXIS BOWLING,** | : |
| **JENNA HOUSTON,** | : |
| **JANE DOE #1** | : |
|     Plaintiffs, | : |
| | : CIVIL ACTION NO. 3:21-cv-00272 |
| | : |
|     v. | : |
| | : STIPULATION |
| **LORIN ASHTON,** | : |
| **AMORPHOUS MUSIC, INC.,** | : |
| **BASSNECTAR TOURING, INC.,** | : |
| **REDLIGHT MANAGEMENT, INC.,** | : |
| **C3 PRESENTS, L.L.C,** | : |
| **INTERACTIVE GIVING FUND,** | : |
| **GNARLOS INDUSTRIES, LLC,** | : |
| **CARLOS DONOHUE; ABC** | : |
| **CORPORATIONS, ONE THROUGH** | : |
| **TEN (said Names Being Fictitious),** | : |
| **JOHN DOE, ONE THROUGH TEN** | : |
| **(said Names Being Fictitious)** | : |
|     Defendants. | : |

WHEREAS, all counsel to this action, during a meet and confer conference call held on May 17, 2021, agreed that, to the extent any defendant should file a Motion to Dismiss, such motions would be filed no later than July 12, 2021; that Plaintiffs would be permitted thirty (30) days to respond; and that any defendant would be permitted fourteen (14) days to file a reply to any opposition from the service of said opposition. Defendant C3 Presents, LLC, on June 1, 2021, moved by Motion to Dismiss to Show and Strike Plaintiff's Claims for Improper Venue and Failure to State a Claim. Pursuant to the agreement of all counsel, Plaintiffs shall file their opposition no later than thirty (30) days from service of Defendant C3 Presents, LLC's Motion to Dismiss, or June 30, 2021; Defendant C3 Presents, LLC, may file a reply no later than fourteen (14) days from service

of Plaintiffs' opposition.

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties, that:

1. Plaintiff's response to Defendant C3 Presents, LLC's Motion to Dismiss shall be filed no later than June 30, 2021.

2. Defendant C3 Presents, LLC, may file a reply no later than fourteen (14) days from service of Plaintiffs' opposition.

3. This stipulation may be executed in counterparts, and a signature transmitted by electronic means shall be deemed an original for all purposes.

Dated: June 14, 2021

RESPECTFULLY SUBMITTED:

| | |
|---|---|
| */s/ Phillip Miller* | */s/ Russell B. Morgan* |
| Phillip Miller, Esquire<br>631 Woodland Street<br>Nashville, TN 37206<br>615-356-2000<br>pmiller@seriousinjury.com | Russell B. Morgan, Esquire<br>Jason C. Palmer, Esquire<br>Rachel L. Sodée, Esquire<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>Roundabout Plaza<br>1600 Division Street, Suite 700<br>P.O. Box 340025<br>Nashville, Tennessee 37203<br>(615) 252-2311 |
| Brian D. Kent , Esquire<br>1100 Ludlow Street, Suite 300<br>Philadelphia, PA 19107<br>(215) 399-9255<br>bkent@lbk-law.com<br>*Attorneys for Plaintiffs* | R. Scott McCullough, Esquire<br>MCNABB, BRAGORGOS, BURGESS & SORIN, PLLC<br>81 Monroe, Sixth Floor<br>Memphis, Tennessee 38103<br> (901) 624-0640<br>smccullough@mbbslaw.com<br>*Attorneys for Defendant, C3 Presents, LLC* |

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of June 2021, I electronically filed the foregoing Stipulation with the Clerk of Court using CM/ECF system, which will send notification of such filing to the following:

Russell B. Morgan
Jason C. Palmer
Rachel Sodée
BRADLEY ARANT
BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203

Scott McCullough
McNABB, BRAGORGOS,
BURGESS & SORIN, PLLC
81 Monroe, Sixth Floor
Memphis, TN 38103

*Attorneys for Defendant C3 Presents, L.L.C.*

Bennett James Wills
Brian T. Boyd
LAW OFFICE OF BRIAN T. BOYD
214 Overlook Cir.
Suite 275
Brentwood, TN 37027
(615) 861-1936
Fax: (615) 523-2595
Email: bennett@boydlegal.com

*Attorneys for Defendant Interactive Giving Fund*

Paige Mills, Esq.
Ashleigh Karnell, Esq.
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
615-742-7770
615-742-0429 fax
PMills@bassberry.com
ashleigh.karnell@bassberry.com

*Attorneys for Defendant Red Light Management*

Grace A. Fox
Robert A. Peal
Mark W. Lenihan
SIMS FUNK, PLC
3322 West End Avenue
Suite 200
Nashville, TN 37203
(615) 292-9335
Fax: (615) 649-8565
Email: gfox@simsfunk.com

Kimberly S. Hodde
HODDE & ASSOCIATES
40 Music Square East
Nashville, TN 37203
(615) 242-4200
Fax: (615) 242-8115
Email: kim.hodde@hoddelaw.com

Mitchell Schuster
Stacey M. Ashby
MEISTER, SEELIG & FEIN, LLP
125 Park Avenue, 7th Floor
New York, NY 10017

*Attorneys for Defendants Lorin Ashton,*
*Amorphous Music Inc.,*
*and Bassnectar Touring, Inc.*

/s/ Phillip Miller
_____
Phillip Miller #006873