# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RACHEL RAMSBOTTOM, et al. ) | |
| ) | |
| *Plaintiffs*, ) | Case No. 3:21-cv-272 |
| ) | |
| v. ) | JURY TRIAL DEMAND |
| ) | |
| LORIN ASHTON, et al. ) | JUDGE ALETA A. TRAUGER |
| ) | |
| *Defendants*. ) | |

## INTERACTIVE GIVING FUND'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(b)(2), 12(b)(3) AND 12(b)(6)

COMES NOW, Defendant Interactive Giving Fund ("IGF") and respectfully files this Motion to Dismiss and Supporting Memorandum of Law.

Defendant IGF moves this Court to dismiss Counts II and IV of the First Amended Complaint (the "FAC") filed against it by Plaintiffs Rachel Ramsbottom ("Ramsbottom"), Alexis Bowling ("Bowling"), Jenna Houston ("Houston") and Jane Doe #1 (collectively, the "Plaintiffs") pursuant to: (i) Fed. R. Civ. P. 12(b)(2), because this Court lacks personal jurisdiction over IGF; (ii) Fed. R. Civ. P. 12(b)(3) on the grounds that venue in this Court is improper; (iii) Fed. R. Civ. P. 12(b)(6), for failure to state a claim upon which relief can be granted; and (iv) for all such other and further relief as the Court may deem just and proper. Defendant IGF incorporates the Memorandum of Law in Support of this motion by reference.

**WHEREFORE,** Defendant IGF respectfully moves the Court to grant this Motion to Dismiss Plaintiffs' First Amended Complaint.[1]

---

[1] While Local Rule 7.01 does not require a meet-and-confer for a Rule 12 motion, Defendant IGF did attempt to resolve this dispute without court intervention and was unsuccessful.

Respectfully submitted,

*/s/Brian T. Boyd*
Brian T. Boyd (#023521)
Bennett J. Wills (#034831)
Law Office of Boyd & Wills
214 Overlook Cir., Ste. 275
Brentwood, TN 37027
T: 615-861-1936
F: 615-523-2595
brian@boydwills.com
bennett@boydwills.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of June 2021, a copy of the foregoing Motion to Dismiss and Supporting Memorandum were served on the following parties via the Court's electronic case management system:

| | |
|---|---|
| Phillip Miller<br>621 Woodland St.<br>Nashville, TN 37206<br>615-356-2000<br>pmillar@seriousinjurylaw.com<br>*Counsel for Plaintiffs*<br>SERVED VIA CM/ECF | Brian Kent<br>M. Stuart Ryan<br>Alexandria MacMaster<br>1100 Ludlow St., Ste. 300<br>Philadelphia, PA 19107<br>215-399-9255<br>bkent@lbk-law.com<br>sryan@lbk-law.com<br>amacmaster@lbk-law.com<br>*Counsel for Plaintiffs*<br>SERVED VIA CM/ECF |
| Robert A. Peal<br>Mark W. Lenihan<br>Grace A. Fox<br>Sims \|Funk<br>3322 West End Ave., Ste. 200<br>Nashville, TN 37203<br>615-292-9335<br>rpeal@simsfunk.com<br>mlenihan@simsfunk.com<br>gfox@simsfunk.com<br>*Counsel for Ashton, Amorphous Music, Inc., Bassnectar Touring, Inc.*<br>SERVED VIA CM/ECF | Kimberly Hodde<br>40 Music Square East<br>Nashville, TN 37203<br>615-242-4200<br>*Counsel for Ashton, Amorphous Music, Inc., Bassnectar Touring, Inc.*<br>SERVED VIA CM/ECF |

| | |
|---|---|
| Russell B. Morgan<br>Jason C. Palmer<br>Rachel Sodee<br>1600 Division St., Ste. 700<br>Nashville, TN 37203<br>615-252-2311<br>morgan@bradley.com<br>*Counsel for C3 Presents, L.L.C.*<br>SERVED VIA CM/ECF | R. Scott McCullough<br>McNabb, Bragorgos, Burgess & Sorin, PLLC<br>81 Monroe Avenue, Sixth Floor<br>Memphis, Tennessee 38103-5402<br>(901) 924-0640<br>(901) 624- 0650 (fax)<br>Smccullough@mbbslaw.com<br>*Counsel for C3 presents, LLC* |
| Stacy M. Ashby<br>Mitchell Schuster<br>125 Park Ave., 7th Fl.<br>New York, NY 10017<br>212-655-3562<br>sma@msf-law.com<br>ms@msf-law.com<br>*Counsel for Ashton, Amorphous Music, Inc., Bassnectar Touring, Inc.*<br>SERVED VIA EMAIL | Davis Fordham Griffin<br>Cynthia A Sherwood<br>Sherwood Boutique Litigation, PLLC<br>201 4th Avenue North<br>Suote 1130<br>Nashville, Tennessee 37219<br>(615) 873-5670<br>(615) 900- 2312 (fax)<br>davis@sherwoodlitigation.com<br>cynthia@sherwoodlitigation.com<br>*Counsel for Gnarlos Industries, LLC. And Carlos Donohue* |
| Ashleigh D. Karnell<br>Paige Waldrop Mills<br>Bass, Berry & Sims (Nashville Office)<br>150 Third Avenue South<br>Suite 2800<br>Nashville, Tennessee 37201<br>(615) 742- 7914<br>(615) 742- 0453<br>Ashleigh.karnell@bassberry.com<br>pmills@bassberry.com<br>*Counsel for Redlight Management, Inc.* | Jason C. Palmer<br>Bradley Arant Boult Cummings LLP (Nashville, TN Office)<br>1600 Division Street, Suite 700<br>P.O. Box 340025<br>Nashville, Tennessee 37203-0025<br>(615) 252-3898<br>(615) 252-6380<br>jpalmer@bradley.com<br>*Counsel for C3 presents, LLC* |

                                          */s/Brian T. Boyd*
                                          Brian T. Boyd