D1595264



**Secretary of State**
**Nonprofit Certificate of Dissolution**
(California Nonprofit Corporation ONLY)

DISS NP

IMPORTANT — Read instructions before completing this form.
There is No Fee for filing a Nonprofit Certificate of Dissolution
Copy Fees – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

Attorney General Letter: All nonprofit public benefit and religious nonprofit corporations are required to get a letter from the California Attorney General's office waiving objections to the nonprofit corporation's distribution of assets, or confirming the nonprofit corporation has no assets. If your corporation is a public benefit or religious corporation, you must attach that letter to this Nonprofit Certificate of Dissolution (see instructions).

FILED WM
Secretary of State
State of California

NOV 19 2020

/ PC

This Space For Office Use Only

| 1. Corporate Name (Enter the exact name of the nonprofit corporation as it is recorded with the California Secretary of State.) | 2. 7-Digit Secretary of State File Number |
|---|---|
| BE INTERACTIVE | C4174118 |

**3. Election**

☑ The dissolution was made by a vote of ALL of the members, or if there are no members, by a vote of ALL of the directors of the California nonprofit corporation.

Note: If the above box is not checked, a Nonprofit Certificate of Election to Wind Up and Dissolve (Form ELEC NP) must be filed prior to or together with this Nonprofit Certificate of Dissolution. (California Corporations Code sections 6611, 8611, 9680 and 12631.)

**4. Debts and Liabilities** (Check the applicable statement. Only one box may be checked. If second box is checked, you must include the required information in an attachment.)

☑ The known debts and liabilities have been actually paid or paid as far as its assets permitted.

☐ The known debts and liabilities have been adequately provided for in full or as far as its assets permitted by their assumption. Included in the attachment to this certificate, incorporated herein by this reference, is a description of the provisions made and the name and address of the person, corporation or government agency that has assumed or guaranteed the payment, or the depository institution with which deposit has been made.

☐ The nonprofit corporation never incurred any known debts or liabilities.

**5. Required Statements** (Do not alter the Required Statements – ALL must be true to file Form DISS NP.)

a. The nonprofit corporation has been completely wound up and is dissolved.
b. All final returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.
c. For Mutual Benefit or General Cooperative Corporations ONLY: The known assets have been distributed to the persons entitled thereto or the nonprofit corporation acquired no known assets.

**6. Read, Verify, Date and Sign Below** (See instructions for signature requirements. Do not use a computer generated signature.)

The undersigned is the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

| Date | Signature | Type or Print Name |
|---|---|---|
| 10/8/20 | | Lorin Ashton |
| 10/6/2020 | | Justin Boreta |
| 10/7/2020 | | Jonathan Human |

DISS NP (REV 07/2019)

2019 California Secretary of State
bizfile.sos.ca.gov

Case 3:21-cv-00272   Document 58-4   Filed 06/28/21   Page 1 of 3 PageID #: 338

D1595264

## Attachment to the Nonprofit Certificate of Dissolution (Form DISS NP)

Corporation Name: BE INTERACTIVE
7-Digit Secretary of State File Number: C4174118

I declare under penalty of perjury under the laws of the State of California that the matters set forth in the certificate are true and correct of my own knowledge.

10/7/2020

Date      Signature      Jesse Jackson

Type or Print Name

D1595264

**XAVIER BECERRA**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE** 

1300 I Street
P.O. Box 903447
Sacramento, CA 94203-4470
(916) 210-6400 Ext 8
Fax: (916) 444-3651
Dissolution@doj.ca.gov

November 17, 2020

COUNSEL, LLP
C/O, VIVEK SRIDHARAN
230 CALIFORNIA ST, STE 201
SAN FRANCISCO, CA 94111

RE: Dissolution of BE INTERACTIVE

Dear Directors:

Based on the representations made in your letter and the supporting documents included with it, the Attorney General's office waives objection to the disposition of the assets of the captioned corporation upon dissolution. (See Corporations Code section 6716.) [section 8716 for mutual benefit corporations].

The corporation may complete its dissolution with the California Secretary of State's office. AFTER the Secretary of State has endorsed the corporation's Certificate of Dissolution, please submit a copy to the undersigned at the address set forth above.

If the corporation had assets at the time of dissolution, please also provide a final financial report for the last complete accounting period through the date in which the organization's asset balance was reduced to zero.

Sincerely,

*Registry of Charitable Trusts*

For      XAVIER BECERRA
         Attorney General

CT-684 Dissolution Waiver with Assets