

P.O. Box 9509
Warwick, RI 02889-9509

p 888-383-4483
f 866-485-9414

vanguardcharitable.org

0001625   SP        3133       -C04-P00000-I    -700001



# New account contribution confirmation

February 17, 2021

Welcome to Vanguard Charitable! This statement confirms a contribution into a new philanthropic account, named below.

This statement does not constitute substantiation of a charitable contribution. If this donation has not previously been substantiated, a tax receipt for the gift will be sent to the donor separately. If this is a gift of Vanguard mutual funds with an applicable redemption fee, a separate adjustment to reflect that fee will be assessed.

Log in to your online account to access additional account information. Contact us with questions or updates at donorservice@vanguardcharitable.org or 888-383-4483.

## Philanthropic account information

| | | |
|---|---|---|
| **Account name:** | The Interactive Giving Fund | **Account number:** |
| **Account advisor(1):** | | **Date of birth:** |
| **Address** | | **Daytime telephone:** |
| **Delivery preference:** | Electronic | |
| **Account advisor(2):** | | **Date of birth:** |
| **Address** | | **Daytime telephone:** |
| **Delivery preference:** | Electronic | |

## Contribution summary

| Trade date | Contributor | Gift description | Amount |
|---|---|---|---|
| 02/12/2021 | Be Interactive | Wire | |

## Allocation of contribution

| Investment option | Proceeds invested |
|---|---|
| | |
| | **Total value:** |

## Succession plan

| Option: | Pass account privileges to successor-advisors | **Percent:** | 100.00% |
|---|---|---|---|

Case 3:21-cv-00272   Document 58-5   Filed 06/28/21   Page 1 of 2 PageID #: 341

**(continued on next page)**

**Success advisor:** **Date of birth:**
**Address:** **Relation to advisor:**

3133-04-00-0001625-0002-0006148   P44499  2291310  NAC P