IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RACHEL RAMSBOTTOM | ) | |
| ALEXIS BOWLING | ) | |
| JENNA HOUSTON | ) | |
| JANE DOE #1 | ) | CIVIL ACTION |
| | ) | |
|     Plaintiffs | ) | No. 3:21-cv-00272 |
| | ) | |
|     v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| LORIN ASHTON, | ) | |
| AMORPHOUS MUSIC, INC., | ) | |
| BASSNECTAR TOURING, INC., | ) | |
| C3 PRESENTS, L.L.C., | ) | |
| INTERACTIVE GIVING FUND, | ) | |
| GNARLOS INDUSTRIES, LLC, | ) | |
| CARLOS DONOHUE; ABC | ) | |
| CORPORATIONS, ONE THROUGH | ) | |
| TEN (said Names Being Fictitious), | ) | |
| JOHN DOES, ONE THROUGH TEN | ) | |
| (said Names Being Fictitious) | ) | |
| | ) | |
|     Defendants. | ) | |

**PROPOSED ORDER OF COURT**

**AND NOW** on this _____ day of_____, 2021, it is hereby **ORDERED** and **DECREED** that the Motion to Dismiss of Defendant, C3 Presents, L.L.C., is hereby **DENIED**.

    **BY THE COURT**

_____
J.

IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL RAMSBOTTOM ) <br> ALEXIS BOWLING ) <br> JENNA HOUSTON ) <br> JANE DOE #1 ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> LORIN ASHTON, ) <br> AMORPHOUS MUSIC, INC., ) <br> BASSNECTAR TOURING, INC., ) <br> C3 PRESENTS, L.L.C., ) <br> INTERACTIVE GIVING FUND, ) <br> GNARLOS INDUSTRIES, LLC, ) <br> CARLOS DONOHUE; ABC ) <br> CORPORATIONS, ONE THROUGH ) <br> TEN (said Names Being Fictitious), ) <br> JOHN DOES, ONE THROUGH TEN ) <br> (said Names Being Fictitious) ) <br> ) <br> Defendants. ) | CIVIL ACTION <br><br> No. 3:21-cv-00272 <br><br> JURY TRIAL DEMANDED |

**ALTERNATIVE PROPOSED ORDER OF COURT**

**AND NOW** on this _____ day of _____, 2021, it is hereby **ORDERED** and **DECREED** that the Motion to Dismiss of Defendants C3 Presents, L.L.C., is hereby **GRANTED** and Plaintiffs' Complaint is **DISMISSED WITHOUT PREJUDICE**. Plaintiffs are hereby granted leave to file a Second Amended Complaint to cure any and all defects within Plaintiffs' First Amended Complaint. Plaintiffs shall file a Second Amended Complaint within twenty (20) days from the date of this Order.

BY THE COURT:

_____
J.