IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL RAMSBOTTOM ) | |
| ALEXIS BOWLING ) | |
| JENNA HOUSTON ) | |
| JANE DOE #1 ) | CIVIL ACTION |
| ) | |
| Plaintiffs ) | No. 3:21-cv-00272 |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| LORIN ASHTON, ) | |
| AMORPHOUS MUSIC, INC., ) | |
| BASSNECTAR TOURING, INC., ) | |
| C3 PRESENTS, L.L.C., ) | |
| INTERACTIVE GIVING FUND, ) | |
| GNARLOS INDUSTRIES, LLC, ) | |
| CARLOS DONOHUE; ABC ) | |
| CORPORATIONS, ONE THROUGH ) | |
| TEN (said Names Being Fictitious), ) | |
| JOHN DOES, ONE THROUGH TEN ) | |
| (said Names Being Fictitious) ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June 2021, I electronically filed the foregoing Plaintiffs' Response in Opposition to Defendant C3 Presents, LLC's Motion to Dismiss Plaintiff's First Amended Complaint with the Clerk of Court using CM/ECF system, which will send notification of such filing to the following:

Russell B. Morgan
Jason C. Palmer
Rachel Sodée
BRADLEY ARANT
BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203

Bennett James Wills
Brian T. Boyd
LAW OFFICE OF BRIAN T. BOYD
214 Overlook Cir.
Suite 275
Brentwood, TN 37027
(615) 861-1936

Scott McCullough
McNABB, BRAGORGOS,
BURGESS & SORIN, PLLC
81 Monroe, Sixth Floor
Memphis, TN 38103

*Attorneys for Defendant C3 Presents, L.L.C.*

Grace A. Fox
Robert A. Peal
Mark W. Lenihan
SIMS FUNK, PLC
3322 West End Avenue
Suite 200
Nashville, TN 37203
(615) 292-9335
Fax: (615) 649-8565
Email: gfox@simsfunk.com

Kimberly S. Hodde
HODDE & ASSOCIATES
40 Music Square East
Nashville, TN 37203
(615) 242-4200
Fax: (615) 242-8115
Email: kim.hodde@hoddelaw.com

Mitchell Schuster
Stacey M. Ashby
MEISTER, SEELIG & FEIN, LLP
125 Park Avenue, 7th Floor
New York, NY 10017

*Attorneys for Defendants Lorin Ashton,
Amorphous Music Inc.,
and Bassnectar Touring, Inc.*

Fax: (615) 523-2595
Email: bennett@boydlegal.com

*Attorneys for Defendant Interactive Giving Fund*

Paige Mills, Esq.
Ashleigh Karnell, Esq.
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
615-742-7770
615-742-0429 fax
PMills@bassberry.com
ashleigh.karnell@bassberry.com

*Attorneys for Defendant Red Light Management*

Cynthia A. Sherwood, Esq.
Davis F. Griffin, Esq.
201 Fourth Avenue North, Suite 1130
Nashville, TN 37219
(615) 873-5670
(615) 900-2312 (fax)
cynthia@sherwoodlitigation.com

*Attorneys for Defendants Carlos Donohue and Gnarlos Industries, LLC*

 

    */s/ Phillip Miller*
    Phillip Miller #006873