# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| RACHEL RAMSBOTTOM, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) Civil No. 3:21-cv-00272 |
| | ) Judge Trauger |
| LORIN ASHTON, ET AL., | ) |
| Defendants. | ) |

## O R D E R

Given the pendency of two Motions to Dismiss, it is hereby ORDERED that the initial case management conference scheduled for July 26, 2021 is CONTINUED, to be reset, if appropriate, after disposition of these motions.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge