IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| RACHEL RAMSBOTTOM, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | No.: 3:21-CV-00272 |
| LORIN ASHTON, et al. | ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) ) | |

## DEFENDANT RED LIGHT MANAGEMENT, LLC'S
## MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Defendant Red Light Management, LLC ("Red Light") respectfully moves this Court to dismiss Plaintiffs' Amended Complaint pursuant to Federal Rule of Civil procedure 12(b)(6). As more fully set forth in Defendant's accompanying Memorandum in Support of Defendant Red Light's Motion to Dismiss, Plaintiffs' Amended Complaint should be dismissed since it fails to state a claim upon which relief can be granted against Red Light because:

(i) It does not and cannot plead a single affirmative act by Red Light to facilitate or otherwise assist, *i.e.*, participate in, the alleged Illegal Venture because Red Light did not represent Defendant Lorin Ashton at the time the alleged Illegal Venture allegedly damaged the Plaintiffs and therefore, the Complaint also fails to include a single allegation that Red Light undertook such act knowingly;

(ii) It does not include a single allegation that Red Light benefitted, financially or by receiving anything of value, from the alleged Illegal Venture and therefore, the Complaint also fails to include a single allegation that Red Light knowingly accepted benefits arising from the alleged Illegal Venture;

(iii) It states, in impermissibly conclusory terms, that Red Light knew or should have known Ashton was committing violations under the Act. Even accepting this allegation as true, it wholly fails to state a plausible TVPRA claim against Red Light because there are no facts even remotely suggesting Red Light knew or should have known that the venture it allegedly

knowingly supported and allegedly knowingly benefited from was sex trafficking.

For these reasons, Red Light respectfully requests that the Court dismiss Plaintiffs' Amended Complaint against it.

Respectfully submitted,

**RED LIGHT MANAGEMENT, LLC**

*/s/ Paige W. Mills*
Paige W. Mills
pmills@bassberry.com
Ashleigh D. Karnell
ashleigh.karnell@bassberry.com
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
T: 615-742-7770
F: 615-742-0429

Philip Goodpasture
pgoodpasture@williamsmullen.com
Brendan D. O'Toole
botoole@williamsmullen.com
Meredith M. Haynes
mhaynes@williamsmullen.com
Williams Mullen
200 South 10th Street
Richmond, VA 23219
T: 804-420-6000
F: 804-420-6507
*Counsel for Red Light Management, LLC*

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing document is being served through the Court's Electronic Filing System, or via U.S. Mail, first class postage prepaid, to all other parties on July 12, 2021:

Phillip Miller
631 Woodland Street
Nashville, TN 37206
pmiller@seriousinjurylaw.com

Brian Kent
M. Stewart Ryan
Alexandria MacMaster
LAFFEY, BUCCI & KENT, LLP
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
bkent@lbk-law.com
sryan@lbk-law.com
amacmaster@lbk-law.com

*Counsel for Plaintiffs*

Robert A. Peal
Mark W. Lenihan
Grace A. Fox
SIMS/FUNK, PLC
3322 West End Ave., Suite 200
Nashville, TN 37203
rpeal@simsfunk.com
mlenihan@simsfunk.com
gfox@simsfunk.com

Kimberly S. Hodde
HODDE & ASSOCIATES
40 Music Square East
Nashville, TN 37203

Stacey M. Ashby
Mitchell Schuster
MEISTER SEELIG & FEIN LLP
125 Park Avenue, 7th Floor
New York, NY 10017
sma@msf-law.com
ms@msf-law.com

*Counsel for Lorin Ashton,
Amorphous Music, Inc., and
Bassnectar Touring, Inc.*

| | |
|---|---|
| Russell B. Morgan<br>Jason C. Palmer<br>Rachel L. Sodée<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>1600 Division Street, Suite 700<br>P.O. Box 34002<br>Nashville, Tennessee 37203<br>morgan@bradley.com | Brian T. Boyd<br>Bennett J. Wills<br>LAW OFFICE OF BOYD & WILLS<br>214 Overlook Cir., Ste. 275<br>Brentwood, TN 37027<br><br>*Counsel for Interactive Giving Fund* |
| R. Scott McCullough<br>MCNABB, BRAGORGOS, BURGESS & SORIN, PLLC<br>81 Monroe Avenue, Sixth Floor<br>Memphis, Tennessee 38103<br>smccullough@mbbslaw.com | Davis Fordham Griffin<br>Cynthia A. Sherwood<br>Sherwood Boutique Litigation, PLLC<br>201 4th Avenue North<br>Suite 1130<br>Nashville, Tennessee 37219<br>davis@sherwoodlitigation.com<br>cynthia@sherwoodlitigation.com |
| Jason C. Palmer<br>Bradley Arant Boult Cummings LLP<br>1600 Division Street, Suite 700<br>Nashville, Tennessee 37203<br>jpalmer@bradley.com<br><br>*Counsel for C3 Presents, LLC* | *Counsel for Gnarlos Industries, LLC and Carlos Donohue* |

                                                               */s/ Paige W. Mills*
                                                               Paige W. Mills