IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **RACHEL RAMSBOTTOM,** | : |
| **ALEXIS BOWLING,** | : |
| **JENNA HOUSTON,** | : |
| **JANE DOE #1** | : CIVIL ACTION |
| Plaintiffs, | : |
| | : No. 3:21-cv-00272 |
| | : |
| v. | : JURY TRIAL DEMANDED |
| | : |
| **LORIN ASHTON,** | : Judge Aleta A. Trauger |
| **AMORPHOUS MUSIC, INC.,** | : |
| **BASSNECTAR TOURING, INC.,** | : |
| **REDLIGHT MANAGEMENT, INC.,** | : |
| **C3 PRESENTS, L.L.C,** | : |
| **INTERACTIVE GIVING FUND,** | : |
| **GNARLOS INDUSTRIES, LLC,** | : |
| **CARLOS DONOHUE; ABC** | : |
| **CORPORATIONS, ONE THROUGH** | : |
| **TEN (said Names Being Fictitious),** | : |
| **JOHN DOE, ONE THROUGH TEN** | : |
| **(said Names Being Fictitious)** | : |
| Defendants. | : |

## NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS RELATED TO JANE DOE #1 ONLY PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and in accordance with *Aamot v. Kassel*, 1 F.3d 441 (6th Cir. 1993), Plaintiff Jane Doe #1 and her counsel hereby give notice that all claims and causes of action related to Plaintiff Jane Doe #1 and only Plaintiff Jane Doe #1 are voluntarily dismissed, without prejudice against the Defendants.

Dated: July 13, 2021

RESPECTFULLY SUBMITTED:

*/s/ Phillip Miller*
Phillip Miller, Esquire
631 Woodland Street
Nashville, TN 37206
615-356-2000

pmiller@seriousinjury.com

Brian D. Kent, Esquire
*(admitted pro hac vice)*
M. Stewart Ryan, Esquire
*(admitted pro hac vice)*
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
(215) 399-9255
bkent@lbk-law.com
sryan@lbk-law.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of July 2021, I electronically filed the foregoing Plaintiffs' Notice of Voluntary Dismissal of Claims Related to Jane Doe #1 Only Pursuant to F.R.C.P. 41(a)(1)(a)(i) with the Clerk of Court using CM/ECF system, which will send notification of such filing to the following:

Russell B. Morgan
Jason C. Palmer
Rachel Sodée
BRADLEY ARANT
BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203

Scott McCullough
McNABB, BRAGORGOS,
BURGESS & SORIN, PLLC
81 Monroe, Sixth Floor
Memphis, TN 38103

*Attorneys for Defendant C3 Presents, L.L.C.*

Grace A. Fox
Robert A. Peal
Mark W. Lenihan
SIMS FUNK, PLC
3322 West End Avenue
Suite 200
Nashville, TN 37203
(615) 292-9335
Fax: (615) 649-8565
Email: gfox@simsfunk.com

Kimberly S. Hodde
HODDE & ASSOCIATES
40 Music Square East
Nashville, TN 37203
(615) 242-4200
Fax: (615) 242-8115
Email: kim.hodde@hoddelaw.com

Mitchell Schuster
Stacey M. Ashby

Bennett James Wills
Brian T. Boyd
LAW OFFICE OF BRIAN T. BOYD
214 Overlook Cir.
Suite 275
Brentwood, TN 37027
(615) 861-1936
Fax: (615) 523-2595
Email: bennett@boydlegal.com

*Attorneys for Defendant Interactive Giving Fund*

Paige Mills, Esq.
Ashleigh Karnell, Esq.
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
615-742-7770
615-742-0429 fax
PMills@bassberry.com
ashleigh.karnell@bassberry.com

*Attorneys for Defendant Red Light Management*

Cynthia A. Sherwood, Esq.
Davis F. Griffin, Esq.
201 Fourth Avenue North, Suite 1130
Nashville, TN 37219
(615) 873-5670
(615) 900-2312 (fax)
cynthia@sherwoodlitigation.com

*Attorneys for Defendants Carlos Donohue and Gnarlos Industries, LLC*

MEISTER, SEELIG & FEIN, LLP
125 Park Avenue, 7th Floor
New York, NY 10017

*Attorneys for Defendants Lorin Ashton,*
*Amorphous Music Inc.,*
*and Bassnectar Touring, Inc.*

*/s/ Phillip Miller*
Phillip Miller #006873