IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RACHEL RAMSBOTTOM,<br>ALEXIS BOWLING,<br>JENNA HOUSTON, JANE DOE #1<br><br>Plaintiffs,<br><br>v.<br><br>LORIN ASHTON, AMORPHOUS<br>MUSIC, INC., BASSNECTAR<br>TOURING, INC., REDLIGHT<br>MANAGEMENT, INC., C3 PRESENTS,<br>L.L.C, INTERACTIVE GIVING FUND,<br>GNARLOS INDUSTRIES, LLC,<br>CARLOS DONOHUE, ABC<br>CORPORATIONS, ONE THROUGH<br>TEN (said Names Being Fictitious),<br>JOHN DOES, ONE THROUGH TEN<br>(said Names Being Fictitious),<br><br>Defendants. | CIVIL ACTION NO. 3:21-cv-00272<br><br>JURY TRIAL DEMANDED |

**DEFENDANT LORIN ASHTON'S PARTIAL MOTION TO DISMISS COUNT IV**

Defendant Lorin Ashton ("Ashton") respectfully moves this Court to dismiss Count IV of the First Amended Complaint (the "FAC") filed against him by Plaintiff Rachel Ramsbottom ("Ramsbottom") pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

First, Ramsbottom's negligence *per se* claim – Count IV of the First Amended Complaint – is barred as a matter of law because it falls outside the applicable statute of limitations.

Second, even if Count IV is not time-barred, Ramsbottom's negligence *per se* claim fails as a matter of law because Ramsbottom has not plead sufficient facts to show a violation of either Tenn. Code Ann. §§ 39-13-506(C) or 39-13-532, the statutes that form the basis for her negligence *per se* claim.

Ashton also files his Memorandum of Law in Support of this Partial Motion to Dismiss, which he incorporates by reference.

For the foregoing reasons and for those reasons outlined in his Memorandum of Law in Support of this Partial Motion to Dismiss, Ashton respectfully requests that the Court dismiss Ramsbottom's Count IV against him with prejudice.

Dated: July 15, 2021

Respectfully Submitted,

*s/ Robert A. Peal*
Robert A. Peal (No. 25629)
Mark W. Lenihan (No. 36286)
Grace A. Fox (No. 37367)
Sims|Funk, PLC
3322 West End Ave, Suite 200
Nashville, TN 37203
(615) 292-9335
(615) 649-8565 (fax)
rpeal@simsfunk.com
mlenihan@simsfunk.com
gfox@simsfunk.com

Kimberly S. Hodde
Hodde & Associates
40 Music Square East
Nashville, TN 37203
(615) 242-4200
(615) 242-8115 (fax)
kim.hodde@hoddelaw.com

Mitchell Schuster
Stacey M. Ashby
Meister, Seelig & Fein, LLP
125 Park Avenue, 7th Floor
New York, NY 10017
ms@msf-law.com
sma@msf-law.com

*Counsel for Defendant Lorin Ashton, Amorphous Music, Inc., and Bassnectar Touring, Inc.*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and exact copy of the foregoing was served on the following counsel via the Court's CM/ECF system on this 15th day of July, 2021:

| | |
|---|---|
| Phillip H. Miller<br>631 Woodland Street<br>Nashville, TN 37206<br>(615) 356-2000<br>phillip@seriousinjury.com<br><br>Alexandria MacMaster<br>M. Stewart Ryan<br>LAFFEY, BUCCI & KENT, LLP<br>1100 Ludlow Street<br>Suite 300<br>Philadelphia, PA 19107<br>(215) 399-9255<br>amacmaster@lbk-law.com<br>sryan@lbk-law.com<br><br>Brian Kent<br>Laff, Whitesel, Conte & Saret, Ltd.<br>401 N. Michigan Avenue<br>Suite 1700<br>Chicago, IL 60611-4212<br>(215) 399-9255<br>bkent@lbk-law.com<br><br>*Counsel for Plaintiffs*<br>Ashleigh D. Karnell<br>Paige Waldrop Mills<br>Bass, Berry & Sims (Nashville Office)<br>150 Third Avenue South<br>Suite 2800<br>Nashville, TN 37201<br>(615) 742-7914<br>(615) 742-0453 (fax)<br>ashleigh.karnell@bassberry.com<br>pmills@bassberry.com<br><br>*Attorneys for Defendant Redlight Management, Inc.* | Russell B. Morgan<br>Jason C. Palmer<br>Rachel Sodée<br>Bradley Arant Boult Cummings LLP<br>1600 Division Street<br>Suite 700<br>P.O Box 340025<br>Nashville, TN 37203-0025<br>(615) 252-2311<br> (615) 252-6311 (fax)<br>rmorgan@bradley.com<br>jpalmer@bradley.com<br>rsodee@bradley.com<br><br>R. Scott McCullough<br>McNabb, Bragorgos, Burgess & Sorin, PLLC<br>81 Monroe Avenue<br>Sixth Floor<br>Memphis, TN 38103-5402<br>(901) 924-0640<br>(901) 624-0650 (fax)<br>smccullough@mbbslaw.com<br><br>*Counsel for Defendant C3 Presents, L.L.C.*<br><br>Cynthia A. Sherwood<br>Davis Fordham Griffin<br>Sherwood Boutique Litigation, PLC<br>201 Fourth Avenue, N<br>Suite 1130<br>Nashville, TN 37219<br>(615) 873-5670<br>(615) 873-5671 (fax)<br>cynthia@sherwoodlitigation.com<br>davis@sherwoodlitigation.com<br><br>*Attorneys for Defendants Gnarlos Industries, LLC and Carlos Donohue* |

Bennett James Wills
Brian T. Boyd
Law Office of Brian T. Boyd
214 Overlook Cir.
Suite 275
Brentwood, TN 37027
(615) 861-1936
(615) 523-2595 (fax)
bennett@boydlegal.co
brian@boydlegal.co

*Attorneys for Defendant Interactive Giving Fund*

                                        *s/ Robert A. Peal*