IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| RACHEL RAMSBOTTOM, | ) | |
| ALEXIS BOWLING, | ) | |
| JENNA HOUSTON, JANE DOE #1 | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. 3:21-cv-00272 |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| LORIN ASHTON, AMORPHOUS | ) | |
| MUSIC, INC., BASSNECTAR | ) | |
| TOURING, INC., REDLIGHT | ) | |
| MANAGEMENT, INC., C3 PRESENTS, | ) | JUDGE ALETA A. TRAUGER |
| L.L.C, INTERACTIVE GIVING FUND, | ) | |
| GNARLOS INDUSTRIES, LLC, | ) | |
| CARLOS DONOHUE, ABC | ) | |
| CORPORATIONS, ONE THROUGH | ) | |
| TEN (said Names Being Fictitious), | ) | |
| JOHN DOES, ONE THROUGH TEN | ) | |
| (said Names Being Fictitious), | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

---

**DECLARATION OF MITCHELL SCHUSTER IN SUPPORT OF AMORPHOUS MUSIC INC.'S AND BASSNECTAR TOURING, INC.'S RULE 12(b)(2), 12(b)(3) AND 12(b)(6) MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

---

I, Mitchell Schuster, state as follows:

1.       Defendant Amorphous Music, Inc. ("AMI") is a corporation that was formed under the laws of the State of California on July 20, 2007.  A true copy of the Articles of Incorporation of AMI is attached as **Exhibit A**.

2.       According to a Business Information Search on the Tennessee Secretary of State website (https://tnbear.tn.gov/Ecommerce/FilingSearch.aspx) ("TN Sec of State Website"), AMI is not currently, nor was it ever, registered to do business in the State of Tennessee.  A true copy of the search results for AMI on the TN Sec of State Website, completed on July 15, 2021, indicating no records is attached as **Exhibit B**.

3. Defendant Bassnectar Touring, Inc. ("BTI") is a corporation that was formed under the laws of the State of Delaware on September 10, 2010. A true copy of the Articles of Incorporation of BTI is attached as **Exhibit C**.

4. According to the TN Sec of State Website, BTI is not currently, nor was it ever, registered to do business in the State of Tennessee. A true copy of the search results for BTI on the TN Sec of State Website, completed on July 15, 2021, indicating no records are attached as **Exhibit D**.

5. I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

MITCHELL SCHUSTER

Dated: July 16, 2021                          Respectfully Submitted,

                                              *s/ Robert A. Peal*
                                              Robert A. Peal (No. 25629)
                                              Mark W. Lenihan (No. 36286)
                                              Grace A. Fox (No. 37367)
                                              Sims|Funk, PLC
                                              3322 West End Ave, Suite 200
                                              Nashville, TN 37203
                                              (615) 292-9335
                                              (615) 649-8565 (fax)
                                              rpeal@simsfunk.com
                                              mlenihan@simsfunk.com
                                              gfox@simsfunk.com

                                              Kimberly S. Hodde (No. 20128)
                                              Hodde & Associates
                                              40 Music Square East
                                              Nashville, TN 37203
                                              (615) 242-4200
                                              (615) 242-8115 (fax)
                                              kim.hodde@hoddelaw.com

                                              Mitchell Schuster, Esq. (admitted *pro hac vice*)
                                              Stacey M. Ashby, Esq. (admitted *pro hac vice*)
                                              Meister Seelig & Fein, LLP
                                              125 Park Avenue, 7th Floor
                                              New York, NY 10017
                                              (212) 655-3500
                                              (212) 655-3535 (fax)
                                              ms@msf-law.com
                                              sma@msf-law.com

                                              *Counsel for Defendant Lorin Ashton, Amorphous*
                                              *Music, Inc., and Bassnectar Touring, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the foregoing was served on the

following counsel via the Court's CM/ECF system on this 16th day of July, 2021:

Phillip H. Miller
631 Woodland Street
Nashville, TN 37206
(615) 356-2000
phillip@seriousinjury.com

Alexandria MacMaster
M. Stewart Ryan
LAFFEY, BUCCI & KENT, LLP
1100 Ludlow Street
Suite 300
Philadelphia, PA 19107
(215) 399-9255
amacmaster@lbk-law.com
sryan@lbk-law.com

Brian Kent
Laff, Whitesel, Conte & Saret, Ltd.
401 N. Michigan Avenue
Suite 1700
Chicago, IL 60611-4212
(215) 399-9255
bkent@lbk-law.com

*Counsel for Plaintiffs*
Ashleigh D. Karnell
Paige Waldrop Mills
Bass, Berry & Sims (Nashville Office)
150 Third Avenue South
Suite 2800
Nashville, TN 37201
(615) 742-7914
(615) 742-0453 (fax)
ashleigh.karnell@bassberry.com
pmills@bassberry.com

*Attorneys for Defendant Redlight Management, Inc.*

Russell B. Morgan
Jason C. Palmer
Rachel Sodée
Bradley Arant Boult Cummings LLP
1600 Division Street
Suite 700
P.O Box 340025
Nashville, TN 37203-0025
(615) 252-2311
 (615) 252-6311 (fax)
rmorgan@bradley.com
jpalmer@bradley.com
rsodee@bradley.com

R. Scott McCullough
McNabb, Bragorgos, Burgess & Sorin, PLLC
81 Monroe Avenue
Sixth Floor
Memphis, TN 38103-5402
(901) 924-0640
(901) 624-0650 (fax)
smccullough@mbbslaw.com

*Counsel for Defendant C3 Presents, L.L.C.*

Cynthia A. Sherwood
Davis Fordham Griffin
Sherwood Boutique Litigation, PLC
201 Fourth Avenue, N
Suite 1130
Nashville, TN 37219
(615) 873-5670
(615) 873-5671 (fax)
cynthia@sherwoodlitigation.com
davis@sherwoodlitigation.com

*Attorneys for Defendants Gnarlos Industries, LLC and Carlos Donohue*

Bennett James Wills
Brian T. Boyd
Law Office of Brian T. Boyd
214 Overlook Cir.
Suite 275
Brentwood, TN 37027
(615) 861-1936
(615) 523-2595 (fax)
bennett@boydlegal.co
brian@boydlegal.co

*Attorneys for Defendant Interactive Giving
Fund*

                                                      *s/ Robert A. Peal*