# Exhibit A

# 3009064



**FILED**

In the office of the Secretary of State
of the State of California

**JUL 2 0** 2007

ARTICLES OF INCORPORATION

I

The name of this corporation is Amorphous Music, Inc.

II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the GENERAL CORPORATION LAW of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III

The name and address in the State of California of this corporation's initial agent for service of process is:

    Name: Raymond S. Fredericksdorf
    Address: 3740 Landa Street Ste 3
    City: Los Angeles     State: California  Zip: 90039

IV

This corporation is authorized to issue only one class of shares of stock; and the total number of shares which this corporation is authorized to issue is 1000.

V

This corporation is a CLOSE CORPORATION. All of the corporation's issued shares of stock, of all classes, shall be held of record by not more than 35 persons.

_Lorin Ashton_, Incorporator