# Exhibit B

# Tennessee Secretary of State

Tre Hargett

Business Services | Charitable | Civics | Elections | Publications | Library & Archives | Safe At Home | Contact Us

Business Services Online > Find and Update a Business Record

# Business Information Search

**As of July 15, 2021 we have processed all corporate filings received in our office through July 11, 2021 and all annual reports received in our office through July 11, 2021.**

Search by business name or Secretary of State Control Number in order to file annual reports and other amendments or to view the business detail.

**Search:**

Search Name: amorphous  ○ Starts With  ● Contains
Control #:
Active Entities Only: ☐                                [Search]

No Records Found....

Information about individual business entities can be queried, viewed and printed using this search tool for free.

If you want to get an electronic file of all business entities in the database,
the full database can be downloaded for a fee by Clicking Here.

Click Here  for information on the Business Services Online Search logic.

Division of Business Services
312 Rosa L. Parks Avenue, Snodgrass Tower, 6th Floor
Nashville, TN 37243
615-741-2286
8:00 a.m. until 4:30 p.m. (Central)
Monday - Friday.

Directions | State Holidays | Methods of Payment

Business Filings and Information (615) 741-2286 | TNSOS.CORPINFO@tn.gov
Certified Copies and Certificate of Existence (615) 741-6488 | TNSOS.CERT@tn.gov
Motor Vehicle Temporary Liens (615) 741-0529 | TNSOS.MVTL@tn.gov
Notary Commissions (615) 741-3699 | TNSOS.ATS@tn.gov
Uniform Commercial Code (UCC) (615) 741-3276 | TNSOS.UCC@tn.gov
Workers' Compensation Exemption Registrations (615) 741-0526 | TNSOS.WCER@tn.gov
Apostilles & Authentications (615) 741-0536 | TNSOS.ATS@tn.gov
Summons (615) 741-1799 | TNSOS.ATS@tn.gov
Trademarks (615) 741-0531 | TNSOS.ATS@tn.gov
Nonresident Fiduciaries (615) 741-0536 | TNSOS.ATS@tn.gov

**OUR MISSION**

Our mission is to exceed the expectations of our customers, the taxpayers, by operating at the highest levels of accuracy,

**CUSTOMER SUPPORT**

Contact Us

Library & Archives Visitor Information

**DIVISIONS**

Administrative Hearings

Business Services

**LINKS**

Tennessee General Assembly

Bureau of Ethics and Campaign Finance

Case 3:21-cv-00272   Document 72-2   Filed 07/16/21   Page 2 of 3 PageID #: 514

cost-effectiveness and accountability in a customer-centered environment.

**DEPARTMENT INFORMATION**

About the Secretary of State's Office

Secretary of State Bio

Secretary of State Newsroom

Sign up for email updates

Charitable Solicitations, Fantasy Sports and Gaming

Elections

Human Resources and Organizational Development

Library & Archives

Division of Publications

Records Management

Tennessee Code Unannotated

State Comptroller

State Treasurer

National Association of Secretaries of State

Title VI / EEO Information

Public Records Policy and Records Request Form

Tennessee Secretary of State
Tre Hargett

© 2017 Tennessee Secretary of State | Web and Social Media Policies

Case 3:21-cv-00272   Document 72-2   Filed 07/16/21   Page 3 of 3 PageID #: 515