IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL RAMSBOTTOM )<br>ALEXIS BOWLING )<br>JENNA HOUSTON )<br>JANE DOE #1 ) | CIVIL ACTION |
| ) | |
| Plaintiffs ) | No. 3:21-cv-00272 |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| LORIN ASHTON, )<br>AMORPHOUS MUSIC, INC., )<br>BASSNECTAR TOURING, INC., )<br>C3 PRESENTS, L.L.C., )<br>INTERACTIVE GIVING FUND, )<br>GNARLOS INDUSTRIES, LLC, )<br>CARLOS DONOHUE; ABC )<br>CORPORATIONS, ONE THROUGH )<br>TEN (said Names Being Fictitious), )<br>JOHN DOES, ONE THROUGH TEN )<br>(said Names Being Fictitious) )<br>)<br>Defendants. ) | JUDGE ALETA A. TRAUGER |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT INTERACTIVE GIVING FUND'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

Plaintiffs, Rachel Ramsbottom, Alexis Bowling, Jenna Houston, and Jane Doe #1,[1] hereby submit by and through their counsel, Laffey, Bucci & Kent, LLP, their Response in Opposition to Defendant Interactive Giving Fund's Motion to Dismiss Plaintiffs' First Amended Complaint, and respectfully move this Honorable Court to deny Defendant's Motion to Dismiss.

---

[1] Plaintiff Jane Doe #1 has filed a Notice of Voluntary Dismissal of Claims Pursuant to F.R.C.P. 41(a)(1)(a)(i).

The arguments and authorities advanced in support of this Response in Opposition are set forth in the accompanying Memorandum of law.

Respectfully submitted,

**MILLER LAW OFFICES**

By: /s/ Phillip Miller
Phillip Miller, #006873
*Attorney for the Plaintiff*
631 Woodland Street
Nashville, TN 37206
615-356-2000 phone
615-242-1739 fax
pmiller@seriousinjury.com

**LAFFEY, BUCCI & KENT, LLP**

Brian Kent*
M. Stewart Ryan*
Alexandria MacMaster*
LAFFEY, BUCCI & KENT, LLP
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
(T): (215) 399-9255
(E): bkent@lbk-law.com
     sryan@lbk-law.com
     amacmaster@lbk-law.com

*admitted pro hac vice*

Dated: July 28, 2021