IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL RAMSBOTTOM<br>ALEXIS BOWLING<br>JENNA HOUSTON<br>JANE DOE #1<br><br>    Plaintiffs<br><br>    v.<br><br>LORIN ASHTON,<br>AMORPHOUS MUSIC, INC.,<br>BASSNECTAR TOURING, INC.,<br>C3 PRESENTS, L.L.C.,<br>INTERACTIVE GIVING FUND,<br>GNARLOS INDUSTRIES, LLC,<br>CARLOS DONOHUE; ABC<br>CORPORATIONS, ONE THROUGH<br>TEN (said Names Being Fictitious),<br>JOHN DOES, ONE THROUGH TEN<br>(said Names Being Fictitious)<br><br>    Defendants. | CIVIL ACTION<br><br>No. 3:21-cv-00272<br><br>JURY TRIAL DEMANDED<br><br>JUDGE ALETA A. TRAUGER |

## PROPOSED ORDER OF COURT

**AND NOW** on this _____ day of_____, 2021, it is hereby **ORDERED** and **DECREED** that the Motion to Dismiss of Defendant, Interactive Giving Fund, is hereby **DENIED**.

                                              **BY THE COURT**

                                              _____
                                                                J.

IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL RAMSBOTTOM ) <br> ALEXIS BOWLING ) <br> JENNA HOUSTON ) <br> JANE DOE #1 ) <br> ) <br>     Plaintiffs ) <br> ) <br>     v. ) <br> ) <br> LORIN ASHTON, ) <br> AMORPHOUS MUSIC, INC., ) <br> BASSNECTAR TOURING, INC., ) <br> C3 PRESENTS, L.L.C., ) <br> INTERACTIVE GIVING FUND, ) <br> GNARLOS INDUSTRIES, LLC, ) <br> CARLOS DONOHUE; ABC ) <br> CORPORATIONS, ONE THROUGH ) <br> TEN (said Names Being Fictitious), ) <br> JOHN DOES, ONE THROUGH TEN ) <br> (said Names Being Fictitious) ) <br> ) <br>     Defendants. ) | CIVIL ACTION <br><br> No. 3:21-cv-00272 <br><br> JURY TRIAL DEMANDED |

**ALTERNATIVE PROPOSED ORDER OF COURT**

    **AND NOW** on this _____ day of _____, 2021, it is hereby **ORDERED** and **DECREED** that the Motion to Dismiss of Defendants Interactive Giving Fund, is hereby **GRANTED** and Plaintiffs' Complaint is **DISMISSED WITHOUT PREJUDICE**. Plaintiffs are hereby granted leave to file a Second Amended Complaint to cure any and all defects within Plaintiffs' First Amended Complaint. Plaintiffs shall file a Second Amended Complaint within twenty (20) days from the date of this Order.

BY THE COURT:

_____
                              J.

IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL RAMSBOTTOM ) <br> ALEXIS BOWLING ) <br> JENNA HOUSTON ) <br> JANE DOE #1 ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> LORIN ASHTON, ) <br> AMORPHOUS MUSIC, INC., ) <br> BASSNECTAR TOURING, INC., ) <br> C3 PRESENTS, L.L.C., ) <br> INTERACTIVE GIVING FUND, ) <br> GNARLOS INDUSTRIES, LLC, ) <br> CARLOS DONOHUE; ABC ) <br> CORPORATIONS, ONE THROUGH ) <br> TEN (said Names Being Fictitious), ) <br> JOHN DOES, ONE THROUGH TEN ) <br> (said Names Being Fictitious) ) <br> ) <br> Defendants. ) | CIVIL ACTION <br><br> No. 3:21-cv-00272 <br><br> JURY TRIAL DEMANDED |

## ALTERNATIVE PROPOSED ORDER OF COURT

**AND NOW** on this _____ day of _____, 2021, it is hereby

**ORDERED** and **DECREED** that the Motion to Dismiss of Defendants Interactive Giving Fund,

is hereby **DENIED WITHOUT PREJUDICE.** The parties have ninety (90) days from the date

of this order to complete jurisdictional discovery.

**BY THE COURT:**

_____
J.