IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RACHEL RAMSBOTTOM<br>ALEXIS BOWLING<br>JENNA HOUSTON<br><br>               Plaintiff<br><br>  v.<br><br>LORIN ASHTON, AMORPHOUS MUSIC INC., BASSNECTAR TOURING, INC., REDLIGHT MANAGEMENT, INC., C3 PRESENTS, L.L.C, INTERACTIVE GIVING FUND, GNARLOS INDUSTIRES, LLC, CARLOS DONOHUE; ABC CORPORATIONS, ONE THROUGH TEN (said Names Being Fictitious), JOHN DOES, ONE THROUGH TEN (saif Names Being fictitious)<br><br>               Defendants. | CIVIL ACTION<br>No. 3:21-cv-00272<br>JURY TRIAL DEMANDED<br>JUDGE ALETA A. TRAUGER<br><br><br><br>JURY TRIAL DEMANDED |

## PRAECIPE TO ATTACH CORRECTED EXHIBIT

TO THE CLERK:

    Plaintiff, by and through counsel, respectfully file this Praecipe to request that the correct Exhibits "A-D" (enclosed hereto) be attached to Plaintiff's Response in Opposition to Defendant Interactive Giving Fund's Motion to Dismiss Plaintiff's First Amended Complaint, Esquire. Filed on July 28, 2021 (See ECF No. 73), in the above captioned matter.

                                    Respectfully submitted,

                                    LAFFEY, BUCCI & KENT, LLP

                                    _____
                                    M. STEWART RYAN, ESQUIRE

# CERTIFICATE OF SERVICE

I, M. Stewart Ryan, Esquire, hereby certify that this on 29th day of July 2021, I served a true and correct copy of our Praecipe to Attach Exhibits "A-D" upon the counsel listed below via the ECF Filing System:

Russell B. Morgan
Jason C. Palmer
Rachel Sodée
BRADLEY ARANT
BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203

Scott McCullough
McNABB, BRAGORGOS,
BURGESS & SORIN, PLLC
81 Monroe, Sixth Floor Memphis, TN 38103

*Attorneys for Defendant C3 Presents, L.L.C.*

Grace A. Fox
Robert A. Peal
Mark W. Lenihan
SIMS FUNK, PLC
3322 West End Avenue
Suite 200
Nashville, TN 37203
(615) 292-9335
Fax: (615) 649-8565
Email: gfox@simsfunk.com

Kimberly S. Hodde
HODDE & ASSOCIATES
40 Music Square East
Nashville, TN 37203
(615) 242-4200
Fax: (615) 242-8115
Email: kim.hodde@hoddelaw.com

MEISTER, SEELIG & FEIN, LLP Bennett
James Wills
Brian T. Boyd
LAW OFFICE OF BRIAN T. BOYD
214 Overlook Cir.
Suite 275
Brentwood, TN 37027
(615) 861-1936
Fax: (615) 523-2595
Email: bennett@boydlegal.com

*Attorneys for Defendant Interactive Giving Fund*

Paige Mills, Esq.
Ashleigh Karnell, Esq.
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
615-742-7770
615-742-0429 fax PMills@bassberry.com
ashleigh.karnell@bassberry.com

*Attorneys for Defendant Red Light Management*

Cynthia A. Sherwood, Esq.
Davis F. Griffin, Esq.
201 Fourth Avenue North, Suite 1130
Nashville, TN 37219
(615) 873-5670  (615) 900-2312 (fax)
cynthia@sherwoodlitigation.com

Mitchell Schuster  
Stacey M. Ashby  
Avenue, 7th Floor  
New York, NY 10017  

*Attorneys for Defendants  
Lorin Ashton,  
 Amorphous Music Inc.,  
and Bassnectar Touring Inc.*

*Attorneys for Defendants Carlos Donohue  
and Gnarlos Industries, LLC*

Respectfully submitted,

LAFFEY, BUCCI & KENT, LLP

_____  
M. STEWART RYAN, ESQUIRE