

**HOME**        GIVING        **CONTACT**

# GIVING



## November 2020

GIVING

The Interactive Giving Fund made a donation of $10,000 to Fair Fight, continuing the commitment to give to causes that make a positive impact around the country. Fair Fight promotes fair elections in Georgia and the US, encourages voter participation in elections, and educates people about elections and voting rights. For more info about Fair Fight, please visit fairfight.com – and if you would like to get involved with the Interactive Giving Fund, please reach out via interactivegivingfund.org/contact

## JUNE 2020

GIVING

With money raised by the bass head community, Be Interactive donated tens of thousands to To Write Love On Her Arms – the money went to scholarships for therapy to victims of sexual misconduct.



HOME        GIVING        CONTACT

between 5 organizations: Black Lives Matter, Color Of Change, Campaign Zero, The NAACP Legal Defense and Educational Fund, & Media Justice.

## April 2020

GIVING

To celebrate Earth Day, Ambassadors and bass heads around the country organized cleanups in their local communities.

## APRIL 2010

GIVING

At a show in Detroit, bass heads raised over a thousand dollars for local community organizations.

## APRIL 2020

GIVING

Be Interactive launches the Giving Cycle Micro Grants, where thousands raised by the bass head community were given to Ambassadors for projects that helped their local communities during the pandemic.



HOME     GIVING     CONTACT

# December 2019

GIVING

At a bass head community New Year's event in Louisville, bass heads donated 1,000+ coats to those in need, supplied $3,000 worth of pet food for rescue animals, and gave 1,200 to hungry families.

# NOVEMBER 2019

GIVING

At a 3-day bass head community gathering event in Grand Rapids, MI, the bass head community donated $1 per ticket to funds that would provide an eventual $360,000 of therapy to those who need it, partnering with Better Help.

# NOVEMBER 2019

GIVING

At a 3-day bass head community gathering event in Grand Rapids, MI, bass heads sent 35,000 meals to those in need in Flint, MI, registered 225 voters, and gave a dollar per ticket towards free therapy for those seeking mental health services

Case 3:21-cv-00272   Document 74-2   Filed 07/29/21   Page 3 of 23 PageID #: 596



**HOME**    <u>GIVING</u>    **CONTACT**

organized a cleanup and put together care packages to pass out to those in need around Grand Rapids, MI

## SEPTEMBER 2019

GIVING

At a 2-day bass head community gathering event in Hampton, VA, the bass head community donated 1000 months of free therapy through partners Better Help to those seeking mental health services, 5000+ menstrual supplies collected for Hampton Healthy Families, and 2,237 pounds of food donated to Conscious Alliance.

## AUGUST 2019

GIVING

The bass head community donates $1,000 to multimedia boat project setting out to sail around the world educating about Climate Change

## JULY 2019

GIVING



HOME    <u>GIVING</u>    CONTACT

## JULY 2019

GIVING

The 2nd Be Interactive fundraiser event takes place in Nashville, TN – 100% of the proceeds from tickets went to charitable efforts by the nonprofit. At the event, bass heads also donated 16,547 health supplies to Community Achieves, a Nashville public schools initiative.

## JUNE 2019

GIVING

At a 3-day bass head community gathering event in Colorado, bass heads raised $10,000+ for urban farming in CO, donated 900 lbs of food to families in need, and had 300 volunteers show up to participate and work at a sustainable farm.

## JUNE 2019

GIVING

At a 3-day bass head community event in Colorado, Ambassadors collected handmade cards for hospitalized children – donations went to Cards for Hospitalized Kids who then distributed to kids in hospitals.



HOME  GIVING  CONTACT

GIVING

To celebrate Earth Day, Ambassadors and bass heads around the country organized cleanups in their local communities.

## MARCH 2019

GIVING

At a bass head community vacation gathering in Mexico, bass heads picked up 560 lbs. of trash on a beach cleanup, donated 94 backpacks and other school supplies for local children in MX, and raised $18,000 to support music education in Los Angeles

## DECEMBER 2018

GIVING

At a NYE event in Greensboro, the bass head community donated 3,000 items of winter clothing to those in need and 2,500 meals to a local food bank.

## NOVEMBER 2018

GIVING

Case 3:21-cv-00272   Document 74-2   Filed 07/29/21   Page 6 of 23 PageID #: 599



HOME    <u>GIVING</u>    CONTACT

# SEPTEMBER 2018

GIVING

The 1st ever Be Interactive fundraiser event takes place in San Francisco, CA – 100% of the proceeds from tickets went to charitable efforts by the nonprofit.

# SEPTEMBER 2018

GIVING

At a 2-day bass head community gathering event in Hampton, VA, bass heads raised $5,178 to help feed people and support Pine Ridge and Standing Rock Reservations, donated 2,956 items to a School Supply Drive, and broke Head Counts's single day concert voter registration record for 2018.

# JUNE 2018

GIVING

At a 3-day bass head community event in Colorado, Ambassadors collected handmade cards for hospitalized children – donations went to Cards for Hospitalized Kids who then distributed to kids in hospitals.



HOME     GIVING     CONTACT

To celebrate Earth Day, Ambassadors and bass heads around the country organized cleanups in their local communities.

## MARCH 2018

GIVING

At a 2-day bass head community event in Chicago, Ambassadors collected handmade cards for hospitalized children – donations went to Cards for Hospitalized Kids who then distributed to kids in hospitals.

## MARCH 2018

GIVING

The day before a bass head community gathering, Ambassadors and bass heads put together care packages to pass out to those in need around Chicago, IL.

## DECEMBER 2017

GIVING



HOME     GIVING     CONTACT

# DECEMBER 2017

GIVING

The day before NYE, Ambassadors put together care packages to pass out to those in need around Atlanta, GA

# NOVEMBER 2017

GIVING

Prior to Thanksgiving, Ambassadors and bass heads around the country organized food and clothing drives in their local communities.

# OCTOBER 2017

GIVING

Ambassadors and bass heads organized set up a food drive for those in need around Philly.



HOME     GIVING     CONTACT

volunteered with Groundwork Denver to garden at Sister Gardens at Aria.

## MAY 2017

GIVING

Every bass head who attended Ever After Festival in Ontario Canada donated $1 to the Ontario Rett Syndrome Association, who fight to improve the lives of adults and children living with this rare neurological condition.

## APRIL 2017

GIVING

Before a bass head community gathering in Atlantic City, Ambassadors + bass heads got together to clean up the AC beach and boardwalk

## APRIL 2017

GIVING

To celebrate Earth Day, Ambassadors and bass heads around the country organized cleanups in their local communities.                                                                        □

Case 3:21-cv-00272   Document 74-2   Filed 07/29/21   Page 10 of 23 PageID #: 603



## HOME   GIVING   CONTACT



## APRIL 2017

GIVING

The bass head community voted, and the money from the 2017 Dollar Per Bass Head money is distributed: $15,000 to Democracy Now!, 15,000 to the Boys And Girls Club Of America, $5,000 to the Cyber Civil Rights Initiative, $5,000 to the Kind Campaign, $5,000 to Love Is Louder, and $5,000 to

The Trevor Project



## MARCH 2017

GIVING

The 6th Dollar Per Bass Head campaign is announced, and the bass head community will set out to decide how $50,000 is divided between 6 organizations.

## DECEMBER 2016

GIVING

The morning of NYE, Ambassadors and bass heads assembled to put together and pass out care packages to those in need around the city of Birmingham, AL

☐



# HOME    GIVING    CONTACT

During the holiday season, Ambassadors and bass heads around the country set up toy and coat drives in their local communities.

## DECEMBER 2016

GIVING

$20,000 raised through bass head community events went to Oakland United, a benefit raising money for victims of a fire in Oakland

## NOVEMBER 2016

GIVING

Prior to Thanksgiving, Ambassadors and bass heads around the country organized food drives in their local communities.

## AUGUST 2016

GIVING

The votes from the 5th Dollar Per Bass Head were counted, and the bass head community donated $20,000 to Inspire USA / Reach Out, $15,000 to the Khan Academy, $5,000 to



HOME        GIVING        CONTACT

## OCTOBER 2016

GIVING

Before a bass head community Halloween gathering, Ambassadors + bass heads got together to clean up the Peoria Forest Park Nature Preserve

## OCTOBER 2016

GIVING

Ambassador + bass heads volunteered at The Foodbank in New Jersey to organize food donations that were given to families in need.

## SEPTEMBER 2016

GIVING

Before North Coast Music Festival, Ambassadors volunteered at the Greater Chicago Food Depository that provides food for those in need around the city of Chicago.

Case 3:21-cv-00272   Document 74-2   Filed 07/29/21   Page 13 of 23 PageID #: 606



HOME        GIVING        CONTACT

around New York City.

## SEPTEMBER 2016

GIVING

Ambassador + bass heads volunteered with Groundwork Denver to work in a community garden that distributed veggies to Denver Public Schools.

## JULY 2016

GIVING

At a 2-day event in Colorado, Bass Heads donated 1,200 meals to families in impoverished communities around the country through Conscious Alliance and several van-loads of school supplies to 14 of the highest needs schools in the Denver area through the Denver Public Schools Foundation.

## JULY 2016

GIVING

Ambassadors and bass heads organized and passed out food and care packages to those i ☐ need around New York City.

Case 3:21-cv-00272   Document 74-2   Filed 07/29/21   Page 14 of 23 PageID #: 607



# HOME    GIVING    CONTACT



## MAY 2016

GIVING

Round 5 of Dollar Per Bass Head is announced – bass heads will get to decide how $50,000 is divided between 5 organizations.

## APRIL 2016

GIVING

To celebrate Earth Day, Ambassadors and bass heads around the country organized cleanups in their local communities.

## DECEMBER 2015

GIVING

The bass head community donated 6230 lbs. of water, food, toiletries, clothing and more to a Storm Relief Drive hosted at a New Year's event in Birmingham, AL – donations went to those affected by the storms and flooding in the city.

□



HOME　　GIVING　　CONTACT

## OCTOBER 2015

GIVING

At a Halloween event in Grand Rapids, the bass head community donated 9 large bags worth of coats to those in need – donations went to One Warm Coat who then distributed to those less fortunate.

## OCTOBER 2015

GIVING

On Halloween morning, the Ambassadors volunteered at the Porter Hills Retirement Center, doing arts and crafts with the elderly and sharing life experiences with on another.

## AUGUST 2015

GIVING

Before Lollapalooza, the Bass Network, Ambassadors, and members of the bass head community volunteered at the Greater Chicago Food Depository that provides food for those in need around the city of Chicago.

Case 3:21-cv-00272   Document 74-2   Filed 07/29/21   Page 16 of 23 PageID #: 609



**HOME       GIVING       CONTACT**

## MAY 2015

GIVING

Seven bass heads commit to becoming donors for bone marrow transplants at Red Rocks through Love Hope Strength

## MAY 2015

GIVING

Before a community gathering at Red Rocks, the Ambassadors helped a local Denver nonprofit A Little Help, helping elderly members of the community with yard work, outdoor beautification, and lending some eager ears to gain age-old wisdom



## NOVEMBER 2014

GIVING

The 4th Dollar Per Bass Head final results are calculated, and the bass head community donates money to the following: $25,000 to Headcount, $20,000 to the National Alliance on Mental Illness, 15,000 to the Khan Academy, 10,000 to the Center for Rights, and $5,000 to the Center for

Media Justice

Case 3:21-cv-00272   Document 74-2   Filed 07/29/21   Page 17 of 23 PageID #: 610



**HOME       GIVING       CONTACT**

A dollar per every ticket sold at a bass head community gathering event in Detroit on Day of the Dead is donated to The Compassion & Choices Brittany Maynard Fund



## OCTOBER 2014

GIVING

Voting begins for the 4th community Dollar Per Bass Head campaign, with a commitment to give $75,000 to 5 organizations.

## MAY 2014

GIVING

Two bass heads commit to becoming donors for bone marrow transplants at Red Rocks through Love Hope Strength

## NOVEMBER 2013

GIVING

☐

Bass Heads raise money through music to the family of Cheb i Sabbah after his passing.

Case 3:21-cv-00272   Document 74-2   Filed 07/29/21   Page 18 of 23 PageID #: 611



# HOME　GIVING　CONTACT



## SEPTEMBER 2013

GIVING

Dollar Per Bass Head Round 3 results are released and the community decides to donate: $50,000 to the National Association of Free and Charitable Clinics, $30,000 to the Electronic Frontier Foundation, and $20,000 to Contact USA



## SEPTEMBER 2013

GIVING

The 3rd Dollar Per Bass Head campaign launches and the bass head community votes on how to distribute $100,000 to 3 organizations



## OCTOBER 2012

GIVING

A dollar per every ticket sold at a bass head community gathering event in St. Louis is donated to The SPOT (Supporting Positive Opportunities with Teens)

Case 3:21-cv-00272　Document 74-2　Filed 07/29/21　Page 19 of 23 PageID #: 612



# HOME    GIVING    CONTACT

Ambassadors volunteer at International Institute Farms in St. Louis, gardening and helping to build up their community farm.



## SEPTEMBER 2012

GIVING

The second round of Dollar Per Bass Head results are released – the bass head community voted to give $50,000 to A Home Within, $25,000 to Free Press, $15,000 to Democracy Now, and $10,000 Headcount



## SEPTEMBER 2012

GIVING

Round 2 of the Dollar Per Bass Head campaign is announced, where the community will give $100,000 to 4 different nonprofit organizations.

## OCTOBER 2011

GIVING                                                                    ☐

Case 3:21-cv-00272   Document 74-2   Filed 07/29/21   Page 20 of 23 PageID #: 613



## HOME    <u>GIVING</u>    CONTACT



### AUGUST 2011

GIVING

The 1st Dollar Per Bass Head interactive giving campaign commences: donating $50,000 to 3 different nonprofit organizations.



### NOVEMBER 2010

GIVING

A dollar per every ticket sold at a bass head community gathering in Washington DC went to two local organizations: Hip Hop Education and Urban Artistry

### OCTOBER 2010

GIVING

At the 1st Bass Center, the first ever Ambassador Team sets out to give back at the event and take care of the bass head community. The rest is history!

☐

Case 3:21-cv-00272   Document 74-2   Filed 07/29/21   Page 21 of 23 PageID #: 614



# HOME    GIVING    CONTACT

## OCTOBER 2010

GIVING

First announcement for auditions to become Ambassadors at the 1st Bass Center

## JULY 2010

GIVING

Bass Network is mentioned for the first time publicly, as a portal for bass heads to volunteer, donate, and give back to local communities and organizations.

☐        ☐        ☐

© 2021 INTERACTIVE GIVING FUND.                               ☐



HOME     GIVING     CONTACT

Case 3:21-cv-00272   Document 74-2   Filed 07/29/21   Page 23 of 23 PageID #: 616