

# HOME    GIVING    CONTACT



## CONTINUING THE LEGACY OF THE BASS HEAD COMMUNITY THROUGH EMPATHY, INTERACTIVITY, AND GIVING.

## ABOUT

Case 3:21-cv-00272   Document 74-3   Filed 07/29/21   Page 1 of 3 PageID #: 617



# HOME      GIVING      CONTACT

their own time into activism and participated in community service projects across the country.

The goal of the Interactive Giving Fund is to inspire the empathic to make a positive impact through kindness, creativity, volunteering, and charity. We are motivated by ideas that promote goodwill and make a difference in the lives of people.

We welcome and encourage all feedback and look forward to future collaborations:
https://interactivegivingfund.org/#contact

**Nancy Rubin, Executive Director**

Nancy Rubin has more than 35 years of experience as a senior executive and policy leader in health care, government and non-profit organizations.
As the Executive Director, she oversees the strategic planning, financial management, policy implementation and grant review process at Interactive Giving Fund.

As a longtime devotee and teacher of yoga and dance, Nancy has personally witnessed and believes in the power of the arts to unite communities and be a powerful force for good and positive change in the world.

# CONTACT

We welcome and encourage all feedback and ideas for charitable causes:

**Name** *

|                          |                         |
|--------------------------|-------------------------|
| First                    | Last                    |

**Email** *

Case 3:21-cv-00272    Document 74-3    Filed 07/29/21    Page 2 of 3 PageID #: 618



# HOME    GIVING    CONTACT

Submit



© 2021 INTERACTIVE GIVING FUND.