# IN THE UNITED STATE DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| RACHEL RAMSBOTTOM ) | |
| ALEXIS BOWLING ) | |
| JENNA HOUSTON ) | |
| JANE DOE #1 ) | CIVIL ACTION |
| ) | |
| Plaintiffs ) | No. 3:21-cv-00272 |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| LORIN ASHTON, ) | JUDGE ALETA A. TRAUGER |
| AMORPHOUS MUSIC, INC., ) | |
| BASSNECTAR TOURING, INC., ) | STIPULATION |
| C3 PRESENTS, L.L.C., ) | |
| INTERACTIVE GIVING FUND, ) | |
| GNARLOS INDUSTRIES, LLC, ) | |
| CARLOS DONOHUE; ABC ) | |
| CORPORATIONS, ONE THROUGH ) | |
| TEN (said Names Being Fictitious), ) | |
| JOHN DOES, ONE THROUGH TEN ) | |
| (said Names Being Fictitious) ) | |
| ) | |
| Defendants. ) | |

WHEREAS, all counsel to this action, during a meet and confer conference call held on May 17, 2021, agreed that, to the extent any defendant should file a Motion to Dismiss, such motions would be filed no later than July 12, 2021; that Plaintiffs would be permitted thirty (30) days to respond; and that any defendant would be permitted fourteen (14) days to file a reply to any opposition from the service of said opposition. Defendant Red Light Management, LLC ("Red Light"), on July 12, 2021, filed a Motion to Dismiss. Pursuant to the agreement of all counsel, Plaintiffs shall file their opposition no later than thirty (30) days from service of Defendant Red

Light's Motion to Dismiss, or August 11, 2021; Defendant Red Light, may file a reply no later than fourteen (14) days from service of Plaintiffs' opposition.

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties, that:

1. Plaintiff's response to Defendant Red Light's Motion to Dismiss shall be filed no later than August 11, 2021.

2. Defendant Red Light, may file a reply no later than fourteen (14) days from service of Plaintiffs' opposition.

3. This stipulation may be executed in counterparts, and a signature transmitted by electronic means shall be deemed an original for all purposes.

Dated:

RESPECTFULLY SUBMITTED:

*/s/ Phillip Miller*
Phillip Miller, Esquire
631 Woodland Street
Nashville, TN 37206
615-356-2000
pmiller@seriousinjury.com

*/s/Brian D. Kent*
Brian D. Kent , Esquire
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
(215) 399-9255
bkent@lbk-law.com
*Attorneys for Plaintiffs*

*/s/ Paige W. Mills*
Paige W. Mills, Esquire
Ashleigh Karnell, Esquire
BASS, BERRY & SIMS, PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200
pmills@bassberry.com
akarnell@bassberry.com
*Attorneys for Defendant Red Light Management, Inc.*

*/s/ Philip Goodpasture*
Philip Goodpasture, Esquire
Brendan D. O'Toole, Esquire
Williams Mullen, Esquire
200 South 10 thSt.
Richmond, VA 23219
(804) 420-6000
pgoodpasture@williamsmullen.com

botoole@williamsmullen.com
mhaynes@williamsmullen.com

*Attorneys for Defendant Red Light Management, Inc.*