IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RACHEL RAMSBOTTOM, | : |
| ALEXIS BOWLING, | : |
| JENNA HOUSTON, | : |
| JANE DOE #1 | : CIVIL ACTION |
|     Plaintiffs, | : |
| | : No. 3:21-cv-00272 |
| | : |
|     v. | : JURY TRIAL DEMANDED |
| | : |
| LORIN ASHTON, | : Judge Aleta A. Trauger |
| AMORPHOUS MUSIC, INC., | : |
| BASSNECTAR TOURING, INC., | : |
| REDLIGHT MANAGEMENT, INC., | : |
| C3 PRESENTS, L.L.C, | : |
| INTERACTIVE GIVING FUND, | : |
| GNARLOS INDUSTRIES, LLC, | : |
| CARLOS DONOHUE; ABC | : |
| CORPORATIONS, ONE THROUGH | : |
| TEN (said Names Being Fictitious), | : |
| JOHN DOE, ONE THROUGH TEN | : |
| (said Names Being Fictitious) | : |
|     Defendants. | : |

## STIPULATION TO DISMISS

It is HEREBY stipulated by the undersigned that Interactive Giving Fund, is hereby DISMISSED without prejudice from this lawsuit.

Dated: August 3, 2021

| | |
|---|---|
| **MILLER LAW OFFICES** | **LAW OFFICE OF BOYD & WILLS** |
| /s/ Phillip Miller | /s/ Bennett J. Wills |
| Phillip Miller, #006873 | Bennett J. Wills, Esquire |
| 631 Woodland Street | Brian T. Boyd, Esquire |
| Nashville, TN 37206 | Law Office of Boyd & Wills |
| (T): 615-356-2000 | 214 Overlook Cir., Ste. 275 |
| (F): 615-242-1739 | Brentwood, TN 37027 |
| pmiller@seriousinjury.com | (615) 861-1936 |
| | brian@boydwills.com |
| **LAFFEY, BUCCI & KENT, LLP** | bennett@boydwills.com |
| | *Attorneys for Defendant, Interactive Giving Fund* |
| /s/ Brian Kent | |
| Brian Kent* | |
| M. Stewart Ryan* | |
| Alexandria MacMaster* | |
| LAFFEY, BUCCI & KENT, LLP | |
| 1100 Ludlow Street, Suite 300 | |
| Philadelphia, PA 19107 | |
| (T): (215) 399-9255 | |
| (F): (215) 241-8700 | |
| bkent@lbk-law.com | |
| sryan@lbk-law.com | |
| amacmaster@lbk-law.com | |
| *admitted pro hac vice* | |
| *Attorneys for Plaintiffs* | |

Dated: August 3, 2021

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August 2021, I electronically filed the foregoing Stipulation to Dismiss with the Clerk of Court using CM/ECF system, which will send notification of such filing to the following:

Russell B. Morgan
Jason C. Palmer
Rachel Sodée
BRADLEY ARANT
BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203

Scott McCullough
McNABB, BRAGORGOS,
BURGESS & SORIN, PLLC
81 Monroe, Sixth Floor
Memphis, TN 38103

*Attorneys for Defendant C3 Presents, L.L.C.*

Grace A. Fox
Robert A. Peal
Mark W. Lenihan
SIMS FUNK, PLC
3322 West End Avenue
Suite 200
Nashville, TN 37203
(615) 292-9335
Fax: (615) 649-8565
Email: gfox@simsfunk.com

Kimberly S. Hodde
HODDE & ASSOCIATES
40 Music Square East
Nashville, TN 37203
(615) 242-4200
Fax: (615) 242-8115
Email: kim.hodde@hoddelaw.com

Mitchell Schuster

Bennett James Wills
Brian T. Boyd
LAW OFFICE OF BRIAN T. BOYD
214 Overlook Cir.
Suite 275
Brentwood, TN 37027
(615) 861-1936
Fax: (615) 523-2595
Email: bennett@boydlegal.com

*Attorneys for Defendant Interactive Giving Fund*

Paige Mills, Esq.
Ashleigh Karnell, Esq.
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
615-742-7770
615-742-0429 fax
PMills@bassberry.com
ashleigh.karnell@bassberry.com

*Attorneys for Defendant Red Light Management*

Cynthia A. Sherwood, Esq.
Davis F. Griffin, Esq.
201 Fourth Avenue North, Suite 1130
Nashville, TN 37219
(615) 873-5670
(615) 900-2312 (fax)
cynthia@sherwoodlitigation.com

*Attorneys for Defendants Carlos Donohue and Gnarlos Industries, LLC*

Stacey M. Ashby
MEISTER, SEELIG & FEIN, LLP
125 Park Avenue, 7th Floor
New York, NY 10017

*Attorneys for Defendants Lorin Ashton,*
*Amorphous Music Inc.,*
*and Bassnectar Touring, Inc.*

                                                       */s/ Phillip Miller*
                                                       Phillip Miller #006873