# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day August 2021, I electronically filed the foregoing Plaintiffs' Stipulation with the Clerk of Court using CM/ECF system, which will send notification of such filing to the following:

Russell B. Morgan, Esq.
Jason C. Palmer, Esq.
Rachel Sodée, Esq.
BRADLEY ARANT
BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203

Scott McCullough, Esq.
McNABB, BRAGORGOS,
BURGESS & SORIN, PLLC
81 Monroe, Sixth Floor
Memphis, TN 38103

*Attorneys for Defendant C3 Presents, L.L.C.*

Grace A. Fox, Esq.
Robert A. Peal, Esq.
Mark W. Lenihan, Esq.
SIMS FUNK, PLC
3322 West End Avenue
Suite 200
Nashville, TN 37203
(615) 292-9335
Fax: (615) 649-8565
Email: gfox@simsfunk.com
mlenihan@simfunk.com
rpeal@simsfunk.com

Kimberly S. Hodde, Esq.
HODDE & ASSOCIATES
40 Music Square East
Nashville, TN 37203
(615) 242-4200
Fax: (615) 242-8115
Email: kim.hodde@hoddelaw.com

Bennett James Wills, Esq.
Brian T. Boyd, Esq.
LAW OFFICE OF BRIAN T. BOYD
214 Overlook Cir.
Suite 275
Brentwood, TN 37027
(615) 861-1936
Fax: (615) 523-2595
Email: bennett@boydlegal.com

*Attorneys for Defendant Interactive Giving Fund*

Paige Mills, Esq.
Ashleigh Karnell, Esq.
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
615-742-7770
615-742-0429 fax
PMills@bassberry.com
ashleigh.karnell@bassberry.com

*Attorneys for Defendant Red Light Management*

Cynthia A. Sherwood, Esq.
Davis F. Griffin, Esq.
201 Fourth Avenue North, Suite 1130
Nashville, TN 37219
(615) 873-5670
(615) 900-2312 (fax)
cynthia@sherwoodlitigation.com

*Attorneys for Defendants Carlos Donohue and Gnarlos Industries, LLC*

| | |
|---|---|
| Mitchell Schuster, Esq.<br>Stacey M. Ashby, Esq.<br>MEISTER, SEELIG & FEIN, LLP<br>125 Park Avenue, 7th Floor<br>New York, NY 10017<br><br>*Attorneys for Defendants Lorin Ashton,*<br>*Amorphous Music Inc.,*<br>*and Bassnectar Touring, Inc.* | Philip Goodpasture, Esq.<br>Brendan D. O'Toole, Esq.<br>Williams Mullen, Esq.<br>200 South 10th St.<br>Richmond, VA 23219<br>(804) 420-6000<br>pgoodpasture@williamsmullen.com<br>botoole@williamsmullen.com<br>mhaynes@williamsmullen.com<br><br>*Attorneys for Red Light*<br>*Management, Inc.* |

**MILLER LAW OFFICES**

By: /s/ Phillip Miller
Phillip Miller, #006873
*Attorney for the Plaintiff*
631 Woodland Street
Nashville, TN 37206
615-356-2000 phone
615-242-1739 fax
pmiller@seriousinjury.com

**LAFFEY, BUCCI & KENT, LLP**

Brian Kent*
M. Stewart Ryan*
Alexandria MacMaster*
LAFFEY, BUCCI & KENT, LLP
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
(T): (215) 399-9255
(E): bkent@lbk-law.com
 sryan@lbk-law.com
 amacmaster@lbk-law.com

*admitted pro hac vice*

Dated: August 4, 2021