THE COURT OF COMMON PLEAS IN BUCKS COUNTY PENNSYLVANIA

| | |
|---|---|
| RACHEL RAMSBOTTOM<br>ALEXIS BOWLING<br>JENNA HUSTON<br>JANE DOE #1<br><br>                Plaintiffs<br>  v.<br><br>LORIN ASHTON, AMORPHOUS MUSIC, INC., BASSNECTAR TOURING, INC., C3 PRESENTS, L.L.C., INTERACTIVE GIVING FUND, GNARLOS INDUSTRIES, LLC, CARLOS DONOHUE; ABC CORPORATIONS, ONE THROUGH TEN (said Names Being Fictitious), JOHN DOES, ONE THROUGH TEN (said Names Being fictitious)<br><br>                Defendants. | CIVIL ACTION<br>NO. 3:21-CV-00272<br><br><br><br>JURY TRIAL DEMANDED |

## **PRAECIPE TO ATTACH CERTIFICATE OF SERVICE**

TO THE CLERK:

Plaintiff, by and through counsel, respectfully file this Praecipe to attach Certificate of Service for the Stipulation filed on August 3, 2021 (See ECF No. 76), in the above captioned matter.

                                                Respectfully submitted,

                                                LAFFEY, BUCCI & KENT, LLP

                                                _____
                                                M. STEWART RYAN, ESQUIRE

# CERTIFICATE OF SERVICE

I, M. Stewart Ryan, Esquire, hereby certify that this on 4th day of August 2021, I served a true and correct copy of our Praecipe to Attach Certificate of Service upon the counsel listed below via the ECF Filing System:

Russell B. Morgan
Jason C. Palmer
Rachel Sodée
BRADLEY ARANT
BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203

Scott McCullough
McNABB, BRAGORGOS,
BURGESS & SORIN, PLLC
81 Monroe, Sixth Floor
Memphis, TN 38103

*Attorneys for Defendant C3 Presents, L.L.C.*

Grace A. Fox
Robert A. Peal
Mark W. Lenihan
SIMS FUNK, PLC
3322 West End Avenue
Suite 200
Nashville, TN 37203
(615) 292-9335
Fax: (615) 649-8565
Email: gfox@simsfunk.com

Kimberly S. Hodde
HODDE & ASSOCIATES
40 Music Square East
Nashville, TN 37203
(615) 242-4200
Fax: (615) 242-8115
Email: kim.hodde@hoddelaw.com

Mitchell Schuster

Bennett James Wills
Brian T. Boyd
LAW OFFICE OF BRIAN T. BOYD
214 Overlook Cir.
Suite 275
Brentwood, TN 37027
(615) 861-1936
Fax: (615) 523-2595
Email: bennett@boydlegal.com

*Attorneys for Defendant Interactive Giving Fund*

Paige Mills, Esq.
Ashleigh Karnell, Esq.
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
615-742-7770
615-742-0429 fax
PMills@bassberry.com
ashleigh.karnell@bassberry.com

*Attorneys for Defendant Red Light Management*

Cynthia A. Sherwood, Esq.
Davis F. Griffin, Esq.
201 Fourth Avenue North, Suite 1130
Nashville, TN 37219
(615) 873-5670
(615) 900-2312 (fax)
cynthia@sherwoodlitigation.com

*Attorneys for Defendants Carlos Donohue and Gnarlos Industries, LLC*

Stacey M. Ashby
MEISTER, SEELIG & FEIN, LLP
125 Park Avenue, 7th Floor
New York, NY 10017

*Attorneys for Defendants Lorin Ashton,
Amorphous Music Inc.,
and Bassnectar Touring, Inc.*

                                  Respectfully submitted,

                                  LAFFEY, BUCCI & KENT, LLP

                                  _____
                                  M. STEWART RYAN, ESQUIRE

Dated: August 4, 2021

    cc: Phillip Miller Esq.