IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| RACHEL RAMSBOTTOM, et al. | ) | |
| | ) | |
| *Plaintiffs*, | ) | Case No. 3:21-cv-272 |
| | ) | |
| v. | ) | JURY TRIAL DEMAND |
| | ) | |
| LORIN ASHTON, et al. | ) | JUDGE ALETA A. TRAUGER |
| | ) | |
| *Defendants*. | ) | |

**NOTICE REGARDING DEFENDANT INTERACTIVE GIVING FUND'S RULE 11 MOTION (DKT. 78)**

COMES NOW, Defendant Interactive Giving Fund ("IGF") and respectfully submits this Notice Regarding IGF's Rule 11 Motion filed against Plaintiffs (Dkt. 78).

After the filing of Defendant IGF's Rule 11 Motion against Plaintiffs, Plaintiffs submitted a Stipulation of Dismissal dismissing IGF from the case; although the Court has not yet entered an order at this time. (Dkt. 79). This Notice is to inform that Court that IGF no longer wishes to pursue its Rule 11 Motion against Plaintiffs and will respectfully defer to the Court as to the disposition of the Motion.

Respectfully submitted,

*/s/Brian T. Boyd*
Brian T. Boyd (#023521)
Bennett J. Wills (#034831)
Law Office of Boyd & Wills
214 Overlook Cir., Ste. 275
Brentwood, TN 37027
T: 615-861-1936
F: 615-523-2595
brian@boydwills.com
bennett@boydwills.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of July 2021, a copy of the foregoing Notice Regarding IGF's Rule 11 Motion (Dkt. 78) were served on the following parties via the Court's electronic case management system:

Phillip Miller
621 Woodland St.
Nashville, TN 37206
615-356-2000
pmillar@seriousinjurylaw.com
*Counsel for Plaintiffs*
SERVED VIA CM/ECF

Brian Kent
M. Stewart Ryan
Alexandria MacMaster
1100 Ludlow St., Ste. 300
Philadelphia, PA 19107
215-399-9255
bkent@lbk-law.com
sryan@lbk-law.com
amacmaster@lbk-law.com
*Counsel for Plaintiffs*
SERVED VIA CM/ECF

Robert A. Peal
Mark W. Lenihan
Grace A. Fox
Sims |Funk
3322 West End Ave., Ste. 200
Nashville, TN 37203
615-292-9335
rpeal@simsfunk.com
mlenihan@simsfunk.com
gfox@simsfunk.com
*Counsel for Ashton, Amorphous Music, Inc., Bassnectar Touring, Inc.*
SERVED VIA CM/ECF

Kimberly Hodde
40 Music Square East
Nashville, TN 37203
615-242-4200
*Counsel for Ashton, Amorphous Music, Inc., Bassnectar Touring, Inc.*
SERVED VIA CM/ECF

Russell B. Morgan
Jason C. Palmer
Rachel Sodee
1600 Division St., Ste. 700
Nashville, TN 37203
615-252-2311
morgan@bradley.com
*Counsel for C3 Presents, L.L.C.*
SERVED VIA CM/ECF

Ashleigh D. Karnell
Paige Waldrop Mills
Bass, Berry, Sims
150 Third Ave. S. Ste. 2800
Nashville, TN 37201
615-742-7914
Ashleigh.karnell@bassberry.com
pmills@bassberry.com
*Counsel for Redlight Management LLC*
SERVED VIA CM/ECF

| | |
|---|---|
| Stacy M. Ashby<br>Mitchell Schuster<br>125 Park Ave., 7th Fl.<br>New York, NY 10017<br>212-655-3562<br>sma@msf-law.com<br>ms@msf-law.com<br>*Counsel for Ashton, Amorphous Music, Inc., Bassnectar Touring, Inc.*<br>SERVED VIA CM/ECF | Cynthia A. Sherwood<br>Davis F. Griffin<br>Sherwood Boutique Litigation<br>201 4th Ave. N., Ste. 1130<br>Nashville, TN 37219<br>615-873-5670<br>cynthia@sherwoodlitigation.com<br>davis@sherwoodlitigation.com<br>*Counsel for Gnarlos Industries, LLC and Carlos Donohue* |
| R. Scott McCullough<br>81 Monroe Ave., 6th Fl.<br>Memphis, TN 38103<br>901-924-0640<br>smccullough@mbbslaw.com<br>*Counsel for C3 Presents, LLC*<br>SERVED VIA CM/ECF | |

*/s/Brian T. Boyd*
Brian T. Boyd