IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL RAMSBOTTOM, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:21-cv-00272 |
| ) | Judge Trauger |
| LORIN ASHTON, ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Pursuant to the Stipulation to Dismiss (Doc. No. 79), it is hereby ORDERED that defendant Interactive Giving Fund is DISMISSED WITHOUT PREJUDICE from this case. Further, pursuant to the Notice file by this defendant (Doc. No. 83), it is hereby ORDERED that Interactive Giving Fund's Motion for Sanctions (Doc. No. 78) is TERMED AS MOOT.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge