IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RACHEL RAMSBOTTOM<br>ALEXIS BOWLING<br>JENNA HUSTON<br>JANE DOE #1<br><br>               Plaintiffs<br><br>   v.<br><br>LORIN ASHTON, AMORPHOUS MUSIC, INC., BASSNECTAR TOURING, INC., C3 PRESENTS, L.L.C., INTERACTIVE GIVING FUND, GNARLOS INDUSTRIES, LLC, CARLOS DONOHUE; ABC CORPORATIONS, ONE THROUGH TEN (said Names Being Fictitious), JOHN DOES, ONE THROUGH TEN (said Names Being fictitious)<br><br>               Defendants. | CIVIL ACTION<br>NO. 3:21-CV-00272<br><br><br><br><br>JURY TRIAL DEMANDED |

## **PRAECIPE TO ATTACH CORRECTED EXHIBIT WITH BRIEF DESCRIPTION**

TO THE CLERK:

Plaintiff, by and through counsel, respectfully file this Praecipe to attach corrected Exhibit "A" with corrected brief description for the Stipulation filed on August 11, 2021 (See ECF No. 85-4), in the above captioned matter.

                                          Respectfully submitted,

                                          LAFFEY, BUCCI & KENT, LLP

                                          _____
                                          M. STEWART RYAN, ESQUIRE

# CERTIFICATE OF SERVICE

I, M. Stewart Ryan, Esquire, hereby certify that this on 12th day of August 2021, I served a true and correct copy of our Praecipe to Attach Corrected Exhibit Description upon the counsel listed below via the ECF Filing System:

Russell B. Morgan
Jason C. Palmer
Rachel Sodée
BRADLEY ARANT
BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203

Scott McCullough
McNABB, BRAGORGOS,
BURGESS & SORIN, PLLC
81 Monroe, Sixth Floor
Memphis, TN 38103

*Attorneys for Defendant C3 Presents, L.L.C.*

Grace A. Fox
Robert A. Peal
Mark W. Lenihan
SIMS FUNK, PLC
3322 West End Avenue
Suite 200
Nashville, TN 37203
(615) 292-9335
Fax: (615) 649-8565
Email: gfox@simsfunk.com

Kimberly S. Hodde
HODDE & ASSOCIATES
40 Music Square East
Nashville, TN 37203
(615) 242-4200
Fax: (615) 242-8115
Email: kim.hodde@hoddelaw.com

Mitchell Schuster

Paige Mills, Esq.
Ashleigh Karnell, Esq.
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
615-742-7770
615-742-0429 fax
PMills@bassberry.com
ashleigh.karnell@bassberry.com

*Attorneys for Defendant Red Light Management*

Cynthia A. Sherwood, Esq.
Davis F. Griffin, Esq.
201 Fourth Avenue North, Suite 1130
Nashville, TN 37219
(615) 873-5670
(615) 900-2312 (fax)
cynthia@sherwoodlitigation.com

*Attorneys for Defendants Carlos Donohue and Gnarlos Industries, LLC*

Stacey M. Ashby
MEISTER, SEELIG & FEIN, LLP
125 Park Avenue, 7th Floor
New York, NY 10017

*Attorneys for Defendants Lorin Ashton,*
*Amorphous Music Inc.,*
*and Bassnectar Touring, Inc.*

                                      Respectfully submitted,

                                      LAFFEY, BUCCI & KENT, LLP

                                      _____
                                      M. STEWART RYAN, ESQUIRE

Dated: August 12, 2021

    cc: Phillip Miller Esq.