# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of August 2021, I electronically filed the foregoing Plaintiffs' Opposition to Defendants' Motion to Dismiss and Supporting Memorandum of Law with the Clerk or Courts Using CM/ECF system, which will send notification of such filing to the following:

Russell B. Morgan, Esq.
Jason C. Palmer, Esq.
Rachel Sodée, Esq.
BRADLEY ARANT
BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Email: rmorgan@bradley.com
jpalmer@bradley.com
rsodee@bradley.com

Scott McCullough, Esq.
McNABB, BRAGORGOS,
BURGESS & SORIN, PLLC
81 Monroe, Sixth Floor
Memphis, TN 38103
Email: smccullough@mbbslaw.com

*Attorneys for Defendant C3 Presents, L.L.C.*

Grace A. Fox, Esq.
Robert A. Peal, Esq.
Mark W. Lenihan, Esq.
SIMS FUNK, PLC
3322 West End Avenue
Suite 200
Nashville, TN 37203
(615) 292-9335
Fax: (615) 649-8565
Email: gfox@simsfunk.com
mlenihan@simfunk.com
rpeal@simsfunk.com

Kimberly S. Hodde, Esq.
HODDE & ASSOCIATES
40 Music Square East

Paige Mills, Esq.
Ashleigh Karnell, Esq.
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
615-742-7770
615-742-0429 fax
PMills@bassberry.com
ashleigh.karnell@bassberry.com

*Attorneys for Defendant Red Light Management*

Cynthia A. Sherwood, Esq.
Davis F. Griffin, Esq.
201 Fourth Avenue North, Suite 1130
Nashville, TN 37219
(615) 873-5670
(615) 900-2312 (fax)
cynthia@sherwoodlitigation.com

*Attorneys for Defendants Carlos Donohue and Gnarlos Industries, LLC*

Philip Goodpasture, Esq.
Brendan D. O'Toole, Esq.
Williams Mullen, Esq.
200 South 10th St.
Richmond, VA 23219
(804) 420-6000
pgoodpasture@williamsmullen.com
botoole@williamsmullen.com
mhaynes@williamsmullen.com

*Attorneys for Red Light Management, Inc.*

Nashville, TN 37203

(615) 242-4200

Fax: (615) 242-8115

Email: kim.hodde@hoddelaw.com

Mitchell Schuster, Esq.
Stacey M. Ashby, Esq.
MEISTER, SEELIG & FEIN, LLP
125 Park Avenue, 7th Floor
New York, NY 10017
Email: ms@msf-law.com
Sma@msf-law.com

*Attorneys for Defendants Lorin Ashton,*
*Amorphous Music Inc.,*
*and Bassnectar Touring, Inc.*

                           **MILLER LAW OFFICES**

By:   /s/ Phillip Miller
       Phillip Miller, #006873
       *Attorney for the Plaintiff*
       631 Woodland Street
       Nashville, TN 37206
       615-356-2000 phone
       615-242-1739 fax
       pmiller@seriousinjury.com

**LAFFEY, BUCCI & KENT, LLP**

Brian Kent*
M. Stewart Ryan*
Alexandria MacMaster*
LAFFEY, BUCCI & KENT, LLP
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
(T): (215) 399-9255
(E): bkent@lbk-law.com
     sryan@lbk-law.com
     amacmaster@lbk-law.com

*admitted pro hac vice

Dated: August 16, 2021