IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RACHEL RAMSBOTTOM, ALEXIS BOWLING, JENNA HOUSTON, JANE DOE #1<br>      Plaintiffs,<br><br>v.<br><br>LORIN ASHTON, AMORPHOUS MUSIC, INC., BASSNECTAR TOURING, INC., REDLIGHT MANAGEMENT, INC., C3 PRESENTS, L.L.C, INTERACTIVE GIVING FUND, GNARLOS INDUSTRIES, LLC, CARLOS DONOHUE; ABC CORPORATIONS, ONE THROUGH TEN (said Names Being Fictitious), JOHN DOES, ONE THROUGH TEN (said Names Being Fictitious)<br>      Defendants. | CIVIL ACTION NO. 3:21-cv-00272<br><br>JURY TRIAL DEMANDED |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.01, Brendan D. O'Toole, by and through the undersigned, hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Defendant Red Light Management, Inc.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1.    I am a member in good standing with the United States District Court for the Eastern District of Virginia. Attached is a Certificate of Good Standing from that court.

2.    I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number and e-mail address of local counsel retained in this matter:

> Paige W. Mills (BPR #016218)
> Ashleigh Karnell (BPR #036074)
> BASS, BERRY & SIMS PLC
> 150 Third Avenue South, Suite 2800
> Nashville, TN 37201
> Telephone: (615) 742-6200
> Facsimile: (615) 742-6293
> pmills@bassberry.com
> akarnell@bassberry.com

8. I have read and am familiar with the Local Rules of Court for the United States District Court for the Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Dated: August 19, 2021

> Respectfully Submitted,
>
> */s/ Brendan D. O'Toole*
> Brendan D. O'Toole (VA Bar #71329)
> WILLIAMS MULLEN
> 200 South 10th Street
> Richmond, VA 23219
> Telephone: (804) 420-6000

Facsimile: (804) 420-6507
botoole@williamsmullen.com


*/s/ Paige W. Mills*
Paige W. Mills (BPR #016218)
Ashleigh Karnell (BPR #036074)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200
Facsimile: (615) 742-6293
pmills@bassberry.com
akarnell@bassberry.com

*Attorneys for Defendant Red Light Management, Inc.*

# CERTIFICATE OF SERIVCE

I hereby certify that on the 19th day of August 2021, the foregoing was filed electronically with the Clerk of the Court and was served by the Court's electronic filing system upon the following:

| | |
|---|---|
| Phillip Miller<br>631 Woodland Street<br>Nashville, TN 37206 615-356-2000<br>pmiller@seriousinjury.com<br><br>Brian Kent<br>M. Stewart Ryan<br>Alexandria MacMaster<br>LAFFEY, BUCCI & KENT, LLP<br>1100 Ludlow Street, Suite 300<br>Philadelphia, PA 19107<br>bkent@lbk-law.com<br>sryan@lbk-law.com<br>amacmaster@lbk-law.com<br><br>*Attorneys for Plaintiffs* | Russell B. Morgan<br>Jason C. Palmer<br>Rachel Sodée<br>BRADLEY ARANT<br>BOULT CUMMINGS LLP<br>1600 Division Street, Suite 700<br>Nashville, Tennessee 37203<br>rmorgan@bradley.com<br>jpalmer@bradley.com<br>rsodee@bradley.com<br><br>R. Scott McCullough<br>MCNABB, BRAGORGOS BURGESS & SORIN, PLLC<br>81 Monroe Avenue, Sixth Floor<br>Memphis, TN 38103-5402<br>smccullough@mbbslaw.com<br><br>*Attorneys for Defendant C3 Presents, L.L.C.* |

| | |
|---|---|
| Grace A. Fox<br>Robert A. Peal<br>Mark W. Lenihan<br>SIMS FUNK, PLC<br>3322 West End Avenue<br>Suite 200<br>Nashville, TN 37203<br>gfox@simsfunk.com<br>rpeal@simsfunk.com<br>mlenihan@simsfunk.com<br><br>Kimberly S. Hodde<br>HODDE & ASSOCIATES<br>40 Music Square East<br>Nashville, TN 37203<br>kim.hodde@hoddelaw.com<br><br>Mitchell Schuster<br>Stacey M. Ashby<br>MEISTER, SEELIG & FEIN, LLP<br>125 Park Avenue, 7th Floor<br>New York, NY 10017<br>ms@msf-law.com<br><br>*Attorneys for Defendants Lorin Ashton, Amorphous Music Inc., and Bassnectar Touring, Inc.* | Bennett James Wills<br>Brian T. Boyd<br>LAW OFFICE OF BRIAN T. BOYD<br>214 Overlook Cir., Suite 275<br>Brentwood, TN 37027<br>bennett@boydlegal.com<br>brian@boydwills.com<br><br>*Attorneys for Defendant Interactive Giving Fund* |
| Cynthia A. Sherwood<br>Davis F. Griffin<br>SHERWOOD BOUTIQUE LITIGATION, PLC<br>201 Fourth Avenue North, Suite 1130<br>Nashville, TN 37219<br>cynthia@sherwoodlitigation.com<br><br>*Attorneys for Defendants Carlos Donohue and Gnarlos Industries, LLC* | |

        */s/ Paige W. Mills*