AO 136RD (Rev. 8/93)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA        )
                                )
                                ) ss.
                                )
EASTERN DISTRICT OF VIRGINIA    )

I, FERNANDO GALINDO, Clerk of the United States District Court for the Eastern District of Virginia, Richmond Division,

DO HEREBY CERTIFY that __Brendan David O'Toole__, ID #71329, was admitted to practice in said Court on __August 31, 2007__ and is in good standing as a member of the bar of said Court.

FERNANDO GALINDO, CLERK

By: _____
        Deputy Clerk

Dated at Richmond, Virginia
on ___August 5, 2021___.