AO 136RD (Rev. 8/93)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA    )
    )
    ) ss.
    )
EASTERN DISTRICT OF VIRGINIA    )

I, FERNANDO GALINDO, Clerk of the United States District Court for the Eastern District of Virginia, Richmond Division,

DO HEREBY CERTIFY that <u>Meredith Macdonald Haynes</u>, ID #80163, was admitted to practice in said Court on <u>February 1, 2011</u> and is in good standing as a member of the bar of said Court.

FERNANDO GALINDO, CLERK

By: *Laurie C Breeden*
    Deputy Clerk

Dated at Richmond, Virginia
on <u>August 12, 2021</u>.