AO 136RD (Rev. 8/93)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA )
)
) ss.
)
EASTERN DISTRICT OF VIRGINIA )

I, FERNANDO GALINDO, Clerk of the United States District Court for the Eastern District of Virginia, Richmond Division,

DO HEREBY CERTIFY that <u>Philip Henry Goodpasture</u>, ID #25312, was admitted to practice in said Court on <u>November 27, 1985</u> and is in good standing as a member of the bar of said Court.

FERNANDO GALINDO, CLERK

By: *Laurie C Breeden*
Deputy Clerk

Dated at Richmond, Virginia
on <u>August 12, 2021</u>.