IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL RAMSBOTTOM ) | |
| ALEXIS BOWLING ) | |
| JENNA HOUSTON ) | |
| JANE DOE #1 ) | CIVIL ACTION |
| ) | |
| Plaintiffs ) | No. 3:21-cv-00272 |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| LORIN ASHTON, ) | JUDGE ALETA A. TRAUGER |
| AMORPHOUS MUSIC, INC., ) | |
| BASSNECTAR TOURING, INC., ) | |
| C3 PRESENTS, L.L.C., ) | |
| INTERACTIVE GIVING FUND, ) | |
| GNARLOS INDUSTRIES, LLC, ) | |
| CARLOS DONOHUE; ABC ) | |
| CORPORATIONS, ONE THROUGH ) | |
| TEN (said Names Being Fictitious), ) | |
| JOHN DOES, ONE THROUGH TEN ) | |
| (said Names Being Fictitious) ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION AND STIPULATION TO EXTEND
THE DEADLINE FOR DEFENDANTS GNARLOS INDUSTRIES, LLC
AND CARLOS DONOHUE TO FILE ANY MOTION TO DISMISS**

Comes now Plaintiffs and Defendants Gnarlos Industries, LLC ("GI") and Carlos Donohue ("Donohue"), by and through undersigned counsel, and respectfully move this Court for an Order extending the deadline for Defendants GI and Donohue to file any Motion to Dismiss. In support of this Motion, undersigned counsel states:

All counsel to this action that had been served, during a meet and confer conference call held on May 17, 2021, agreed that, to the extent any defendant should file a Motion to Dismiss, that Plaintiffs would be permitted thirty (30) days to respond; and that any defendant would be permitted

fourteen (14) days to file a reply to any opposition from the service of said opposition. Counsel for Defendants Gnarlos Industries ("GI") and Carlos Donohue ("Donohue") and counsel for Plaintiffs separately agreed to apply the above briefing schedule upon acceptance of service of the First Amended Complaint by Defendants GI and Donohue which occurred on June 24, 2021. The deadline for Defendants GI and Donohue to file any Motion to Dismiss is August 23, 2021. Subject to this Court's permission, Counsel for Defendants GI and Donohue and counsel for Plaintiffs now agree that Defendants GI and Donohue shall have until August 30, 2021, to file any Motion to Dismiss. Pursuant to the agreement of all counsel, Plaintiffs shall file their opposition no later than thirty (30) days from service of Defendants GI and Donohue's Motion to Dismiss, or September 29, 2021; Defendants GI and Donohue, may file a reply no later than fourteen (14) days from service of Plaintiffs' opposition.

IT IS HEREBY STIPULATED AND AGREED TO, SUBJECT TO THIS COURT'S PERMISSION, by and between counsel for the undersigned parties, that:

1. Defendants GI and Donohue, shall file any Motion to Dismiss on or before August 30, 2021, subject to this Court's permission.

2. Plaintiffs' response to Defendants GI and Donohue's Motion to Dismiss shall be filed no later than September 29, 2021.

3. Defendants GI and Donohue, may file a reply no later than fourteen (14) days from service of Plaintiffs' opposition.

4. This stipulation may be executed in counterparts, and a signature transmitted by electronic means shall be deemed an original for all purposes.

For these reasons, Plaintiffs and Defendants GI and Donohue respectfully request this Court enter an Order extending the deadline for Defendants GI and Donohue to file any Motion to Dismiss to August 30, 2021, the deadline for Plaintiffs' response to any Motions to Dismiss to September

29, 2021, and allow Defendants GI and Donohue 14 days from service of Plaintiffs' response to file a Reply.

Dated: August 23, 2021

RESPECTFULLY SUBMITTED:

| | |
|---|---|
| /s/ Phillip Miller<br>Phillip Miller, Esquire<br>631 Woodland Street<br>Nashville, TN 37206<br>615-356-2000<br>pmiller@seriousinjury.com<br><br>Brian D. Kent, Esquire<br>1100 Ludlow Street, Suite 300<br>Philadelphia, PA 19107<br>(215) 399-9255<br>bkent@lbk-law.com<br>*Attorneys for Plaintiffs* | Cynthia A. Sherwood, Esquire<br>SHERWOOD BOUTIQUE LITIGATION<br>201 4th Ave., Ste. 1130<br>Nashville, TN 37219<br>(615) 873-5670<br>cynthia@sherwoodlitigation.com<br>*Attorneys for Defendants Gnarlos Industries & Carlos Donohue* |

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was filed with the Court's electronic filing system and thereby sent via email to the following:

Brian Kent, Esq.
M. Stewart Ryan, Esq.
Alexandria MacMaster-Ho, Esq.
Laffey, Bucci & Kent, LLP
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
bkent@lbk-law.com
sryan@lbk-law.com
amacmaster@lbk-law.com
*Counsel for Plaintiffs*

Phillip H. Miller, Esq.
631 Woodland Street
Nashville, TN 37206
phillip@seriousinjury.com
*Counsel for Plaintiff*
Robert A. Peal, Esq.
Grace A. Fox, Esq.
Mark W. Lenihan, Esq.
Sims Funk, PLC
3322 West End Avenue, Suite 200
Nashville, TN 37203
rpeal@simsfunk.com
gfox@simsfunk.com
mlenihan@simsfunk.com
*Counsel for Defendants Lorin Ashton, Amorbphous Music, Inc., and Bassnectar Touring, Inc.*

Kimberly S. Hodde, Esq.
Hodde & Associates
40 Music Square East
Nashville, TN 37203
kim.hodde@hoddelaw.com
*Counsel for Defendants Lorin Ashton, Amorbphous Music, Inc., and Bassnectar Touring, Inc.*

Mitchell Schuseter, Esq.
Stacey M. Ashby, Esq.
Meister, Seelig & Fein, LLP
125 Park Avenue, 7th Floor
New York, NY 10017
ms@msf-law.com
sma@msf-law.com
*Counsel for Defendants Lorin Ashton, Amorbphous Music, Inc., and Bassnectar Touring, Inc.*

Ashleigh D. Karnell, Esq.
Paige Waldrop Mills, Esq.
Bass, Berry & Sims
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Ashleigh.karnell@bassberry.com
*Counsel for Defendant Redlight Management, Inc.*

Jason C. Palmer, Esq.
Rachel Sodee, Esq.
Russell B. Morgan, Esq.
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
P.O. Box 340025

Nashville, TN 37203-0025
jpalmer@bradley.com
rsodee@bradley.com
rmorgan@bradley.com
*Counsel for Defendant C3 Presents, L.L.C.*

R. Scott McCullough, Esq.
McNabb, Bragorgos, Burgess & Sorin, PLLC
81 Monroe Avenue, Sixth Floor
Memphis, TN 38103-5402
smccullough@mbbslaw.com
*Counsel for Defendant C3 Presents, L.L.C.*

on this the 23rd day of August, 2021.

                                                             /s/     Brian D. Kent