## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed with the Court's electronic

filing system and thereby sent via email to the following:

Brian Kent, Esq.
M. Stewart Ryan, Esq.
Alexandria MacMaster-Ho, Esq.
Laffey, Bucci & Kent, LLP
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
bkent@lbk-law.com
sryan@lbk-law.com
amacmaster@lbk-law.com
*Counsel for Plaintiffs*

Phillip H. Miller, Esq.
631 Woodland Street
Nashville, TN 37206
phillip@seriousinjury.com
*Counsel for Plaintiff*
Robert A. Peal, Esq.
Grace A. Fox, Esq.
Mark W. Lenihan, Esq.
Sims Funk, PLC
3322 West End Avenue, Suite 200
Nashville, TN 37203
rpeal@simsfunk.com
gfox@simsfunk.com
mlenihan@simsfunk.com
*Counsel for Defendants Lorin Ashton, Amorbphous Music, Inc., and Bassnectar Touring, Inc.*

Kimberly S. Hodde, Esq.
Hodde & Associates
40 Music Square East
Nashville, TN 37203
kim.hodde@hoddelaw.com
*Counsel for Defendants Lorin Ashton, Amorbphous Music, Inc., and Bassnectar Touring, Inc.*

Mitchell Schuseter, Esq.
Stacey M. Ashby, Esq.
Meister, Seelig & Fein, LLP
125 Park Avenue, 7th Floor
New York, NY 10017
ms@msf-law.com
sma@msf-law.com

*Counsel for Defendants Lorin Ashton, Amorbphous Music, Inc., and Bassnectar Touring, Inc.*

Ashleigh D. Karnell, Esq.
Paige Waldrop Mills, Esq.
Bass, Berry & Sims
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Ashleigh.karnell@bassberry.com
*Counsel for Defendant Redlight Management, Inc.*

Jason C. Palmer, Esq.
Rachel Sodee, Esq.
Russell B. Morgan, Esq.
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203-0025
jpalmer@bradley.com
rsodee@bradley.com
rmorgan@bradley.com
*Counsel for Defendant C3 Presents, L.L.C.*

R. Scott McCullough, Esq.
McNabb, Bragorgos, Burgess & Sorin, PLLC
81 Monroe Avenue, Sixth Floor
Memphis, TN 38103-5402
smccullough@mbbslaw.com
*Counsel for Defendant C3 Presents, L.L.C.*

on this the 23rd day of August, 2021.

/s/  Brian D. Kent   