IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RACHEL RAMSBOTTOM | ) | |
| ALEXIS BOWLING | ) | |
| JENNA HOUSTON | ) | |
| JANE DOE #1 | ) | CIVIL ACTION |
| | ) | |
| Plaintiffs | ) | No. 3:21-cv-00272 |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| LORIN ASHTON, | ) | JUDGE ALETA A. TRAUGER |
| AMORPHOUS MUSIC, INC., | ) | |
| BASSNECTAR TOURING, INC., | ) | |
| C3 PRESENTS, L.L.C., | ) | |
| INTERACTIVE GIVING FUND, | ) | |
| GNARLOS INDUSTRIES, LLC, | ) | |
| CARLOS DONOHUE; ABC | ) | |
| CORPORATIONS, ONE THROUGH | ) | |
| TEN (said Names Being Fictitious), | ) | |
| JOHN DOES, ONE THROUGH TEN | ) | |
| (said Names Being Fictitious) | ) | |
| | ) | |
| Defendants. | ) | |

**REVISED JOINT MOTION TO EXTEND THE DEADLINE FOR DEFENDANTS GNARLOS INDUSTRIES, LLC AND CARLOS DONOHUE TO FILE ANY MOTIONS TO DISMISS AND TO EXTEND RESPONSE AND REPLY DEADLINES**

Comes now Plaintiffs and Defendants Gnarlos Industries, LLC ("GI") and Carlos Donohue ("Donohue"), by and through undersigned counsel, and pursuant to Local Rule 6.01, and respectfully move this Court for an Order extending the deadline for Defendants GI and Donohue to file any Motions to Dismiss. This Motion is intended to revise and replace Document Number 93. In support of this Motion, undersigned counsel states:

All counsel to this action that had been served, during a meet and confer conference call held on May 17, 2021, agreed that, to the extent any defendant should file a Motion to Dismiss,

that Plaintiffs would be permitted thirty (30) days to respond; and that any defendant would be permitted fourteen (14) days to file a reply to any opposition from the service of said opposition. Counsel for Defendants GI and Donohue waived service of process and accepted service of the First Amended Complaint on June 24, 2021.

The deadline for Defendants GI and Donohue to file any Motions to Dismiss is August 23, 2021. The Plaintiffs and Defendants GI and Donohue are attempting to resolve an issue related to the Motions to Dismiss, which could lessen legal issues for this Court to resolve.

Undersigned counsel has conferred with counsel for each of the non-moving Defendants, who state that they have no objection to the relief requested in this Motion.

Counsel for Defendants GI and Donohue and counsel for Plaintiffs respectfully move for an Order allowing:

1. Defendants GI and Donohue to file any Motions to Dismiss on or before August 30, 2021;

2. Plaintiffs' response to Defendants GI and Donohue's Motions to Dismiss to be filed no later than September 29, 2021; and

3. Defendants GI and Donohue may file a reply no later than fourteen (14) days from service of Plaintiffs' opposition.

Dated: August 20, 2021

RESPECTFULLY SUBMITTED:

/s/ Phillip Miller
Phillip Miller, Esquire
631 Woodland Street
Nashville, TN  37206
615-356-2000
pmiller@seriousinjury.com

Brian D. Kent , Esquire
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
(215) 399-9255
bkent@lbk-law.com
*Attorneys for Plaintiffs*

/s/ Cynthia A. Sherwood
Cynthia A. Sherwood, Esquire
SHERWOOD BOUTIQUE LITIGATION
201 4th Ave., Ste. 1130
Nashville, TN 37219
(615) 873-5670
cynthia@sherwoodlitigation.com
*Attorneys for Defendants Gnarlos Industries & Carlos Donohue*

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed with the Court's electronic filing system and thereby sent via email to the following:

Brian Kent, Esq.
M. Stewart Ryan, Esq.
Alexandria MacMaster-Ho, Esq.
Laffey, Bucci & Kent, LLP
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
bkent@lbk-law.com
sryan@lbk-law.com
amacmaster@lbk-law.com
*Counsel for Plaintiffs*

Phillip H. Miller, Esq.
631 Woodland Street
Nashville, TN 37206
phillip@seriousinjury.com
*Counsel for Plaintiffs*

Robert A. Peal, Esq.
Grace A. Fox, Esq.
Mark W. Lenihan, Esq.
Sims Funk, PLC
3322 West End Avenue, Suite 200
Nashville, TN 37203
rpeal@simsfunk.com
gfox@simsfunk.com
mlenihan@simsfunk.com
*Counsel for Defendants Lorin Ashton, Amorbphous Music, Inc., and Bassnectar Touring, Inc.*

Kimberly S. Hodde, Esq.
Hodde & Associates
40 Music Square East
Nashville, TN 37203
kim.hodde@hoddelaw.com
*Counsel for Defendants Lorin Ashton, Amorbphous Music, Inc., and Bassnectar Touring, Inc.*

Mitchell Schuseter, Esq.
Stacey M. Ashby, Esq.
Meister, Seelig & Fein, LLP
125 Park Avenue, 7th Floor
New York, NY 10017
ms@msf-law.com

sma@msf-law.com
*Counsel for Defendants Lorin Ashton, Amorbphous Music, Inc., and Bassnectar Touring, Inc.*

Ashleigh D. Karnell, Esq.
Paige Waldrop Mills, Esq.
Bass, Berry & Sims
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Ashleigh.karnell@bassberry.com
pmills@bassberry.com
*Counsel for Defendant Redlight Management, Inc.*

Brendan D. O'Toole, Esq.
Meredith M. Haynes, Esq.
Philip Henry Goodpasture, Esq.
Williams Mullen
200 S. 10th Street
Suite 1600
Richmond, VA 23219
botoole@williamsmullen.com
*Counsel for Defendant Redlight Management, Inc.*

Jason C. Palmer, Esq.
Rachel Sodee, Esq.
Russell B. Morgan, Esq.
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203-0025
jpalmer@bradley.com
rsodee@bradley.com
rmorgan@bradley.com
*Counsel for Defendant C3 Presents, L.L.C.*

R. Scott McCullough, Esq.
McNabb, Bragorgos, Burgess & Sorin, PLLC
81 Monroe Avenue, Sixth Floor
Memphis, TN 38103-5402
smccullough@mbbslaw.com
*Counsel for Defendant C3 Presents, L.L.C.*

on this the 23rd day of August, 2021.

                                                                                  /s/ Brian Kent