IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RACHEL RAMSBOTTOM, )<br>ALEXIS BOWLING, )<br>JENNA HOUSTON, JANE DOE #1 )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LORIN ASHTON, AMORPHOUS )<br>MUSIC, INC., BASSNECTAR )<br>TOURING, INC., REDLIGHT )<br>MANAGEMENT, INC., C3 PRESENTS, )<br>L.L.C, INTERACTIVE GIVING FUND, )<br>GNARLOS INDUSTRIES, LLC, )<br>CARLOS DONOHUE, ABC )<br>CORPORATIONS, ONE THROUGH )<br>TEN (said Names Being Fictitious), )<br>JOHN DOES, ONE THROUGH TEN )<br>(said Names Being Fictitious), )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 3:21-cv-00272<br><br>JURY TRIAL DEMANDED |

**AMORPHOUS MUSIC, INC.'S, BASSNECTAR TOURING, INC.'S, AND LORIN ASHTON'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Defendants Amorphous Music, Inc. ("AMI"), Bassnectar Touring, Inc. ("BTI"), and Lorin Ashton (together with AMI and BTI, the "Defendants") respectfully move for leave to exceed the five (5) page limitation for reply briefs stated in Local Rule 7.01(a)(4). Specifically, Defendants seek an expansion of the Local Rule 7.01(a)(4) page limit to ten (10) pages for each of the following reply briefs:

1. Defendant AMI's and BTI's Reply Brief in Further Support of Their Motion to Dismiss Plaintiffs' First Amended Complaint ("FAC"); and

2. Defendant Lorin Ashton's Reply Brief in Further Support of His Partial Motion to Dismiss Count IV of the FAC.

Given the complexity of issues and arguments presented in Plaintiffs' respective oppositions,[1] Defendants respectfully submit that they cannot limit the reply brief to five (5) pages without compromising their position.

Pursuant to Local Rule 7.01(a) Defendants conferred with opposing counsel and, counsel for Plaintiffs have informed Defendants that they do not oppose the relief sought herein.

WHEREFORE, Defendants respectfully request that the Court grant this Motion.

Dated: August 24, 2021

Respectfully Submitted,

*s/ Robert A. Peal*
Robert A. Peal (No. 25629)
Mark W. Lenihan (No. 36286)
Grace A. Fox (No. 37367)
Sims|Funk, PLC
3322 West End Ave, Suite 200
Nashville, TN 37203
(615) 292-9335
(615) 649-8565 (fax)
rpeal@simsfunk.com
mlenihan@simsfunk.com
gfox@simsfunk.com

Kimberly S. Hodde
Hodde & Associates
40 Music Square East
Nashville, TN 37203
(615) 242-4200
(615) 242-8115 (fax)
kim.hodde@hoddelaw.com

Mitchell Schuster, Esq. (admitted *pro hac vice*)
Stacey M. Ashby, Esq. (admitted *pro hac vice*)
Meister Seelig & Fein, LLP

---

[1] Plaintiffs' Response in Opposition to Defendants Amorphous Music, Inc.'s and Bassnectar Touring, Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt.87, 87-1, 87-2, 87-3); Plaintiffs' Response in Opposition to Defendant Lorin Ashton's Partial Motion to Dismiss Count IV (Dkt.88, 88-1, 88-2, 88-3).

125 Park Avenue, 7th Floor
New York, NY 10017
(212) 655-3500
(212) 655-3535 (fax)
ms@msf-law.com
sma@msf-law.com

*Counsel for Defendants Lorin Ashton, Amorphous Music, Inc., and Bassnectar Touring, Inc.*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the foregoing was served on the following counsel via the Court's CM/ECF system on this 24th day of August, 2021:

Phillip H. Miller
631 Woodland Street
Nashville, TN 37206
(615) 356-2000
phillip@seriousinjury.com

Alexandria MacMaster
M. Stewart Ryan
LAFFEY, BUCCI & KENT, LLP
1100 Ludlow Street
Suite 300
Philadelphia, PA 19107
(215) 399-9255
amacmaster@lbk-law.com
sryan@lbk-law.com

Brian Kent
Laff, Whitesel, Conte & Saret, Ltd.
401 N. Michigan Avenue
Suite 1700
Chicago, IL 60611-4212
(215) 399-9255
bkent@lbk-law.com

*Counsel for Plaintiffs*

Paige Mills
Ashleigh Karnell
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
615-742-7770
pmills@bassberry.com
Ashleigh.karnell@bassberry.com

Russell B. Morgan
Jason C. Palmer
Rachel Sodée
Bradley Arant Boult Cummings LLP
1600 Division Street
Suite 700
P.O Box 340025
Nashville, TN 37203-0025
(615) 252-2311
Fax: (615) 252-6311
rmorgan@bradley.com
jpalmer@bradley.com
rsodee@bradley.com

*Counsel for Defendant C3 Presents, L.L.C.*

Cynthia A. Sherwood
Davis F. Griffin
201 Fourth Avenue North, Suite 1130
Nashville, TN 37219
615-873-5670
cynthia@sherwoodlitigation.com

*Counsel for Defendants Carlos Donohue and Gnarlos Industries, LLC*

02557243 4

4

Case 3:21-cv-00272   Document 95   Filed 08/24/21   Page 4 of 5 PageID #: 961

Philip Goodpasture
Brendan D. O'Toole
Williams Mullen
200 South 10th St.
Richmond, VA 23219
804-420-6000
pgoodpasture@williamsmullen.com
botoole@williamsmullen.com
mhaynes@williamsmullen.com

*Attorneys for Defendant Redlight Management, Inc.*

                                        *s/ Robert A. Peal*