IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **RACHEL RAMSBOTTOM** ) | |
| **ALEXIS BOWLING** ) | |
| **JENNA HOUSTON** ) | |
| **JANE DOE #1** ) | CIVIL ACTION |
| ) | |
| Plaintiffs ) | No. 3:21-cv-00272 |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| **LORIN ASHTON,** ) | JUDGE ALETA A. TRAUGER |
| **AMORPHOUS MUSIC, INC.,** ) | |
| **BASSNECTAR TOURING, INC.,** ) | |
| **C3 PRESENTS, L.L.C.,** ) | |
| **INTERACTIVE GIVING FUND,** ) | |
| **GNARLOS INDUSTRIES, LLC,** ) | |
| **CARLOS DONOHUE; ABC** ) | |
| **CORPORATIONS, ONE THROUGH** ) | |
| **TEN (said Names Being Fictitious),** ) | |
| **JOHN DOES, ONE THROUGH TEN** ) | |
| **(said Names Being Fictitious)** ) | |
| ) | |
| Defendants. ) | |

**REVISED JOINT MOTION TO EXTEND THE DEADLINE FOR DEFENDANTS
GNARLOS INDUSTRIES, LLC AND CARLOS DONOHUE TO FILE ANY MOTIONS
TO DISMISS AND TO EXTEND RESPONSE AND REPLY DEADLINES**

Comes now Plaintiffs and Defendants Gnarlos Industries, LLC ("GI") and Carlos Donohue ("Donohue"), by and through undersigned counsel, and pursuant to Local Rule 6.01, and respectfully move this Court for an Order extending the deadline for Defendants GI and Donohue to file any Motions to Dismiss. This Motion is intended to revise and replace Document Number 93. In support of this Motion, undersigned counsel states:

All counsel to this action that had been served, during a meet and confer conference call held on May 17, 2021, agreed that, to the extent any defendant should file a Motion to Dismiss,