Motion GRANTED.
*[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RACHEL RAMSBOTTOM, ALEXIS BOWLING, JENNA HOUSTON, JANE DOE #1<br><br>Plaintiffs,<br><br>v.<br><br>LORIN ASHTON, AMORPHOUS MUSIC, INC., BASSNECTAR TOURING, INC., REDLIGHT MANAGEMENT, INC., C3 PRESENTS, L.L.C, INTERACTIVE GIVING FUND, GNARLOS INDUSTRIES, LLC, CARLOS DONOHUE, ABC CORPORATIONS, ONE THROUGH TEN (said Names Being Fictitious), JOHN DOES, ONE THROUGH TEN (said Names Being Fictitious),<br><br>Defendants. | CIVIL ACTION NO. 3:21-cv-00272<br><br>JURY TRIAL DEMANDED |

### AMORPHOUS MUSIC, INC.'S, BASSNECTAR TOURING, INC.'S, AND LORIN ASHTON'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Defendants Amorphous Music, Inc. ("AMI"), Bassnectar Touring, Inc. ("BTI"), and Lorin Ashton (together with AMI and BTI, the "Defendants") respectfully move for leave to exceed the five (5) page limitation for reply briefs stated in Local Rule 7.01(a)(4). Specifically, Defendants seek an expansion of the Local Rule 7.01(a)(4) page limit to ten (10) pages for each of the following reply briefs:

1. Defendant AMI's and BTI's Reply Brief in Further Support of Their Motion to Dismiss Plaintiffs' First Amended Complaint ("FAC"); and

2. Defendant Lorin Ashton's Reply Brief in Further Support of His Partial Motion to Dismiss Count IV of the FAC.

02557243 4