## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **RACHEL RAMSBOTTOM,** | **:** |
| **ALEXIS BOWLING,** | **:** |
| **JENNA HOUSTON,** | **:** |
| **JANE DOE #1** | **: CIVIL ACTION** |
| **Plaintiffs,** | **:** |
| | **: No. 3:21-cv-00272** |
| | **:** |
| **v.** | **: JURY TRIAL DEMANDED** |
| | **:** |
| **LORIN ASHTON,** | **: Judge Aleta A. Trauger** |
| **AMORPHOUS MUSIC, INC.,** | **:** |
| **BASSNECTAR TOURING, INC.,** | **:** |
| **REDLIGHT MANAGEMENT, INC.,** | **:** |
| **C3 PRESENTS, L.L.C,** | **:** |
| **INTERACTIVE GIVING FUND,** | **:** |
| **GNARLOS INDUSTRIES, LLC,** | **:** |
| **CARLOS DONOHUE; ABC** | **:** |
| **CORPORATIONS, ONE THROUGH** | **:** |
| **TEN (said Names Being Fictitious),** | **:** |
| **JOHN DOE, ONE THROUGH TEN** | **:** |
| **(said Names Being Fictitious)** | **:** |
| **Defendants.** | **:** |

## STIPULATION TO DISMISS

It is HEREBY stipulated by the undersigned that Gnarlos Industries, LLC, is hereby

DISMISSED without prejudice from this lawsuit.

Dated: <u>August 30, 2021</u>

| | |
|---|---|
| **/s/ Phillip Miller** | **/s/ Cynthia Sherwood** |
| Phillip Miller, Esquire | Cynthia A. Sherwood, Esquire |
| 631 Woodland Street | SHERWOOD BOUTIQUE LITIGATION |
| Nashville, TN 37206 | 201 4th Ave., Ste. 1130 |
| 615-356-2000 | Nashville, TN 37219 |

pmiller@seriousinjury.com

Brian D. Kent , Esquire
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
(215) 399-9255
bkent@lbk-law.com
*Attorneys for Plaintiffs*

(615) 285-5361
cynthia@sherwoodlitigation.com
*Attorneys for Defendants Gnarlos*
*Industries & Carlos Donohue*

Dated: <u>August 30, 2021</u>

# CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of August 2021, I electronically filed the foregoing Stipulation

to Dismiss with the Clerk of Court using CM/ECF system, which will send notification of such filing to the

following:

Russell B. Morgan
Jason C. Palmer
Rachel Sodée
BRADLEY ARANT
BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203

Scott McCullough
McNABB, BRAGORGOS,
BURGESS & SORIN, PLLC
81 Monroe, Sixth Floor
Memphis, TN 38103

*Attorneys for Defendant C3 Presents, L.L.C.*

Grace A. Fox
Robert A. Peal
Mark W. Lenihan
SIMS FUNK, PLC
3322 West End Avenue
Suite 200
Nashville, TN 37203
(615) 292-9335
Fax: (615) 649-8565
Email: gfox@simsfunk.com

Kimberly S. Hodde
HODDE & ASSOCIATES
40 Music Square East
Nashville, TN 37203
(615) 242-4200
Fax: (615) 242-8115
Email: kim.hodde@hoddelaw.com

Mitchell Schuster

Paige Mills, Esq.
Ashleigh Karnell, Esq.
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
615-742-7770
615-742-0429 fax
PMills@bassberry.com
ashleigh.karnell@bassberry.com

*Attorneys for Defendant Red Light Management*

Cynthia A. Sherwood, Esq.
Davis F. Griffin, Esq.
201 Fourth Avenue North, Suite 1130
Nashville, TN 37219
(615) 873-5670
(615) 900-2312 (fax)
cynthia@sherwoodlitigation.com

*Attorneys for Defendants Carlos Donohue
and Gnarlos Industries, LLC*

Stacey M. Ashby
MEISTER, SEELIG & FEIN, LLP
125 Park Avenue, 7th Floor
New York, NY 10017

*Attorneys for Defendants Lorin Ashton,*
*Amorphous Music Inc.,*
*and Bassnectar Touring, Inc.*

/s/ Phillip Miller
Phillip Miller #006873