# CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of August 2021, I electronically filed the foregoing Stipulation to Dismiss with the Clerk of Court using CM/ECF system, which will send notification of such filing to the following:

Russell B. Morgan
Jason C. Palmer
Rachel Sodée
BRADLEY ARANT
BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203

Scott McCullough
McNABB, BRAGORGOS,
BURGESS & SORIN, PLLC
81 Monroe, Sixth Floor
Memphis, TN 38103

*Attorneys for Defendant C3 Presents, L.L.C.*

Grace A. Fox
Robert A. Peal
Mark W. Lenihan
SIMS FUNK, PLC
3322 West End Avenue
Suite 200
Nashville, TN 37203
(615) 292-9335
Fax: (615) 649-8565
Email: gfox@simsfunk.com

Kimberly S. Hodde
HODDE & ASSOCIATES
40 Music Square East
Nashville, TN 37203
(615) 242-4200
Fax: (615) 242-8115
Email: kim.hodde@hoddelaw.com

Mitchell Schuster

Paige Mills, Esq.
Ashleigh Karnell, Esq.
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
615-742-7770
615-742-0429 fax
PMills@bassberry.com
ashleigh.karnell@bassberry.com

*Attorneys for Defendant Red Light Management*

Cynthia A. Sherwood, Esq.
Davis F. Griffin, Esq.
201 Fourth Avenue North, Suite 1130
Nashville, TN 37219
(615) 873-5670
(615) 900-2312 (fax)
cynthia@sherwoodlitigation.com

*Attorneys for Defendants Carlos Donohue and Gnarlos Industries, LLC*

Stacey M. Ashby
MEISTER, SEELIG & FEIN, LLP
125 Park Avenue, 7th Floor
New York, NY 10017

*Attorneys for Defendants Lorin Ashton,*
*Amorphous Music Inc.,*
*and Bassnectar Touring, Inc.*

                                              */s/ Phillip Miller*
                                              Phillip Miller #006873