UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RACHEL RAMSBOTTOM, ) | |
| ALEXIS BOWLING, ) | |
| JENNA HOUSTON, ) | |
| JANE DOE #1, ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:21-cv-00272 |
| ) | |
| LORIN ASHTON, ) | Jury Trial Demanded |
| AMORPHOUS MUSIC, INC., ) | |
| BASSNECTAR TOURING, INC., ) | District Judge Aleta A. Trauger |
| REDLIGHT MANAGEMENT, INC., ) | |
| C3 PRESENTS, L.L.C., ) | |
| INTERACTIVE GIVING FUND, ) | |
| GNARLOS INDUSTRIES, LLC, ) | |
| CARLOS DONOHUE, ABC ) | |
| CORPORATIONS, ONE THROUGH ) | |
| TEN (said Names Being Fictitious), ) | |
| JOHN DOES, ONE THROUGH TEN ) | |
| (said Names Being Fictitious), ) | |
|     Defendants. ) | |

## DEFENDANT CARLOS DONOHUE'S
## MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendant Carlos Donohue, by and through undersigned counsel, respectfully moves this Court to dismiss Plaintiffs' First Amended Complaint ("FAC") against him with prejudice pursuant to: (i) Federal Rule of Civil Procedure 12(b)(2) because this Court lacks personal jurisdiction over Carlos Donohue; (ii) Federal Rule of Civil Procedure 12(b)(3) because venue in this Court is improper; and (iii) Federal Rule of Civil Procedure 12(b)(6) because Plaintiffs have failed to state a claim against Mr. Donohue upon which relief can be granted.

For the foregoing reasons and for the reasons set forth in the Memorandum in Support filed contemporaneously herewith, Mr. Donohue respectfully requests this Court dismiss Plaintiffs'

FAC against him with prejudice and for such other general relief as deemed appropriate by this Court, including costs and fees.

Respectfully submitted,

**Sherwood Boutique Litigation, PLC**

By: /s/ Cynthia A. Sherwood
Cynthia A. Sherwood (BPR #20911)
Davis F. Griffin (BPR #34555
201 Fourth Avenue North, Suite 1130
Nashville, TN 37219
(615) 873-5670
(615) 900-2312 (fax)
cynthia@sherwoodlitigation.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed with the Court's electronic filing system and thereby sent via email to the following:

Brian Kent, Esq.
M. Stewart Ryan, Esq.
Alexandria MacMaster-Ho, Esq.
Laffey, Bucci & Kent, LLP
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
bkent@lbk-law.com
sryan@lbk-law.com
amacmaster@lbk-law.com
*Counsel for Plaintiffs*

Phillip H. Miller, Esq.
631 Woodland Street
Nashville, TN 37206
phillip@seriousinjury.com
*Counsel for Plaintiffs*

Robert A. Peal, Esq.
Grace A. Fox, Esq.
Mark W. Lenihan, Esq.
Sims Funk, PLC
3322 West End Avenue, Suite 200
Nashville, TN 37203
rpeal@simsfunk.com
gfox@simsfunk.com
mlenihan@simsfunk.com
*Counsel for Defendants Lorin Ashton, Amorbphous Music, Inc., and Bassnectar Touring, Inc.*

Kimberly S. Hodde, Esq.
Hodde & Associates
40 Music Square East
Nashville, TN 37203
kim.hodde@hoddelaw.com
*Counsel for Defendants Lorin Ashton, Amorbphous Music, Inc., and Bassnectar Touring, Inc.*

Mitchell Schuseter, Esq.
Stacey M. Ashby, Esq.
Meister, Seelig & Fein, LLP
125 Park Avenue, 7th Floor
New York, NY 10017
ms@msf-law.com
sma@msf-law.com
*Counsel for Defendants Lorin Ashton, Amorphous Music, Inc., and Bassnectar Touring, Inc.*

Ashleigh D. Karnell, Esq.
Paige Waldrop Mills, Esq.
Bass, Berry & Sims
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Ashleigh.karnell@bassberry.com
*Counsel for Defendant Redlight Management, Inc.*

Philip Henry Goodpasture, Esq.
Brendan D. O'Toole, Esq.
Meredith M. Haynes, Esq.
Williams Mullen
200 S. 10th Ste., Ste. 1600
Richmond, VA 23219
pgoodpasture@williamsmullen.com
botoole@williamsmullen.com
mhaynes@williamsmullen.com
*Counsel for Defendant Redlight Management, Inc.*

Jason C. Palmer, Esq.
Rachel Sodee, Esq.
Russell B. Morgan, Esq.
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203-0025
jpalmer@bradley.com
rsodee@bradley.com
rmorgan@bradley.com
*Counsel for Defendant C3 Presents, L.L.C.*

R. Scott McCullough, Esq.
McNabb, Bragorgos, Burgess & Sorin, PLLC
81 Monroe Avenue, Sixth Floor
Memphis, TN 38103-5402
smccullough@mbbslaw.com
*Counsel for Defendant C3 Presents, L.L.C.*

on this the 30th day of August, 2021.

      /s/ Cynthia A. Sherwood