UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

RACHEL RAMSBOTTOM, )
ALEXIS BOWLING, )
JENNA HOUSTON, )
JANE DOE #1, )
    Plaintiffs, )
)
v. )   No. 3:21-cv-000272
)
LORIN ASHTON, )   Jury Trial Demanded
AMORPHOUS MUSIC, INC., )
BASSNECTAR TOURING, INC., )   District Judge Aleta A. Trauger
REDLIGHT MANAGEMENT, INC., )
C3 PRESENTS, L.L.C., )
INTERACTIVE GIVING FUND, )
GNARLOS INDUSTRIES, LLC, )
CARLOS DONOHUE, ABC )
CORPORATIONS, ONE THROUGH )
TEN (said Names Being Fictitious), )
JOHN DOES, ONE THROUGH TEN )
(said Names Being Fictitious), )
    Defendants. )

## DECLARATION OF CARLOS DONOHUE IN SUPPORT OF HIS MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

I, Carlos Donohue, state as follows:

1. I am a current resident of Portland, Oregon and have been a resident there during all years relevant to this litigation.

2. I have never lived in the state of Tennessee.

3. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed on this the 30th day of August, 2021.

                                                                             Carlos Donohue