IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL RAMSBOTTOM,<br>ALEXIS BOWLING,<br>JENNA HOUSTON,<br>JANE DOE #1<br><br>  Plaintiffs,<br><br>v.<br><br>LORIN ASHTON,<br>AMORPHOUS MUSIC, INC.,<br>BASSNECTAR TOURING, INC.,<br>REDLIGHT MANAGEMENT, INC.,<br>C3 PRESENTS, L.L.C.,<br>INTERACTIVE GIVING FUND,<br>CARLOS DONOHUE; ABC :<br>CORPORATIONS, ONE THROUGH<br>TEN (said Names Being Fictitious),<br>JOHN DOES, ONE THROUGH TEN<br>(said Names Being Fictitious)<br>  Defendants. | CIVIL ACTION<br><br>No. 3:21-cv-00272<br><br>JURY TRIAL DEMANDED<br><br> Judge Aleta A. Trauger |

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW

This matter came before the Court on the Motion to Withdraw ("Motion") filed by Jason C. Palmer, counsel for C3 Presents, L.L.C. Having reviewed the Motion, the record in this case, and being otherwise sufficiently advised, the Court hereby GRANTS the Motion. Mr. Palmer is hereby withdrawn as counsel of record in this case.

It is so ORDERED, ADJUDGED, and DECREED.

Date: _____

_____
Judge Aleta A. Trauger

Respectfully submitted,

BRADLEY ARANT BOULT CUMMINGS LLP


By: */s/ Jason C. Palmer*
    Russell B. Morgan (No. 20218)
    Jason C. Palmer (No. 36146)
    1600 Division Street, Suite 700
    P.O. Box 340025
    Nashville, Tennessee 37203
    Phone: (615) 252-2311
    Fax: (615) 252-6311
    rmorgan@bradley.com
    jpalmer@bradley.com

    */s/ R. Scott McCullough*
    R. Scott McCullough (BPR No. 19499)
    McNabb, Bragorgos, Burgess & Sorin, PLLC
    81 Monroe, Sixth Floor
    Memphis, TN 38103
    Phone: (901) 624-0640
    Fax: (901) 624-0650
    smccullough@mbbslaw.com

*Attorneys for Defendant C3 Presents, L.L.C.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document is being served through the Court's Electronic Filing System, and via U.S. Mail, first class postage prepaid, to all parties on September 9, 2021:

Phillip Miller
631 Woodland Street
Nashville, TN 37206

Brian Kent
M. Stewart Ryan
Alexandria MacMaster
LAFFEY, BUCCI & KENT, LLP
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
    *Attorneys for Plaintiffs*

Robert A. Peal
Mark W. Lenihan
Grace A. Fox
SIMS/FUNK, PLC
3322 West End Ave., Suite 200
Nashville, TN 37203

Kimberly S. Hodde
HODDE & ASSOCIATES
40 Music Square East
Nashville, TN 37203

Stacey M. Ashby
Mitchell Schuster
MEISTER SEELIG & FEIN LLP
125 Park Avenue, 7th Floor
New York, NY 10017
    *Attorneys for Defendants Lorin Ashton,*
    *Amorphous Music, Inc., and*
    *Bassnectar Touring, Inc.*

Brian T. Boyd
Bennett J. Wills
LAW OFFICE OF BOYD & WILLS
214 Overlook Cir., Ste. 275
Brentwood, TN 37027
    *Attorneys for Interactive Giving Fund*

Paige W. Mills
Ashley Karnell
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
    *Attorneys for Red Light Management, Inc.*

Cynthia A. Sherwood
Davis Fordham Griffin
Sherwood Boutique Litigation, PLC
201 Fourth Avenue, N
Suite 1130
Nashville, TN 37219
    *Attorneys for Carlos Donohue and*
    *Gnarlos Industries, L.L.C.*

                        */s/ Jason C. Palmer*
                        Jason C. Palmer