IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL RAMSBOTTOM ) <br> ALEXIS BOWLING ) <br> JENNA HOUSTON ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> LORIN ASHTON, ) <br> AMORPHOUS MUSIC, INC., ) <br> BASSNECTAR TOURING, INC., ) <br> C3 PRESENTS, L.L.C., ) <br> CARLOS DONOHUE; ABC ) <br> CORPORATIONS, ONE THROUGH ) <br> TEN (said Names Being Fictitious), ) <br> JOHN DOES, ONE THROUGH TEN ) <br> (said Names Being Fictitious) ) <br> ) <br> Defendants. ) | CIVIL ACTION <br><br> No. 3:21-cv-00272 <br><br> JURY TRIAL DEMANDED <br><br> JUDGE ALETA A. TRAUGER |

## PROPOSED ORDER OF COURT

**AND NOW** on this _____ day of_____, 2021, it is hereby **ORDERED** and **DECREED** that the Motion to Dismiss of Defendant Carlos Donohue is hereby **DENIED**.

**BY THE COURT**

_____
J.

IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL RAMSBOTTOM ) <br> ALEXIS BOWLING and ) <br> JENNA HOUSTON ) <br> ) | CIVIL ACTION |
| ) <br> Plaintiffs ) <br> ) | No. 3:21-cv-00272 |
| v. ) <br> ) | JURY TRIAL DEMANDED |
| LORIN ASHTON, ) <br> AMORPHOUS MUSIC, INC., ) <br> BASSNECTAR TOURING, INC., ) <br> C3 PRESENTS, L.L.C., ) <br> CARLOS DONOHUE; ABC ) <br> CORPORATIONS, ONE THROUGH ) <br> TEN (said Names Being Fictitious), ) <br> JOHN DOES, ONE THROUGH TEN ) <br> (said Names Being Fictitious) ) <br> ) <br> Defendants. ) | JUDGE ALETA A. TRAUGER |

**ALTERNATIVE PROPOSED ORDER OF COURT**

**AND NOW** on this _____ day of _____, 2021, it is hereby **ORDERED** and **DECREED** that the Motion to Dismiss of Defendant Carlos Donohue, is hereby **GRANTED** and Plaintiffs' Complaint is **DISMISSED WITHOUT PREJUDICE**. Plaintiffs are hereby granted leave to file a Second Amended Complaint to cure any and all defects within Plaintiffs' First Amended Complaint. Plaintiffs shall file a Second Amended Complaint within twenty (20) days from the date of this Order.

**BY THE COURT:**

_____
J.