"IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL RAMSBOTTOM et al., | ) |
| | ) |
|   Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 3:21-cv-00272 |
| | )   Judge Aleta A. Trauger |
| LORIN ASHTON et al., | ) |
| | ) |
|   Defendants. | ) |

## ORDER

Pursuant to the Stipulation to Dismiss (Doc. No. 79), the court previously entered an order dismissing without prejudice defendant Interactive Giving Fund from this case (Doc. No. 84). In light of that dismissal, Interactive Giving Fund's Motion to Dismiss (Doc. No. 58) is hereby TERMED AS MOOT.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge