IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

> Motion GRANTED in PART. ICMC reset for 4/18/2022 at 1:00 p.m.

| | |
|---|---|
| RACHEL RAMSBOTTOM, ALEXIS BOWLING, JENNA HOUSTON, JANE DOE #1<br><br>Plaintiffs,<br><br>v.<br><br>LORIN ASHTON, AMORPHOUS MUSIC, INC., BASSNECTAR TOURING, INC., REDLIGHT MANAGEMENT, INC., C3 PRESENTS, L.L.C, INTERACTIVE GIVING FUND, GNARLOS INDUSTRIES, LLC, CARLOS DONOHUE, ABC CORPORATIONS, ONE THROUGH TEN (said Names Being Fictitious), JOHN DOES, ONE THROUGH TEN (said Names Being Fictitious),<br><br>Defendants. | CIVIL ACTION NO. 3:21-cv-00272<br><br>JURY TRIAL DEMANDED<br><br>JUDGE ALETA A. TRAUGER |

**JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

Defendant, Lorin Ashton, and Plaintiffs Rachel Ramsbottom, Alexis Bowling, and Jenna Houston (collectively, the "Parties") hereby move the Court to remove the initial case management conference from its calendar. The Parties will file a joint motion to set such conference at a later date.