IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL RAMSBOTTOM, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:21-cv-00272 |
| ) | Judge Trauger |
| LORIN ASHTON, ET AL., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

It is hereby ORDERED that the initial case management conference scheduled for Monday, April 18, 2022 at 1:00 p.m. will be held in Judge Trauger's courtroom. Lead counsel for each party shall participate in the conference. All participants will be masked and socially distanced during the conference.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge