IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RACHEL RAMSBOTTOM, ALEXIS BOWLING, JENNA HOUSTON, JANE DOE#1, <br><br>Plaintiffs, <br><br>v. <br><br>LORIN ASHTON, AMORPHOUS MUSIC, INC., BASSNECTAR TOURING, INC., REDLIGHT MANAGEMENT, INC., C3 PRESENTS, L.L.C, INTERACTIVE GIVING FUND, GNARLOS INDUSTRIES, LLC, CARLOS DONOHUE, ABC CORPORATIONS, ONE THROUGH TEN (said Names Being Fictitious), JOHN DOES, ONE THROUGH TEN (said Names Being Fictitious), <br><br>Defendants. | CIVIL ACTION NO. 3:21-cv-00272 <br><br>JURY TRIAL DEMANDED <br><br>JUDGE ALETA A. TRAUGER |

**JOINT MOTION TO AMEND THE CASE CAPTION**

Plaintiffs Rachel Ramsbottom, Alexis Bowling, Jenna Houston and Defendant Lorin Ashton (collectively, the "Parties"), for the reasons discussed during the Initial Case Management Conference of April 18, 2022, hereby jointly move the Court for an order directing the clerk to amend the caption to remove certain dismissed parties. Specifically, the Parties respectfully request the amended caption read as follows:

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| RACHEL RAMSBOTTOM, ALEXIS BOWLING, and JENNA HOUSTON, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 3:21-cv-00272 |
| v. | ) ) | JURY TRIAL DEMANDED |
| LORIN ASHTON, ABC CORPORATIONS, ONE THROUGH TEN (said Names Being Fictitious), JOHN DOES, ONE THROUGH TEN (said Names Being Fictitious), | ) ) ) ) ) ) ) | JUDGE ALETA A. TRAUGER |
| Defendants. | ) | |

Dated: April 21, 2022                    Respectfully Submitted,

/s/ Robert A. Peal
Robert A. Peal
Grace A. Fox
SIMS|FUNK, PLC.
3322 West End Avenue
Suite 200
Nashville, TN 37203
(615) 292-9335

Kimberly S. Hodde
HODDE & ASSOCIATES
40 Music Square East
Nashville, TN 37203
(615) 242-4200

Mitchell Schuster
Stacey M. Ashby
MEISTER, SEELIG & FEIN, LLP
125 Park Avenue
7th Floor
New York, NY 10017
(212) 655-3500

*Attorneys for Defendant Lorin Ashton*

/s/ Phillip H. Miller (w/ permission)
Phillip H. Miller
631 Woodland Street
Nashville, TN 37206
(615) 356-2000

Brian Kent
M. Stewart Ryan
Alexandria MacMaster-Ho
LAFFEY, BUCCI & KENT, LLP
1100 Ludlow Street
Suite 300
Philadelphia, PA 19107
(215) 399-9255

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the foregoing was served on the following counsel via the Court's CM/ECF system on this 21st day of April, 2022:

Phillip H. Miller
631 Woodland Street
Nashville, TN 37206
(615) 356-2000

Brian Kent
M. Stewart Ryan
Alexandria MacMaster-Ho
LAFFEY, BUCCI & KENT, LLP
1100 Ludlow Street
Suite 300
Philadelphia, PA 19107
(215) 399-9255

                */s/ Robert A. Peal*