IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL RAMSBOTTOM, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:21-cv-00272 |
| ) | Judge Trauger |
| LORIN ASHTON, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

The Joint Motion to Amend the Case Caption (Doc. No. 119) is DENIED. The court docket reflects that all defendants except for Lorin Ashton are "Terminated", and they must remain on the court record. It is for the parties to amend their filings so as to omit the terminated defendants, which the court notes this Joint Motion does not do.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge