IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL RAMSBOTTOM, ET AL., ) | |
| Plaintiffs, ) | |
| v. ) | Civil No. 3:21-cv-00272 |
| ) | Judge Trauger |
| LORIN ASHTON, ET AL., ) | |
| Defendants. ) | |

## **O R D E R**

It is hereby ORDERED that a discovery dispute telephone conference will be held with counsel for the parties on Wednesday, September 28, 2022 at 10:00 a.m. Judge Trauger's Courtroom Deputy will email to counsel the number they should call in order to participate in the telephone conference.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge