# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| RACHEL RAMSBOTTOM, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:21-cv-00272 |
| ) | Judge Trauger |
| LORIN ASHTON, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

A discovery dispute telephone conference was held with counsel for the parties on September 28, 2022. The court made the following rulings:

1. The designator of confidential documents produced shall have the burden of filing a motion to justify the confidentiality designation where there is a dispute.

2. The defendant may discover from the plaintiffs information relating to contacts with criminal authorities.

3. The plaintiffs are to be deposed before the defendant.

4. The plaintiffs shall inform the defendant as to whether or not they will be seeking economic damages by October 14, 2022.

5. The defendant does not have to produce social media related to communications with individuals under 18 who are not plaintiffs in this lawsuit.

6. The medical records of defendant Lorin Ashton are not relevant discovery in this case at this point.

7. There will be no discovery as to Mr. Ashton's financial condition until after a ruling on summary judgment.

8. Discovery is allowed on the allegedly illegally recorded telephone conversation between plaintiff Ramsbottom and the defendant.

The court gave permission for discovery motions to be filed relating to four discreet issues:

1. Whether the plaintiffs may have discovery related to other victims who are not plaintiffs in this lawsuit.

2. Whether the prior sexual history of the plaintiffs is appropriate discovery.

3. Whether the plaintiff my seek discovery of confidentiality agreements and settlements that the defendant has made with persons who are not parties to this lawsuit.

4. Whether the plaintiffs' responses to the Requests to Admit are sufficient.

These anticipated motions are hereby REFERRED to the Magistrate Judge for disposition. After the disposition of these motions by the Magistrate Judge, the parties shall file an agreed proposed order adjusting necessary deadlines.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge