# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNEESSE

| | |
|---|---|
| RACHEL RAMSBOTTOM, ALEXIS BOWLING, JENNA HOUSTON, ) ) ) Plaintiffs, ) ) ) v. ) ) ) LORIN ASHTON, ) ) Defendant. ) ) | CIVIL ACTION NO. 3:21-cv-00272 <br><br> JUDGE ALETA A. TRAUGER |

## PLAINTIFFS' MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS PURSUANT TO FED. R. CIV. P. 37 AND MEMORANDUM OF LAW IN SUPPORT THEREOF

Pursuant to Federal Rules of Civil Procedure 37 and 26(a), and the Court's Order dated September 28, 2022, Plaintiffs Rachel Ramsbottom, Alexis Bowling, and Jenna Huston hereby move the Court for an Order compelling Defendant Lorin Ashton to respond to Plaintiffs' Production Requests related to (1) discovery related to other victims who are not parties to this lawsuit and (2) confidentiality and settlement agreements related to other victims. [See Doc. No. 122]. In support thereof, Plaintiffs have filed a corresponding memorandum of law, including a certification that Plaintiffs have in good faith conferred or attempted to confer with the Defendant in an effort to obtain the discovery without Court action.

**WHEREFORE**, For the reasons set forth in the Plaintiffs' Motion and corresponding memorandum of law, Plaintiffs respectfully request this Honorable Court to **GRANT** Plaintiffs' Motion to Compel and Order Defendant to fully respond to Plaintiffs' discovery requests

regarding: (1) discovery related to other victims who are not parties to this lawsuit and (2) confidentiality and settlement agreements related to other victims.

    Respectfully submitted,

**LAFFEY, BUCCI & KENT, LLP**

By:    */s/ Brian D. Kent*
Brian Kent*
M. Stewart Ryan*
Alexandria MacMaster*
LAFFEY, BUCCI & KENT, LLP
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
(T): (215) 399-9255
(E): bkent@lbk-law.com
    sryan@lbk-law.com
    amacmaster@lbk-law.com
**admitted pro hac vice*

**MILLER LAW OFFICES**

Phillip Miller, #006873
*Attorney for the Plaintiff*
631 Woodland Street
Nashville, TN 37206
615-356-2000 phone
pmiller@seriousinjury.com

Date: October 14, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNEESSE

| | | |
|---|---|---|
| RACHEL RAMSBOTTOM, ALEXIS BOWLING, JENNA HOUSTON, | ) ) ) | CIVIL ACTION NO. 3:21-cv-00272 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | JUDGE ALETA A. TRAUGER |
| LORIN ASHTON, | ) ) ) | |
| Defendant. | ) ) | |

**PROPOSED ORDER GRANTING PLAINTIFFS' MOTIONS TO COMPEL DEFENANT'S RESPONSE TO PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS**

This matter is pending before the Court on Plaintiffs' Motion to Compel Discovery from Defendant Lorin Ashton pursuant to Rule 37 of the Federal Rules of Civil Procedure. The Court having read the Motion and any Responses, and having fully considered the matter herein, it is hereby **ORDERED** as follows:

(1) Plaintiffs' Motion to Compel Responses to Plaintiffs' Requests for Production of Documents Pursuant to Rule 37 [Doc. No. __] is **GRANTED**.

(2) Defendant Lorin Ashton shall respond to Plaintiffs' Requests for Production of Documents within thirty (30) days of the date of this Order, without further objection

This __ day of October, 2022.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the foregoing was served on the following counsel via the Court's CM/ECF system on this 14th day of October, 2022:

Robert Peal
Mark Lenihan
Grace Fox
Sims Funk PLC
322 West End Ave, Suite 200
Nashville, TN 37203
(615) 292-9335
(615) 649-8565 (fax)
rpeal@simsfunk.com
mlenihan@simsfunk.com
gfox@simsfunk.com

Kimberly Hodde
Hodde & Associates
40 Music Square East
Nashville, TN 37203
(615) 242-4200
(615) 242-8115 (fax)
kim.hodde@hoddelaw.com

Mitchell Schuster (*admitted pro hac vice*)
Stacey Ashby (*admitted pro hac vice*)
Meister Seeling & Fein, LLP
125 Park Avenue, 7th Floor
New York, NY 10017
(212) 655-3500
(212) 655-3535 (fax)
ms@msf-law.com
sma@msf-law.com

*Counsel for Defendant Lorin Ashton*

/s/ Brian D. Kent
Brian D. Kent, Esquire