> Motion GRANTED.
> Extension to 1/23/2023.
> *[signature]*

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **RACHEL RAMSBOTTOM, ET AL.,** | ) |
| Plaintiffs, | ) Civil No. 3:21-cv-00272 |
| v. | ) JUDGE TRAUGER |
| **LORIN ASHTON,** | ) |
| Defendant. | ) |

### DEFENDANT'S UNOPPOSED MOTION TO ENLARGE TIME TO OBJECT TO MAGISTRATE JUDGE'S ORDERS

Defendant, Lorin Ashton ("Defendant"), by and through his undersigned counsel, respectfully requests that the Court enlarge the time for him to file any objections to the orders of the Magistrate Judge (Docs. 150, 151, 152) pursuant to Rule 72(a) of the Federal Rules of Civil Procedure up to and including **January 23, 2023**. Due to the press of handling other matters and because of the intervening holidays and pre-planned holiday vacations, counsel for Defendant are unable to meet the present deadline of January 9, 2023. (*See* Doc. 153.) The requested extension will not have any effect on the other existing deadlines, and Plaintiffs will not be prejudiced by the extension. Therefore, counsel for Defendant requests an enlargement of the filing deadline up to, and including, January 23, 2023. Counsel for Defendant have conferred with counsel for Plaintiffs and are authorized to state that Plaintiffs do not oppose the requested relief.

**WHEREFORE**, based on the foregoing, Defendant respectfully requests that this Honorable Court enlarge the time for Defendant to file any Rule 72(a) objections to the orders of the Magistrate Judge until on or before **January 23, 2023**.