IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL RAMSBOTTOM, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:21-cv-00272 |
| ) | Judge Trauger |
| LORIN ASHTON, ET AL., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

The Plaintiffs' Motion for Reconsideration (Doc. No. 192) is DENIED. The points made in the accompanying Memorandum go more to the admissibility of these matters at trial than to their discoverability at this stage of the case. The Protective Order should safeguard the privacy of the plaintiffs as this discovery is produced, and the court expects the plaintiffs to bring to the court's attention any violations of those protections, which this court will vigorously enforce.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge