# Amicus Brief

RECEIVED
JUN 2 6 2023
U.S. District Court
Middle District of TN

Ramsbottom
   v.s.
Ashton

**File Number**: 3:21-CV-00272

    My name is Phillip Newberry, and I am filing an Amicus brief on behalf of Lorin Ashton a.k.a. Bassnectar. I possess certain knowledge and information that would shed light on his situation. I have this knowledge from personal experience, and years of investigation.

    I have been the target of a massive conspiracy for several years. I am responsible for shedding light on the situation surrounding the impeachment of attorney general Ken Paxton. Donald Trump was just indicted on my information. There has been a massive amount of conspiracy in the city of Austin Texas, where lorin Ashton was headquartered. I have been the primary target for several years, and my lifestyle has been under attack by the Texas government. I cannot go into too much detail on public record, so if you wish to know details contact the federal bureau of investigation, or the george bush center for intelligence.

    What I do have personal knowledge of, and have experienced personally, and I swear to this under penalty of perjury. I have experienced embezzlement, duplicated cell phone numbers, duplicated email accounts, duplicated debit and credit cards, major cybersecurity issues beyond the understanding of most law enforcement. The main culprits responsible are several different organizations. Sheriffs departments, hhs, and the twxas attorney generals office, and the Texas Governor, as well as an ex attorney, and my own uncle.

What I have experienced are major human rights violations and civil rights violations concerning my privacy. Reading and deleting emails, receiving emails, duplicating email accounts, false email addresses, fraud, and identity theft. I have already caught these people trying to set me up, frame me, lock me in prison to get me out of the way. And there is something about the timing of these charges that doesnt add up, allow me to explain.

Lorin Ashton has been a successful music producer since i was about 12 years old. He has interviews on the internet warning the younger people of the dangers of the "white powder" drugs. Lorin Ashton is someone who actually stands for something, and people in Texas don't like him simply because he's my favorite producer. What they fear the most is pneuma. Lorin Ashton was a successful producer for many years before these allegations came up. Usually in the music industry, especially EDM, these allegations come quickly if that's the kind if things that producers are getting into. PLUR is taken very seriously by the real electronic music fans. Lorin is someone who exemplified PLUR. he's not the person who talks about things, he lives what he talks about. Not only is he my favorite producer, he is the most influential, and meaningful dubstep producer that has ever walked this planet. He is one of the few people in the history of mankind that I consider to be a personal hero. Nikola Tesla, Elon Musk, Lorin Ashton, Keanu Reeves. These are the kinds of people you WANT your teenagers modeling themselves after. If your kids are going to live music shows there WILL be drugs. It is a fact of life. And they will probably try those drugs one day. So the man who looks at the situation realistically and tells people to be careful with the "white powder" drugs, when many of the people in that scene are there for the drugs more than the music, is an act of heroism, and parents should be thanking him for being the most influential music producer of his time he went to MIT. how many of your kids qualify to go to MIT? Lorin Ashton is a fantastic role model, and a musician worthy of a shelf of Grammys. Not many people can create music from nothing that you can see live, and

get lost in for hours. You don't learn that kind of passion, that is a born legend. He's the reason why I want to learn how make music still to this day, and learn physics to design my own sound systems and venues. I remember my first bassnectar show like it was yesterday. I remember hearing red step for the first time live, and I never missed a single bassnectar show within a 300 mile radius of my house.

I can tell you from personal experience that I have witnessed people getting framed. I have documentation proving that I am currently being framed for a fraud concerning a federal lawsuit. I have people in the highest levels of government that can verify these claims. All of my information has been classified. You need to look at account statements, names on tickets, surely there's video evidence of him with these girls if he was in a hotel parking lot behind the busses. Plus why would a millionaire musician do something stupid like that in public when he has a room upstairs? The parking lot is on camera. His rights to a fair and speedy trial are being violated. And not to mention there was an entire smear campaign to remove bassnectar tattoos in Las Vegas. He was guilty in the eyes of the public well before he would have ever been guilty in the eyes of the law. Never in history has such a defamation campaign occurred. This entire case is obviously politically motivated. My question is, can you prove it on legitimate documentation? Because I've seen stacks of fraudulent documentation in this conspiracy. Have you looked into the plaintiffs to see if they're accepting bribes?

I have in depth knowledge about what's been going on, if you'd like I'll take a look at everyone's documentation and tell you exactly who's doing what. But one thing I can tell you, is that lorin probably says he doesn't ever even remember seeing this girl's. What has happened to lorin is a blatant act of discrimination at an international level under articles 1 and 19 of the Universal Declaration of Human Rights. He is an international musician.

You guys are on a witch hunt to take down a legend. Legends never die. He will continue to throw bass in the faces if bassheads worldwide from now until the end of time.

Date 6-9-2023.

Signature *Phillip Newberry*
Phillip D. Newberry
Flip.n.2010@gmail.com
1123 Cornwell rd. Chester S.C. 29706
(737)-900-1753