UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL RAMSBOTTOM ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 3:21-cv-00272 |
| v. | ) |
| | ) Hon. Aleta A. Trauger |
| LORIN ASHTON ET AL., | ) Magistrate Judge Jeffrey S. Frensley |
| | ) |
| Defendants. | ) |

## AMENDED SCHEDULING ORDER

The Parties jointly request the Court enter an Order revising the deadlines set forth in the Initial Case Management Order and Order current scheduling order in this action as detailed below:

1. Motions to Amend: February 2, 2024

2. Plaintiffs' expert witness disclosures and expert reports: March 15, 2024

3. Defendants' expert witness disclosures and expert reports: March 29, 2024

4. Joint Mediation Report: June 7, 2024

5. Expert witness deposition deadline: May 31, 2024

6. Close of written and fact discovery: May 17, 2024

7. Dispositive motion deadline: July 19, 2024

8. Pretrial information exchanged but not filed deadline (Dkt. No. 118 at ¶3): November 8, 2024

9. Motions in limine deadline: November 26, 2024

10. Responses to motions in limine: December 16, 2024

11. Joint Proposed Pretrial Order: December 16, 2024

12. Filings required prior to pretrial conference (Dkt. 118 at ¶4): December 16, 2024

1

13. Pretrial Conference - January 24, 2025 at 1:30 p.m.

14. Trial Date - February 18, 2025 at 9:00 a.m.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE

Respectfully submitted,

SIMS FUNK, PLC

*/s/ Robert A. Peal*
Robert A. Peal
Grace A. Fox
3322 West End Avenue
Suite 200
Nashville, TN 37203
(615) 292-9335

and

HODDE & ASSOCIATES

Kimberly S. Hodde
40 Music Square East
Nashville, TN 37203
(615) 242-4200

and

MEISTER, SEELIG & FEIN, PLLC

Mitchell Schuster
Stacey M. Ashby
125 Park Avenue
7th Floor
New York, NY 10017
(212) 655-3562

*Attorneys for Defendant Lorin Ashton*

LAFFEY, BUCCI & KENT, LLP

*/s/ Stewart Ryan (w/permission RAP)*
Brian Kent
M. Stewart Ryan
Alexandria MacMaster-Ho
1100 Ludlow Street
Suite 300
Philadelphia, PA 19107
(215) 399-9255

and

Phillip H. Miller
631 Woodland Street
Nashville, TN 37206
(615) 356-2000

*Attorneys for Plaintiffs Rachel Ramsbottom,
Alexis Bowling & Jenna Houston*