IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

RACHEL RAMSBOTTOM, et al., )
)
    *Plaintiffs*, )
) Case No.: 3:21-cv-00272
vs. )
)
LORIN ASHTON, )
)
    *Defendant*. )

**AGREED ORDER ON
NON-PARTY TINA HAZLEWOOD'S MOTION TO QUASH SUBPOENA**

Pursuant to an Agreement by the Parties in regard to non-party Tina Hazlewood's Motion to Quash the Subpoena issued to her by the Defendant, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Plaintiff Rachel Ramsbottom ("Ms. Ramsbottom"), by evidence of the signature of her counsel below, consents to Non-Party, Ms. Tina Hazlewood ("Ms. Hazlewood"), disclosing, during deposition examination, all details of Ms. Ramsbottom's treatment with Ms. Hazlewood.

2. Ms. Hazlewood shall be deposed pursuant to the Subpoena filed on January 17, 2024 at a date agreeable to all parties, including non-party Ms. Hazlewood.

3. Ms. Hazlewood shall be released from all professional or personal liability under HIPAA or other Federal Law, Tennessee state law, any rules or regulations governing Ms. Hazlewood's ethical or professional obligations related to disclosure of confidential or privileged information, or otherwise, for any disclosure of confidential or privileged

1

information related to her treatment of the Plaintiff, Rachel Ramsbottom, made pursuant to this Order.

**ENTERED this the 4th day of March, 2024**

**JUDGE**

APPROVED FOR ENTRY:


/s/Michael T. Schmitt                    
Michael T. Schmitt
330 Commerce Street, Suite 110
Nashville, Tennessee 37201
*Attorney for Ms. Hazlewood*
mschmitt@ortalekelley.com


/s/M. Stewart Ryan                      
Brian Kent
M. Stewart Ryan
Alexandria MacMaster
Laffey Bucci & Kent, LLP
1100 Ludlow St., Suite 300
Philadelphia, PA 19107
(215) 399-9255
bkent@lbk-law.com
sryan@lbk-law.com
amacmaster@lbk-law.com

Phillip Miller
631 Woodland Street
Nashville, TN 37206
(615) 356-2000
pmiller@seriousinjury.com

*Attorneys for Plaintiffs*

/s/Kimberly S. Hodde
Kimberly S. Hodde (No. 20128)
Hodde & Associates
40 Music Square East
Nashville, TN 37203
(615) 242-4200
(615) 242-8115 (fax)

/s/ Robert A. Peal
Robert A. Peal (No. 25629)
Sims|Funk, PLC
3322 West End Ave, Suite 200
Nashville, TN 37203
(615) 292-9335
(615) 649-8565 (fax)

Mitchell Schuster
Stacey M. Ashby
Meister, Seelig & Fein, PLLC
125 Park Avenue, 7th Floor
New York, NY 10017

*Attorney for Defendant Lorin Ashton*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on March 1, 2024 a true and exact copy of this Proposed Order has been served via electronic mail through the Court's CM/ECF system on the following:

Phillip Miller
631 Woodland Street
Nashville, TN 37206
(615) 356-2000
pmiller@seriousinjury.com

Brian Kent
M. Stewart Ryan
Alexandria MacMaster
Laffey Bucci & Kent, LLP
1100 Ludlow St., Suite 300
Philadelphia, PA 19107
(215) 399-9255
bkent@lbk-law.com
sryan@lbk-law.com
amacmaster@lbk-law.com
*Attorneys for Plaintiffs*

Kimberly S. Hodde (No. 20128)
Hodde & Associates
40 Music Square East
Nashville, TN 37203
(615) 242-4200
(615) 242-8115 (fax)

Robert A. Peal (No. 25629)
Sims|Funk, PLC
3322 West End Ave, Suite 200
Nashville, TN 37203
(615) 292-9335
(615) 649-8565 (fax)

Mitchell Schuster
Stacey M. Ashby
Meister, Seelig & Fein, PLLC
125 Park Avenue, 7th Floor
New York, NY 10017

*Attorney for Defendant Lorin Ashton*

        /s/ Robert A. Peal
        **Robert A. Peal**