IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| RACHEL RAMSBOTTOM, et al. | CIVIL ACTION NO. 3:21-cv-00272 |
| Plaintiffs, | JUDGE TRAUGER |
| v. | |
| LORIN ASHTON, et al. | |
| Defendants. | |

## PLAINTIFFS' MOTION FOR SUBSTITUTION OF LOCAL COUNSEL

Plaintiffs Rachel Ramsbottom, Alexis Bowling, Jenna Houston and Jane Doe #1 (together "Plaintiffs"), respectfully move for the substitution of J. Gerard Stranch, IV as local counsel for Plaintiffs, showing as follows:

Pursuant to Local Rule 83.01(h), Plaintiffs move to substitute J. Gerard Stranch, IV of the firm of Stranch, Jennings & Garvey, PLLC as local counsel in place of Phillip Miller of Miller Law Offices. Attorneys M. Stewart Ryan and Alexandria MacMaster, admitted *pro hac vice* in this case, remain lead counsel of record. Mr. Stranch, who has familiarized himself with the facts of this case, will act as local counsel and further assume responsibility for *pro hac vice* counsel.

Plaintiffs' counsel has notified all parties of the intended substitution, with Plaintiffs' knowledge and consent. The substitution will not cause delay of any pending matters in this case.

Accordingly. Plaintiffs respectfully request that the Court substitute Mr. Stranch as local counsel of record in place of Phillip Miller and permit Mr. Miller to withdraw from this case. A proposed order is attached herewith.

Respectfully submitted this the 24th day of May, 2024.

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR 23045)
Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Ave., Ste. 200
Nashville, TN 37203
Tel: 615-254-8801
jstranch@stranchlaw.com

Phillip Miller, #006873
*Attorney for the Plaintiff*
631 Woodland Street
Nashville, TN 37206
615-356-2000 phone
615-242-1739 fax
pmiller@seriousinjury.com

M. Stewart Ryan*
Alexandria MacMaster*
LAFFEY, BUCCI & KENT, LLP
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
(T): (215) 399-9255
(E): sryan@lbk-law.com
     amacmaster@lbk-law.com

*appearing *pro hac vice*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the foregoing was served on the following counsel via the Court's CM/ECF system on this 24th[t] day of May, 2024:

Robert A. Peal
Grace A. Fox
3322 West End Avenue Suite 200
Nashville, TN 37203

HODDE & ASSOCIATES
Kimberly S. Hodde
40 Music Square East
Nashville, TN 37203

MEISTER, SEELIG & FEIN, PLLC
Mitchell Schuster
Stacey M. Ashby
Richard J. Jancasz
125 Park Avenue 7th Floor
New York, NY 10017

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV