IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| RACHEL RAMSBOTTOM, et al. | ) |
| | ) CIVIL ACTION NO. 3:21-cv-00272 |
| Plaintiffs, | ) |
| | ) JUDGE TRAUGER |
| v. | ) |
| | ) |
| LORIN ASHTON, et al. | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION FOR SUBSTITUTION OF LOCAL COUNSEL**

Before the Court is Plaintiffs Motion for Substitution of Local Counsel. The Court has considered the Motion and it is **GRANTED**.

**IT IS HEREBY ORDERED** that J. Gerard Stranch, IV of the law firm of Stranch, Jennings & Garvey, PLLC shall be substituted for Phillip Miller as local counsel for Plaintiffs. Mr. Miller shall be permitted to withdraw from this case. M. Stewart Ryan and Alexandria MacMaster shall remain lead counsel for Plaintiffs. The Court **DIRECTS** the Clerk to make appropriate notations to the record.

**SO ORDERED** this the _____ day of _____, 2024.

_____
ALETA A. TRAUGER
DISTRICT JUDGE
MIDDLE DISTRICT OF TENNESSEE