*Motion GRANTED.*
*[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **RACHEL RAMSBOTTOM, and** ) <br> **ALEXIS BOWLING,** ) <br> **JENNA HOUSTON,** ) <br> **JANE DOE #1,** ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **LORIN ASHTON, AMORPHOUS** ) <br> **MUSIC, INC., BASSNECTAR** ) <br> **TOURING, INC., REDLIGHT** ) <br> **MANAGEMENT, INC., C3 PRESENTS,** ) <br> **L.L.C, INTERACTIVE GIVING FUND,** ) <br> **GNARLOS INDUSTRIES, LLC,** ) <br> **CARLOS DONOHUE, ABC** ) <br> **CORPORATIONS, ONE THROUGH** ) <br> **TEN (said Names Being Fictitious),** ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 3:21-cv-00272 <br><br> JURY TRIAL DEMANDED |

**JOINT MOTION FOR LEAVE TO FILE AGREED ORDER UNDER SEAL**

Come now the parties jointly and respectfully submit this Joint Motion for leave to file an Agreed Order under seal. In support of this Motion, the parties state as follows:

1. The "Administrative Practices and Procedures for Electronic Case Filing (ECF)" adopted by this Court in Administrative Order #167 at Section 5.07 requires a party seeking to file documents under seal to electronically file a Motion for Leave of Court to do so.

2. As discussed in a telephone status conference conducted on May 15, 2024, the Court directed the parties to file this Agreed Order under seal, and the parties are doing so pursuant to that instruction.

**WHEREFORE**, based on the foregoing, the parties respectfully requests that this