IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL RAMSBOTTOM, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:21-cv-00272 |
| ) | Judge Trauger |
| LORIN ASHTON, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

A discovery dispute telephone conference was held with counsel for the parties on July 1, 2024. The plaintiffs have permission to file a motion to compel by July 1, 2024, to which the response shall be filed by July 15, 2024, and the reply by July 22, 2024. The motion and response briefing is not to exceed 25 pages, and the reply should not exceed 10 pages.

It is further ORDERED that the parties shall file a joint mediation report by August 9, 2024 that informs the court of the date on which they have scheduled a mediation and the name of the mediator.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge