IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RACHEL RAMSBOTTOM, ALEXIS BOWLING, JENNA HOUSTON, | CIVIL ACTION NO. 3:21-cv-00272 |
| Plaintiffs, | JURY TRIAL DEMANDED |
| v. | |
| LORIN ASHTON, | JUDGE ALETA A. TRAUGER |
| Defendant. | |

## PARTIES' JOINT MEDIATION REPORT

Pursuant to this Court's Second Amended Scheduling Order, dated June 10, 2024 [Doc. No. 233], and as directed by the Court in its July 1, 2024, Order [Doc. No. 235], the parties jointly report that they will conduct an in-person private mediation on September 16, 2024, in Nashville, Tennessee before Gail Ashworth, Esquire.

Respectfully submitted,

*/s/ M. Stewart Ryan*
M. Stewart Ryan*
Alexandria MacMaster*
LAFFEY, BUCCI, D'ANDREA,
REICH & RYAN, LLP
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
Tel: (215) 399-9255

J. Gerard Stranch, IV (BPR 23045)
Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Ave., Ste. 200
Nashville, TN 37203
Tel: 615-254-8801
gstranch@stranchlaw.com

*appearing *pro hac vice*

Dated: August 9, 2024

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the foregoing was served on the following counsel via the Court's CM/ECF system on this 9th day of August, 2024:

SIMS FUNK
Robert A. Peal
Grace A. Fox
3322 West End Avenue Suite 200
Nashville, TN 37203

HODDE & ASSOCIATES
Kimberly S. Hodde
40 Music Square East
Nashville, TN 37203

MEISTER, SEELIG & FEIN, PLLC
Mitchell Schuster
Stacey M. Ashby
Richard J. Jancasz
125 Park Avenue 7th Floor
New York, NY 10017

                                                */s/ M. Stewart Ryan*
                                                **M. Stewart Ryan**