> Motion GRANTED.
> /s/ Aleta A. Trauger

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL RAMSBOTTOM, ET AL., | ) |
| Plaintiffs, | ) Civil No. 3:21-cv-00272 |
| v. | ) JUDGE TRAUGER |
| LORIN ASHTON, | ) |
| Defendant. | ) |

## DEFENDANT'S UNOPPOSED MOTION TO STRIKE

Defendant, Lorin Ashton, ("Defendant"), by and through his undersigned counsel, respectfully requests that the Court direct the Clerk to Strike: Defendant's Redacted Memorandum of Law (Dkt. No. 257); Defendant's Redacted LR 56.01 Statement of Undisputed Material Facts (Dkt. No. 258); and Exhibits 7, 10, and 28 to the Declaration of Kim Hodde (Dkt Nos. 259-1, 259-3, 259-8).

As grounds, yesterday, October 3, 2024, Defendant filed a motion for summary judgment (Dkt. No. 255) and filed under seal numerous documents in support (Dkt. Nos. 256, 261.) In an effort to comply with LR 5.03(c), Defendant also filed redacted versions of these sealed documents. (*See* Dkt. Nos. 257-259.) This morning, October 4, 2024, counsel for Plaintiffs alerted counsel for Defendant that the redacted filings failed to redact all protected information, and, thus, requested Defendant correct and re-file the redacted moving papers. Counsel for Defendant has verified that the redactions were incomplete, and we regret the error.