IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RACHEL RAMSBOTTOM, ALEXIS BOWLING, JENNA HOUSTON, | CIVIL ACTION NO. 3:21-cv-00272 |
| Plaintiffs, | JURY TRIAL DEMANDED |
| v. | JUDGE ALETA A. TRAUGER |
| | MAGISTRATE JUDGE JEFFREY S. FRENSLEY |
| LORIN ASHTON, | |
| Defendant. | |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS UNDER SEAL PURSUANT TO L.R. 5.03 & L.R. 7.01

This matter is pending before the Court on Plaintiffs' Motion For Leave To File Certain Exhibits Under Seal Pursuant To L.R. 5.03 & L.R. 7.01. The Court having read the Motion and any Responses, and having fully considered the matter herein, it is hereby **ORDERED** as follows:

(1) Plaintiffs are granted leave to file Exhibits 7, 9, 12 18, 24, 25, 26, 30, 32 and Exhibit A to Plaintiffs' Opposition of Defendant's Motion for Summary Judgement under seal and shall follow such procedures as are necessary to effectuate this Order.

This 29th day of October, 2024.

_____
Hon. Aleta A. Trauger