IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

> Motion GRANTED for extensions as requested.
> [signature]

| | | |
|---|---|---|
| **RACHEL RAMSBOTTOM, ET AL.,** | ) | |
| | ) | |
| Plaintiffs, | ) | Civil No. 3:21-cv-00272 |
| | ) | |
| v. | ) | JUDGE TRAUGER |
| | ) | |
| **LORIN ASHTON,** | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO EXTEND PRETRIAL DEADLINES

**COMES NOW** the Defendant, Lorin Ashton, by and through his undersigned counsel, and Plaintiffs, who respectfully submit this joint motion seeking to extend the certain pretrial deadlines in anticipation of a February 18, 2025 trial date and January 24, 2025 pretrial conference, to the extent that any claims remain pending following a ruling on the pending motion for summary judgment. In support of this motion, the parties state as follows:

1. This matter is slated for jury trial before this Honorable Court on Tuesday, February 18, 2025. (Docket No. 200, Order). The pretrial Conference is slated for January 24, 2024 at 1:30pm. (*Id.*) The parties wish to proceed to trial as scheduled to the extent that any claims remain following the Court's decision on the fully briefed, pending summary judgment motion.

2. The Court's Amended Scheduling Order (Docket No. 200, Order) and Second Amended Scheduling Order (Docket No. 233, Order) set certain pretrial deadlines which the parties now seek to extend by agreement. Given the recently filed motion for summary judgment, Plaintiffs' Motion to Compel *sub judice* before Magistrate

1