IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL RAMSBOTTOM et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:21-cv-00272 |
| | ) Judge Aleta A. Trauger |
| LORIN ASHTON et al., | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, defendant Lorin Ashton's Motion for Summary Judgment (Doc. No. 255) is **GRANTED IN PART AND DENIED IN PART**.

More specifically, the motion is **GRANTED** with respect to (1) the plaintiffs' claims under 18 U.S.C. § 1595 in Count I of the Amended Complaint that are premised upon allegations that the defendant violated 18 U.S.C. § 1591(a) by sex trafficking them by "means of force, threats of force, fraud, coercion described in subsection (e)(2) [of § 1591], or any combination [thereof]," 18 U.S.C. § 1591(a); (2) the plaintiffs' claims under 18 U.S.C. § 1595 in Count II of the Amended Complaint that are premised upon allegations that the defendant benefitted "from participation in a venture" that he knew or should have known engaged in sex trafficking, *id.* § 1595(a); and (3) plaintiff Rachel Ramsbottom's claim that Ashton sex trafficked her after she turned eighteen years old, because Ramsbottom has failed to present evidence showing that she engaged in a commercial sex act with him after she turned eighteen.

In all other respects, the motion is **DENIED**.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge