IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Motion GRANTED for extension to 12/9/2024.

| | |
|---|---|
| RACHEL RAMSBOTTOM, ET AL., ) | |
| ) | |
| Plaintiffs, ) | Civil No. 3:21-cv-00272 |
| ) | |
| v. ) | JUDGE TRAUGER |
| ) | |
| LORIN ASHTON, ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION TO EXTEND EXHIBIT EXCHANGE AND DESIGNATION EXCHANGE DEADLINES

**COMES NOW** the Defendant, Lorin Ashton, and Plaintiffs, by and through their respective undersigned counsel, who respectfully submit this joint motion seeking to extend the deadline for internally exchanging exhibits, exhibit lists and deposition designations from Friday, December 6, 2024 to Monday, December 9, 2024. In support of this motion, the parties state as follows:

1. This matter is slated for jury trial before this Honorable Court on Tuesday, February 18, 2025. (Docket No. 200, Order). The pretrial Conference is slated for January 24, 2024 at 1:30pm. (*Id.*)

2. Tomorrow, Friday, December 6, 2024, the parties are due to exchange trial exhibits (with numbers affixed), exhibit lists and deposition designations.

3. The parties have conferred and jointly seek to extend that deadline by one business day to Monday, December 9, 2024.

Wherefore, the parties jointly request the deadline for internally exchanging exhibits,