MOTION GRANTED.
Stayed pending the
Court's ruling on
Motion for Review at
(Doc. No. 356).

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **RACHEL RAMSBOTTOM, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Civil No. 3:21-cv-00272** |
| | ) | |
| **v.** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **LORIN ASHTON,** | ) | **JUDGE ALETA A. TRAUGER** |
| | ) | |
| **Defendant.** | ) | |

---

### DEFENDANT LORIN ASHTON'S MOTION TO STAY
### MAGISTRATE JUDGE'S ORDER

Pursuant to Local Rule ("L.R.") 72.01(c), Defendant, Lorin Ashton ("Defendant"), by and through his undersigned counsel, respectfully requests that the Court stay the relief granted in the order of Magistrate Judge Jeffrey S. Frensley (the "Magistrate") entered on December 26, 2024 (Dkt. No. 302) (the "Order"), which ruled upon Plaintiffs'[1] Motion to Compel (Dkt. Nos. 236; 236-1 through 236-26; and 240-1 through 240-6) ("Motion to Compel"), until such time as the Court rules on Defendant's Motion for Review (Dkt. Nos. 356 and 357).

As this Court is aware, in its July 2, 2024 Order (Dkt. No. 239), the Court referred a discovery dispute related to certain documents identified on Defendant's privilege log to the Magistrate for disposition. On July 1, 2024, Plaintiffs filed their Motion to Compel and other supporting documents (Dkt. Nos. 236 and 236-1 through 236-26). On July 15, 2024, Defendant filed his Memorandum of Law in Opposition to Plaintiffs' Motion to Compel and other supporting documents (Dkt. Nos. 241, 243, and 244-1 through 244-5). On July 22, 2024, Plaintiffs filed their Reply in Further Support of Plaintiffs' Motion to Compel and other supporting documents (Dkt. Nos. 248, 249, and 249-1). On December 26, 2024, the Magistrate issued the Order, granting in

---

[1] The term "Plaintiffs" collectively refers to Plaintiffs Rachel Ramsbottom ("Ramsbottom"), Alexis Bowling ("Bowling") and Jenna Houston ("Houston").