IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| RACHEL RAMSBOTTOM, ALEXIS BOWLING, JENNA HOUSTON, | ) ) ) | CIVIL ACTION NO. 3:21-cv-00272 |
| Plaintiffs, | ) ) | JURY TRIAL DEMANDED |
| v. | ) ) ) | JUDGE ALETA A. TRAUGER |
| | ) ) ) | MAGISTRATE JUDGE JEFFREY S. FRENSLEY |
| LORIN ASHTON, | ) ) | |
| Defendant. | ) ) | |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFFS' RESPONSE TO DEFENDANT LORIN ASHTON'S MOTION *IN LIMINE* NO. 12 UNDER SEAL PURSUANT TO L.R. 5.03 & L.R. 7.01**

This matter is pending before the Court on Plaintiffs' Motion For Leave To File Plaintiffs' Response to Defendant Lorin Ashton's Motion *in Limine* No. 12 Under Seal Pursuant To L.R. 5.03 & L.R. 7.01. The Court having read the Motion and any Responses, and having fully considered the matter herein, it is hereby **ORDERED** as follows:

(1) Plaintiffs are granted leave to file Plaintiffs' Response to Defendant Lorin Ashton's Motion *in Limine* No. 12 and attached Exhibits under Seal and shall follow such procedures as are necessary to effectuate this Order.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE