IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL RAMSBOTTOM et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:21-cv-00272 |
| | ) Judge Aleta A. Trauger |
| LORIN ASHTON et al., | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, (1) defendant Lorin Ashton's Motion in Limine No. 1 to Exclude Expert Testimony of Rebecca Bender, MACT (Doc. No. 308) is **GRANTED**; (2) the plaintiffs' *Daubert* Motion to Preclude Testimony of Defendant's Litigation Expert Dr. Kimberly Mehlman-Orozco (Doc. No. 318) is **GRANTED**; and (3) the plaintiffs' *Daubert* Motion in Limine No. 8 to Preclude the Testimony of Dr. Marc A. Martinez (Doc. No. 319) is **DENIED**.

It is so **ORDERED**.

ALETA A. TRAUGER
United States District Judge