IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| RACHEL RAMSBOTTOM, ALEXIS BOWLING, JENNA HOUSTON, | ) ) ) | CIVIL ACTION NO. 3:21-cv-00272 |
| Plaintiffs, | ) ) | JURY TRIAL DEMANDED |
| v. | ) ) ) ) | JUDGE ALETA A. TRAUGER |
| | ) ) ) | MAGISTRATE JUDGE JEFFREY S. FRENSLEY |
| LORIN ASHTON, | ) ) | |
| Defendant. | ) ) | |

### ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFFS' EXHIBIT LIST UNDER SEAL PURSUANT TO L.R. 5.03 & L.R. 7.01

This matter is pending before the Court on Plaintiffs' Motion For Leave To File Plaintiffs' Exhibit List Under Seal Pursuant To L.R. 5.03 & L.R. 7.01. The Court having read the Motion and any Responses, and having fully considered the matter herein, it is hereby **ORDERED** as follows:

(1) Plaintiffs are granted leave to file Plaintiffs' Exhibit List under seal and shall follow such procedures as are necessary to effectuate this Order.

_____
Hon. Aleta A. Trauger