# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RACHEL RAMSBOTTOM, ALEXIS BOWLING, JENNA HOUSTON, | CIVIL ACTION NO. 3:21-cv-00272 |
| Plaintiffs, | JURY TRIAL DEMANDED |
| v. | JUDGE ALETA A. TRAUGER |
| | MAGISTRATE JUDGE JEFFREY S. FRENSLEY |
| LORIN ASHTON, | |
| Defendant. | |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFFS' EXPERT WITNESS STATEMENT OF DR. WALTER SIPE, M.D., REGARDING ALEXIS BOWLING PURSUANT TO L.R. 39.01(c)(5)(E) UNDER SEAL PURSUANT TO L.R. 5.03 & L.R. 7.01

This matter is pending before the Court on Plaintiffs' Motion For Leave To File Plaintiffs' Expert Witness Statement of Dr. Walter Sipe, M.D., Regarding Alexis Bowling Under Seal Pursuant To L.R. 5.03 & L.R. 7.01. The Court having read the Motion and any Responses, and having fully considered the matter herein, it is hereby **ORDERED** as follows:

(1) Plaintiffs are granted leave to file Plaintiffs' Expert Witness Statement of Dr. Walter Sipe, M.D., Regarding Alexis Bowling Pursuant To L.R. 39.01(C)(5)(E) under seal and shall follow such procedures as are necessary to effectuate this Order.

_____
Hon. Aleta A. Trauger