IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RACHEL RAMSBOTTOM, ALEXIS BOWLING, JENNA HOUSTON, <br><br>Plaintiffs, <br><br>v. <br><br><br><br>LORIN ASHTON, <br><br>Defendant. | CIVIL ACTION NO. 3:21-cv-00272 <br><br>JURY TRIAL DEMANDED <br><br><br><br>JUDGE ALETA A. TRAUGER <br><br>MAGISTRATE JUDGE JEFFREY S. FRENSLEY |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFFS' EXPERT WITNESS STATEMENT OF DR. WALTER SIPE, M.D., REGARDING JENNA HOUSTON PURSUANT TO L.R. 39.01(c)(5)(E) UNDER SEAL PURSUANT TO L.R. 5.03 & L.R. 7.01

This matter is pending before the Court on Plaintiffs' Motion For Leave To File Plaintiffs' Expert Witness Statement of Dr. Walter Sipe, M.D., Regarding Jenna Houston Under Seal Pursuant To L.R. 5.03 & L.R. 7.01. The Court having read the Motion and any Responses, and having fully considered the matter herein, it is hereby **ORDERED** as follows:

(1) Plaintiffs are granted leave to file Plaintiffs' Expert Witness Statement of Dr. Walter Sipe, M.D., Regarding Jenna Houston Pursuant To L.R. 39.01(C)(5)(E) under seal and shall follow such procedures as are necessary to effectuate this Order.

_____
Hon. Aleta A. Trauger