IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| RACHEL RAMSBOTTOM, ALEXIS BOWLING, JENNA HOUSTON, | ) ) ) | CIVIL ACTION NO. 3:21-cv-00272 |
| Plaintiffs, | ) ) | JURY TRIAL DEMANDED |
| v. | ) ) ) ) | JUDGE ALETA A. TRAUGER |
| | ) ) ) | MAGISTRATE JUDGE JEFFREY S. FRENSLEY |
| LORIN ASHTON, | ) ) | |
| Defendant. | ) ) | |

## PLAINTIFFS' NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT

**NOTICE IS HEREBY GIVEN** that a Statement of Personal Data Identifier Redaction Request and/or a Motion for Additional Redactions with respect to the official transcript of the proceeding held on February 6, 2025, in the above referenced case or proceeding, will be filed with the court within 21 calendar days from the date the unredacted transcript was filed by the court reporter with the clerk of court.

Respectfully submitted,

*/s/ M. Stewart Ryan*
M. Stewart Ryan\*
Alexandria MacMaster\*
LAFFEY, BUCCI, D'ANDREA,
REICH & RYAN, LLP
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
Tel: (215) 399-9255

J. Gerard Stranch, IV (BPR 23045)

1

Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Ave., Ste. 200
Nashville, TN 37203
Tel: 615-254-8801
jstranch@stranchlaw.com

*appearing *pro hac vice*

Dated: February 18, 2025

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that a true and exact copy of the foregoing was served on the following counsel via the Court's CM/ECF system on this 18th day of February, 2025:

SIMS FUNK
Robert A. Peal
Grace A. Fox
3322 West End Avenue Suite 200
Nashville, TN 37203

HODDE & ASSOCIATES
Kimberly S. Hodde
40 Music Square East
Nashville, TN 37203

MEISTER, SEELIG & FEIN, PLLC
Mitchell Schuster
Stacey M. Ashby
Richard J. Jancasz
125 Park Avenue 7th Floor
New York, NY 10017

                */s/ M. Stewart Ryan*
                **M. Stewart Ryan**