# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RACHEL RAMSBOTTOM, ET AL., ) | |
| ) | |
| Plaintiffs, ) | Civil No. 3:21-cv-00272 |
| ) | |
| v. ) | JUDGE ALETA A. TRAUGER |
| ) | |
| LORIN ASHTON, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiffs, Rachel Ramsbottom, Alexis Bowling and Jenna Houston, and Defendants, Lorin Ashton, Bassnectar Touring, Inc., and Amorphous Music, Inc., stipulate to the dismissal of any and all claims Plaintiffs asserted against Defendants Lorin Ashton, Bassnectar Touring, Inc., and Amorphous Music, Inc., and only Defendants Lorin Ashton, Bassnectar Touring, Inc., and Amorphous Music, Inc., WITH PREJUDICE. This Court retains jurisdiction over this matter for enforcement purposes only of certain terms contained in the Confidential Agreement between the Parties.

Dated, February 18, 2025

| | |
|---|---|
| LAFFEY BUCCI D'ANDREA REICH & RYAN | HODDE & ASSOCIATES |
| | |
| */s/ M. Stewart Ryan* | */s/ Kimberly S. Hodde* |
| M. Stewart Ryan | Kimberly S. Hodde |
| Alexandria MacMaster-Ho | 40 Music Square East |
| 1100 Ludlow Street | Nashville, TN 37203 |
| Suite 300 | (615) 242-4200 |
| Philadelphia, PA 19107 | |
| (215) 399-9255 | -and- |

|  |  |
|---|---|
| -and- | SIMS FUNK, PLC |
| STRANCH JENNINGS & GARVEY, PLLC | */s/ Robert A. Peal* |
|  | Robert A. Peal |
| */s/ J. Gerard Stranch* | 3322 West End Avenue |
| J. Gerard Stranch, IV | Suite 200 |
| 223 Rosa L. Parks Avenue, Suite 200 | Nashville, TN 37203 |
| Nashville, TN 37206 | (615) 292-9335 |
| (615) 254-8801 |  |
|  | -and |
| *Attorneys for Plaintiffs Rachel Ramsbottom, Alexis Bowling & Jenna Houston* | MEISTER, SEELIG & FEIN, PLLC |
|  | */s/ Mitchell Schuster* |
|  | Mitchell Schuster |
|  | Stacey M. Ashby |
|  | Richard J. Jancasz |
|  | 125 Park Avenue |
|  | 7th Floor |
|  | New York, NY 10017 |
|  | (212) 655-3562 |
|  | *Attorneys for Defendants Lorin Ashton, Bassnectar Touring, Inc., and Amorphous Music, Inc.* |

# CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that a true and exact copy of the foregoing was served on the following counsel via the Court's CM/ECF system on this 18th day of February, 2025:

SIMS FUNK
Robert A. Peal
Grace A. Fox
3322 West End Avenue Suite 200
Nashville, TN 37203

HODDE & ASSOCIATES
Kimberly S. Hodde
40 Music Square East
Nashville, TN 37203

MEISTER, SEELIG & FEIN, PLLC
Mitchell Schuster
Stacey M. Ashby
Richard J. Jancasz
125 Park Avenue 7th Floor
New York, NY 10017

                */s/ M. Stewart Ryan*
                **M. Stewart Ryan**